**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24cv21285

BLACKSIX LLC, a Florida Limited
Liability Company,
      Plaintiffs,
v.

ALL AMERICAN REFINERY, INC.,
ISLAND L.P. GAS SERVICES, INC., DBA
PROPANE MAN, and JESSE
GRANTHAM,
      Defendants.
_____/

**<u>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF</u>**

Plaintiff, BLACKSIX LLC ("BlackSix" or "Plaintiff"), by and through undersigned counsel,

hereby sues Defendants, ALL AMERICAN REFINERY, INC. ("AAR"), ISLAND L.P. GAS SERVICES, INC.,

DBA PROPANE MAN ("PROPANE MAN") and JESSE GRANTHAM ("Grantham") (collectively,

"Defendants"). In support of its claims, Plaintiff alleges as follows:

**JURISDICTION AND VENUE**

1.      This is an action for fraud where the matter exceeds $75,000.00 and is between

parties of different states. Accordingly, this Court has subject matter jurisdiction over this action

pursuant to 28 U.S.C. §1332.

2.      Venue is proper in this Court pursuant to 28 U.S.C. §1391 because the Plaintiff is

located within this district and has suffered harm within this district. Defendants are, upon

information and belief, located in the United States of America, and engaged in activities and

causing harm within this district and because a substantial part of the events giving rise to the

claims occurred in this district.

**PARTIES**

3.     Plaintiff, BlackSix, is a Florida limited liability company with a principal address of 1000 Brickell Plaza, Suite 3601, Miami, FL 33131.

4.     Defendant, AAR, is a Louisiana corporation involved in oil and refined products distribution and logistics with its principal place of business in Hattiesburg, MS, United States, and US Federal Government Unique Entity ID (UEI): E7R9RL388YD7 and Commercial and Government Entity (CAGE) code: 83FT4.

5.     Defendant, PROPANE MAN, is a Hawaii corporation with its principal place of business located at 94-171 Leonui St, Waipahu, Hawaii.

6.     Defendant, Grantham, founded AAR in 2017 and currently serves as its President and upon information and belief is a citizen of and resident in the state of Mississippi .

7.     Defendant, AAR, lists as its members Retired Colonel Richard Cantwell as CEO ("Cantwell"), Jeff DeRosia from Grand Isle Shipyard, Susan Sjo and Eric Malmstrom as Vice President of Government Contracts and Trading, and Pya Cope as CFO, and also Major Leif Rivera as COO as of December 2023, as shown AAR's corporate profile attached hereto as **Exhibit 1**.

8.     Defendant, PROPANE MAN's members are Ms. Kelly M. Matson, President, Jesse Grantham, CEO, and Alvin Paguio, Director.

9.     Defendants conduct business throughout the United States and within the State of Florida, including in this district.

**GENERAL ALLEGATIONS**

10.     BlackSix was founded in 2021 to source and fund projects focused on global commodity, venture and special situation opportunities.

2

11.     Oliver Parsons is the founder of BlackSix and has twenty years of experience in international trade and finance, particularly commodities and alternative investments. Mr. Parsons has become a leading consultant in assessing global energy developments that impact energy prices and related investments, and is sought after by oil companies, investors, governmental organizations and other industry participants.

12.     BlackSix has invested in multiple companies including a ship building company based out of Dubai ("Dubai Investment").

13.     AAR is an oil and refined products distribution and logistics company that is affirmed by the US Government as a Service-Disabled Veteran Owned Small Business ("SDVOSB"), due to both Grantham and Cantwell's status.

14.     Over the past six years, AAR has been awarded numerous US Federal Government contracts entirely due to AAR's SDVOSB minority status.

15.     Today, AAR holds multiple US Federal contracts to supply diesel fuel, gasoline, ethanol, and propane, which have been singularly awarded to AAR because of its SDVOSB status.

16.     Some of AAR's US Federal buyers include the US Navy and Veterans Affairs via the Defense Logistics Agency and DLA Energy as shown on the attached **Exhibit 2** with Issuers and Contracting Officers listed who include Frederick Bagley, Eric Smith, Hannah R Savine, Orlando Merritt, Sabrina Holland, James Clough, Matthew Womer, Sterling Matthews, Juebiline Mbandi, Lawrence Watson.

17.     Grantham is a decorated army veteran who has since monetized his relationships with numerous government agencies to drive growth in AAR and other businesses including Bullock Investigations Security, which he also founded.

3

18. In or about early-2023, Grantham was introduced to Mr. Parsons where Grantham made claims that he has access to considerable ongoing volumes of fuel, including gasoline, diesel and propane from over 40 of the most reputable domestic and international refineries such as Shell, BP, Total and Exxon.

19. In or about early-2023, Grantham suggested to Parsons that he, BlackSix and his substantial commodity network should invest and/or partner in a number of lucrative energy projects that Grantham was spearheading.

20. Grantham offered to become a strategic partner with Parsons and BlackSix and would share in the profits of these lucrative projects on the condition that substantial investment capital was provided with a value that mostly ranged from $10 million to $2 billion.

21. In order to gain trust and favor with Parsons, Grantham promoted his vast network of trusted relationships, which included being business partners with:

i)  his uncle Robert Grantham CBE, a British investor and co-founder and chief investment strategist of GMO, LLC, a Boston based management firm with more than $100 billion in assets under management;

ii)  his Godfather who is a retired 4-Star US Navy Admiral;

iii)  Retired Colonel Robert Cantwell who attended West Point and had a 20-year career with the US Army Corps of Engineers;

iv)  Jeff DeRosia who has over 30 years oilfield construction experience and is Operations Manager for Grand Isle Shipyard;

v)  Major General Jill K. Faris, current Director of the Office of the Joint Surgeon General;

    vi)       Congressman Mike Ezell of Mississippi; and

    vii)      the CEO of Shell USA, who Grantham credited to his entrance into the fuel

                industry, who gave Grantham and AAR office space in Shell's Headquarters in

                New Orleans, LA and with whom Grantham hunted sport.

22.      In or around May 16, 2023,  Parsons was persuaded by Grantham to meet him and his business partners in Honolulu, Hawaii for a three nights trip to review AAR and its purchase of  PROPANE MAN, to meet with Ms. Kelly Matson, Founder and President of PROPANE MAN, to meet with Alvin Paguio, Director of PROPANE MAN, to meet at Pearl Harbor with the US Navy and DLA to discuss its purchase of fuel and propane from AAR and PROPANE MAN, and to meet with Mike Flynn, a retired US Army Lieutenant General. Parsons paid for all hotel rooms for himself, Grantham and his business partners, totaling  $2,200 total, as shown on **Exhibit 3** attached hereto**.**  Parsons was never reimbursed despite Grantham's promises to do so.

23.      In or about June 2023, Parsons was prevailed upon to introduce DS-Mineralöl GmbH, a German company with a distinguished 50-year legacy and 72 fuel stations, who wished to purchase diesel fuel. Grantham said he, Cantwell and AAR would easily be able to supply fuel due to AAR's SDVOSB minority status. However, Grantham stalled for months, shifted the blame for the delay to Shell and BP, among other excuses, and ultimately never provided a contract, causing Parsons and BlackSix significant financial and reputational damage.

24.      At around the same time, Grantham stated AAR was seeking $1.5 to $2 billion in investor capital to build a floating oil refinery that had been approved by the US Navy. Due to the military network and SDVOSB minority status that he and Cantwell brought to AAR, the Navy had awarded AAR a decommissioned aircraft carrier for a $1 purchase price upon which the refinery

would be built. Grantham stated this project would be in partnership with Grand Isle Shipyard, specifically Jeff DeRosia who would lead the building of the refinery and its ongoing operation at sea, as shown on the attached **Exhibit 5**.

25.     Grantham asked Parsons and BlackSix to bring investors to this lucrative project in exchange for equity ownership, which BlackSix did, including one of Parsons' most critical relationships from Saudi ARAMCO, but again Grantham stalled over the next months, provided ongoing excuses for delay, and never consummated the deal, thereby causing Parsons and BlackSix significant financial and reputational damage.

26.     At around the same time, Grantham stated that AAR was seeking a $10 million investment for the acquisition of Stockstill Trucking Company, which would expand AAR's fuel shipping and logistics network in the US, would provide a very profitable return to investors. The expansion plan is attached hereto as **Exhibit 5**. Grantham suggested that Parsons and BlackSix should bring a potential investor, which BlackSix did, but AAR again never made any progress with the deal, thereby causing Parsons and BlackSix significant financial and reputational damage.

27.     On or around July 2023, Grantham stated that AAR was seeking an investment of $100 million to $400 million to purchase an oil refinery near Dubai, UAE, which Grantham said was offered to AAR due to his and Cantwell's military experience and AAR's SDVOSB minority status. Grantham asked Parsons and BlackSix for assistance in bringing a suitable investor, so BlackSix again involved one of Parsons' most critical relationships from Saudi ARAMCO, but Grantham delayed with the deal, thereby causing Parsons and BlackSix significant financial and reputational damage, once again.

28.     In or about July 2023, Grantham proposed a propane deal whereby BlackSix would provide funding to Grantham of Six Hundred Thousand Dollars ($600,000), which would be specifically used for the purchase and sale of propane by PROPANE MAN and would give BlackSix 10% equity ownership in PROPANE MAN. Upon sale of the propane BlackSix was to earn a return of one dollar ($1) per gallon sold, and the core $600,000 would be continually revolved to purchase more propane on a weekly basis, and so on. This was memorialized in a signed writing attached hereto as **Exhibit 6** ("Propane Agreement")**.**

29.     The Propane Agreement is drafted as being between "BlackSix LLC and Jesse Grantham."

30.     Grantham had specifically represented in June and July that he and PROPANE MAN had the capability and capacity to purchase and sell $600,000 worth of propane on a weekly basis, as furtherance to Parsons' trip to Honolulu in May 2023.

31.     Grantham had told Parsons on multiple occasions that AAR and PROPANE MAN were purchasing propane from The Gas Company, LLC dba Hawai'i Gas for $3.12 per gallon, and therefore $600,000 would have purchased 192,308 gallons per week, yielding a profit to BlackSix of $192,307.69 per week. Grantham told Parsons that his purchase price of propane would drop significantly from $3.12 to $2.00 per gallon starting on January 1, 2024, due to AAR's SDVOSB minority status attributed to Grantham and Cantwell, and therefore $600,000 would have purchased 200,000 gallons per week, thereby yielding a profit to Black Six of $200,000 per week.

32.     From August 4, 2023, to April 2, 2024, the weekly sales of propane using the $600,000 would have yielded $8,130,769.23 in profit. Projected profit calculation is attached hereto as **Exhibit 7.**

33.     As an example of similar profits generated from AAR's businesses deals, Grantham highlighted AAR's purchase and sale of fuel to the DLA and Veterans Affairs, which Grantham assured Parsons was a unique but realistic profit margin due to AAR's SDVOSB minority status.  A purchase example is attached hereto as **Exhibit 8**.

34.     On August 1, 2023, BlackSix wired $600,000 to the requested Island Gas Service account held at the Navy Federal Credit Union.

35.     Upon information and belief, Grantham and PROPANE MAN purchased and sold propane on a weekly basis and have generated the anticipated profits, however, have never remitted the profits to BlackSix and have declined to account to BlackSix or even provide confirmations of purchases or sales despite numerous requests.

36.     In attempt to add further legitimacy to his business dealings, Grantham requested that Parsons meet him in Pensacola, FL on August 8, 2023, to discuss trading Propane and have lunch with James, a recent AAR and  PROPANE MAN hire from AmeriGas who Grantham asserted was AmeriGas's top performing propane salesperson for Hawaii and USA West Coast regions, which Parsons duly did, and paid for his own travel expenses.

37.     At or about the same time, Grantham had heard about BlackSix's key investment in the Dubai Company and requested to be allowed to invest alongside BlackSix, as the Company was in a "friends and family" round at that time, and open to a very limited amount of people. Parsons vouched for Grantham and as a result legal documents were prepared as Grantham had indicated that he wished to invest Two Million Dollars ($2,000,000) into the Dubai Company.

38.     On or about September 8, 2023, Grantham met the principals of the Dubai Company, in-person, in Dubai, and executed the documents subscribing to shares in exchange for $2,000,000, to be transmitted over the course of the following four (4) months.

39.     Grantham never transmitted the funds, despite being contacted by counsel for the Dubai Company on numerous occasions.

40.     At or around the same time, in what can only be described as a bizarre and misguided attempt to garner camaraderie regarding his Dubai Company investment, Grantham sent a self-recorded video of him engaging in sexual intercourse with an escort, which included his incredibly lewd language, to those engaged in the Dubai Company.

41.     Grantham's later failure to transmit the agreed-to $2,000,0000 caused financial and reputational damage to Parsons and BlackSix, and significant harm to the Dubai Company, including the loss of the company's largest client, who has threatened lawsuit, and unpaid vendor bills and rent to their shipyard owner, also all of whom have also threatened lawsuit, and a earned the Dubai Company a poor reputation in a small, tightly connected industry. Moreover, Grantham's sharing of his explicit sexual exploits caused significant reputational damage to Parsons and BlackSix, as they introduced Grantham.

42.     In order to keep the Dubai Company solvent and in-business, Parsons and BlackSix have had to cover Grantham's significant monetary shortfall.

43.     Grantham again requested that Parsons meet him for lunch in Pensacola on September 15, 2023, to discuss acquiring AmeriGas (a $4 billion company), who Grantham said had approached him and AAR due to his and Cantwell's SDVOSB status, and asked if Parsons

would be part of the Board of Directors and to serve as the public "face" of AmeriGas, to which he agreed.

44.     On or about October 2023, Parsons was prevailed upon to introduce a large fuel station chain, Orion Oil, to AAR and Grantham in order to supply their over 150 locations. Grantham undertook that a contract to supply gasoline and diesel would be issued in November 2023 for 1,000,000 gallons per month and insisted on being able to do so during multiple calls with the CEO of Orion Oil. Confirmation of willingness to contract is attached hereto as **Exhibit 9**. Grantham never provided the agreed upon contract, and furnished multiple excuses for the delay, thereby causing Parsons and BlackSix significant financial and reputation damage.

45.     In or about November 2023, Grantham asked Parsons and BlackSix to review a deal where, due to Grantham and Cantwell's SDVOSB status, AAR was going to buy medical gloves and resell to the US government via Jill Faris, Director of the Office of the Joint Surgeon General. Parsons immediately alerted Grantham that his supplier was not properly credentialed and very likely fake, and therefore Grantham asked Parsons for a legitimate glove supplier, which Grantham said he would immediately use as a substitute supplier. Parsons and BlackSix provided Grantham and AAR with a legitimate supplier, who held the gloves in warehouse for Grantham as he represented that a purchase order would be issued in November 2023, but nothing was heard of since that date, thereby causing Parsons and BlackSix significant reputational damage.

46.     On 28 December 2023, Parsons asked for return of his $600,000, to which Grantham stated he could not do so at that time. Therefore, Parsons asked for a minimum $200,000 of the funds since that amount was needed for immediate year-end payroll and taxes.

Grantham again refused but promised that BlackSix would receive a "large profit" by January 11, 2024.

47.     Nothing was remitted on January 11, 2024.

48.     For the following three (3) weeks, Grantham was almost entirely unavailable by phone, text message and WhatsApp message, clearly ignoring Parsons.

49.     On February 2, 2024, concerned about AAR and Grantham's silence, Parsons called Eric Malmstrom, a Vice President of Government Contracts and trader in hydrocarbon products at AAR ("Malmstrom"). He stated that had never heard of Parsons nor BlackSix, nor did he know anything about the $600,000 committed to trading propane. Further Malmstrom said he was not aware of the contracts that Grantham specifically stated Malmstrom was working on in furtherance of BlackSix's and  PROPANE MAN propane deal, nor the other gasoline and diesel deals BlackSix had brought to Grantham, including the 1,000,000 gallons per month fuel supply that Grantham had said Malmstrom was arranging for Orion Oil by November 2023. Parsons asked Malmstrom to let Grantham know about their conversation and Parsons' inability to reach Grantham, to which Malmstrom agreed.

50.     Grantham's ongoing silence persisted so on February 14, 2024, Parsons spoke to Retired Major Leif Rivera, who Grantham has said numerous times was Chief Operating Officer of  PROPANE MAN and AAR ("Rivera"). Parsons informed Rivera that Grantham had taken $600,000 from Parsons over six months earlier, and Grantham had not provided any assurance of the profit or whereabouts of the funds, and had been ignoring Oliver for too long. Parsons was told by Rivera that he had no idea about the $600,000 and did not even know Parsons had committed those funds, which greatly alarmed Parsons since Rivera was the COO supposedly

overseeing all business operations. The following day Grantham contacted Parsons by WhatsApp, and Parsons was also contact by Rivera stating that he could not facilitate communications any further.

51.     Due to Grantham's continued silence and lack of assurance of the whereabouts of the $600,000 and profits due, counsel for BlackSix sent an email to Grantham on March 2, 2024, copying in  Malmstrom, Rivera and Cantwell, requesting provision of all documentation regarding the purchase and sale of propane pursuant to the agreement or confirmation as to the status of the monies being held.

52.     Grantham responded on March 4, 2024, stating variously:

i)     That he had been in communication with Parsons every week and sometimes multiple times in the day.

ii)     The reason Parsons asked counsel to contact him was due to bad information from brokers, who have "cost themselves future commissions."

53.     BlackSix counsel responded that day, copying in Malmstrom, Rivera and Cantwell, informing Grantham that his email was non-responsive and reiterated the specific set of demands for documentation or explanation why they are not readily available and kept in the ordinary course of business.

54.     Grantham failed to respond, and nobody responded on behalf of AAR or PROPANE MAN.

55.      On March 8, 2024, since Grantham had still not responded, counsel for BlackSix emailed Grantham again, providing a response deadline on behalf of AAR and  PROPANE MAN.

56.     As a result of Defendants' actions, Parsons and BlackSix have been harmed.

**COUNT I**
**BREACH OF CONTRACT (AGAINST ALL DEFENDANTS )**

57.     BlackSix realleges and incorporates the allegations above in Paragraphs 1 through 56 as though fully set forth herein.

58.     BlackSix, Grantham and PROPANE MAN entered into an agreement for the purchase and sale of Propane.

59.     BlackSix paid the $600,000 pursuant to the Propane Agreement.

60.     Upon information and belief, Grantham, through PROPANE MAN and AAR, purchased propane using the $600,000 committed by BlackSix.

61.     However, the Defendants have not only kept all of the profits but also the principal.

62.     The Defendants breached the terms of the Propane Agreement.

63.     As a direct and proximate result of the breaches of the Defendants, BlackSix has suffered damages in an amount according to proof at trial but upon information and belief to be in excess of $1,000,000.

**COUNT II**
**IMPOSITION OF CONSTRUCTIVE TRUST  (AGAINST ALL DEFENDANTS )**

64.     BlackSix realleges and incorporates the allegations above in Paragraphs 1 through 63 as though fully set forth herein.

65.     Grantham and  PROPANE MAN made an express promise that BlackSix monies would be used for the purchase and sale of propane, which would yield a profit for BlackSix.

66.     BlackSix transferred $600,000 in reliance thereon.

67.      A confidential relationship existed as between BlackSix and the Defendants.

68.      BlackSix trusted and depended upon the Defendants to buy and sell propane, and remit certain profits to BlackSix;

69.      By virtue of failing to repay the amount invested and / or the profits, the Defendants have been unjustly enriched.

70.      Whereby a constructive trust should be imposed, and all monies turned over to BlackSix.

WHEREFORE, Plaintiff, BlackSix, demands judgment this Complaint and an award of equitable relief and monetary relief against the Defendants as follows:

i)       Imposition of a constructive trust;

ii)      Entry of judgment for damages for Defendants' breach of contract;

iii)     Entry of an award of  costs and attorney's fees incurred in this action;

iv)       Entry of an order for any such other and further relief that this Court deems just and proper.

Dated: April 5, 2024

**GS2 LAW, PLLC**

By: /s/ Robert Garson
Robert Garson, Esq.
FL Bar No. 1034548
rg@gs2law.com
20803 Biscayne Blvd., #405
Aventura, Florida 33180
(305) 780-5212
*Attorneys for Plaintiff*

Case
BlackSix v
Grantham et al.

**Exhibit
1**

# All American Refinery Inc

9423 Old Hermitage Parkway

Baton Rouge, LA 70810-6893

(601) 335-3298

## Corporate Profile

# ALL AMERICAN REFINERY INC

All American Refinery Inc. is an established Service Disabled Veterans Owned Small Business Federally and State registered.

We have been supplying fuel products to multiple United States of America government agencies.

Our drive is to improve the quality of service to our government and to aid in rebuilding veteran businesses and not for profits through our business.

We are a coast to coast company





# Jesse Grantham (President)

Mr. Grantham is an Honored Veteran having served in the U.S. Army. He has been honored with several military awards to include soldier of the year three years in a row, to include a decorated combat Veteran, to include awards for Operation Iraqi Freedom. Mr. Grantham has successfully served as a Director for many corporations and is highly regarded by many Government organizations. He serves as a Co-Founder of Bullock Investigations Security Corporation, a multi state investigative and security company, holding Government contracts. He has been on the news for multiple positive results for clients. Mr. Grantham has a broad range of knowledge in oil and gas and paper products, textile contracts and protective services and certified trainer in protective service techniques. Through his extensive business relations and his international business associations, he also has consulted in the funding and security of an airport in Mexico, in process of a large expansion. Mr. Grantham has used his resources for aiding Veterans to assist in the building and development of responsible economic, social and natural environment development. He is introducing new, environmentally friendly technologies which allow us to ensure the increased protection of the human and natural environment, including water purification. Mr. Grantham's broad range of business development experience allows him to direct many successful enterprises. Mr. Grantham has assisted the growth in multiple companies by helping them navigate through the GSA/ DOD/ DOJ/ DLA programs and government agencies.





# Jesse Grantham (President)

Boards & Committees

Camp Blue Bird (Hattiesburg Cancer Center) – committee member (repairs and up keep)

Camp Blue Bird (camp) – Volunteer

Patriot Family Member – Volunteer

Battle Buddy (MS) – Volunteer

MS Ballroom Assoc.- Treasurer

 DALA (MX) – Special Project VP

Master Mason (MS)

VFW (Honor Guard)





# Richard Cantwell (CEO)

**Ret. Colonel Richard D. Cantwell** graduated from the United States Military Academy at West Point in 1975 and received his Masters Degree in Civil Engineering from the University of Texas in 1983. He also completed the Construction Executive Program at Stanford in 1987.

In 1995.

Mr. Cantwell completed a distinguished 20-year career in the U.S. Army Corps of Engineers. In the position of MACOM Engineer, U.S. Army Special Operations Command, he was responsible for the planning, programming, budgeting, and execution of all facilities. He, also, supervised the long-range planning, the environmental assessment, and the master planning for the command. Additionally, He supervised the preparation and submission of Capital Investment Programs and Project Development Brochures. Mr. Cantwell also supervised the planning and construction of $1.2B United States Army Special Operations facilities. Currently he serves on the Congressional Committee Advisory Group for Terrorism and Unconventional Warfare.

Mr. Cantwell commanded a 625-man combat engineer battalion in South Korea stationed on the 38th parallel of the Demilitarized Zone. This position required him to plan for and prepare against any aggression by the North Koreans.





# Richard Cantwell (CEO)

Mr. Cantwell was a member of special operations teams that conducted threat and vulnerability assessments in dozens of countries around the world. He was routinely called upon to testify and brief Congressional committees where he earned the trust and respect of many senior leaders.

After 27 years of experience in special operations engineering, program management, and security operations, Mr. Cantwell is a subject-matter expert on counterterrorist procedures and methodologies. Congresswoman Sue My, Mr. Cantwell appointed Mr. Cantwell as the Chairman of her Homeland Security Task Force. Additionally, Mr. Cantwell co-chairs the Charlotte-Mecklenburg Homeland Security Working Group with Major General (Retired) Wynn Mabry.

Other Experience:

UAE Military Medical Upgrade Program, Abu Dhabi, UAE; Security Operation Training Facility, Ft. Bragg, North Carolina; Special Operations Forces Headquarters, Ft. Bragg, North Carolina; 3rd Special Forces Group, Ft. Bragg, North Carolina; 10th Special Forces Group, Ft. Carson, Colorado; Special Operations Medical Training, Ft. Bragg, North Carolina; Civil Affairs / Pysops Group, Ft. Bragg, North Carolina; Special Operations Diving Facility, Key West,





# Richard Cantwell (CEO)

Mr. Cantwell Served 20 years with the United States Army Corps of Engineers. He supervised the preparation and submission of Capital Investment Programs and Project Development Brochures. He also supervised the planning and construction of $1.2B United States Army Special Operations facilities. Currently serves on the Congressional Committee Advisory Group for Terrorism and Unconventional Warfare.

Significant experience in the development and implementation of master plans, budgets and design criteria for specialized mission specific facilities including, but not limited to:
§ SCIF's  § Mission Specific Training and Development Areas    § Arms Rooms § Indoor Rifle Range
§ Intrusion Detection Systems    § Ammunition Storage § Mission Equipment Maintenance and Preparation Areas
§ Parachute Drying Towers    § Medical Facilities    § Anti-Terrorist / Force Protection Measures





## Jeff DeRosia

Approximately 30 yrs. experience in the Oilfield Construction Industry while employed by Grand Isle Shipyard consisting of a multitude of responsibilities. My career began as a Welder's Helper in 1982; shortly thereafter I became a Welder/Fitter. At the age of 24 I was promoted to Construction Foreman running small offshore crews and at 25 I was moved up to Construction Supervisor over one of the first Deep Water Platforms in the GOM working on the Conoco GC-TLWP-184. My career then progressed into the Piping and Structural Drafting side of the Fabrication end of GIS's business Supervising Construction crews ranging from 10 to 100+ employees and planning upcoming jobs with engineers and Project Managers associated with project for ExxonMobil, ConocoPhillips GC-TLWP-184, Chevron, Shell (MP and SS areas), BP- (GI-43, 41&47 Field's) and Shell Deep Water "Mars" TLP-FGC 1 & 2 Compressor Hook-Up's and Europa Flowline Hook-Up and Surveillance Work in 1998 to 2000. In addition, I was afforded the opportunity to work overseas from 2004 to 2005 as a





## Jeff DeRosia

Shell Construction Coordinator for 22 months off the cost of Nigeria on the Shell Bonga FPSO during the offshore hook-up phase of the project. My last field offshore role was working on the Shell Mars Production Platform as a Construction Coordinator/Work Pack Coordinator for the Hurricane Katrina Recovery Project. Then I moved from 2007 to 2008 to Brazil for Shell as a Construction Coordinator on a drill ship. Following the Shell Brazil project, I came back to Galliano to manage the Galliano fabrication facility from 2009 - 2010. From there, I moved into my current position as the Operations Manager over the Project Management and Offshore Solutions divisions of GIS.

**Work Experience:** 1982 – Present





**Jeff DeRosia**

**Mar.2010 to Present GIS Operations Manager (PM & Offshore Solutions):**

I was responsible for the overall financial, safety, and quality performance of the

Project Management Group (Gretna, LA & Houston, LA) as well as the Offshore Solutions group. In addition, I am the single point of contact for GIS's Shell E&P work which comprises of about $60MM in revenue annually. There are currently 120 individuals in the PM group and 12 in the Offshore Solutions division. I also aid in customer relations for the 20+ customers we work for each and every day. Prior to this, I was responsible for developing and managing large international engineering, procurement, and construction (EPC) and EPC Management (EPCM) projects, and directing major domestic lump sum / direct hire programs. My overall experience for construction and process activities internationally and domestic included staffing issues and procedures for day to day operations of the refinery petro chemical facilities as well as preparation for all policies, procedures





**Jeff DeRosia**

, process procedures, proposals, marketing and corporate and business management. Project activities have included the following:

 $ 80 million cleans fuel program for Chevron ( Pascagoula, MS )

 $ 330 million cleans fuel program for Shell (Convent, LA.)

 $ 750 million NRD (None Road Diesel) program Exxon Mobil (Baton Rouge, LA.)

 $ 1 Billion FCCU program for Valero (Benicia, CA.)





## Susan Sjo

previously founded and acted as CEO/CIO of St. Esprit, a consulting and Asset Management firm and managed STACK Capital, LLC, her Family Office. At St. Esprit, she and her team have developed new, dynamic and elegant alternative Multi-Strategy methods that translate into superior risk-adjusted returns in both Commodity and Financial markets. Along with asset and risk management, they also tackled strategic development and securitization projects for their clientele.

From 1987to 1998, Susan founded and built Sjo, Inc., a Hedge Fund Manager and CTA managing over $350 million in assets for institutions and family offices. Sjo, Inc. was ranked by assets in the top100 Commodity Fund Advisors and over her 10 years as CEO,often ranked in the top 10 Trading Firms for performance. She started her career as a Junior Economist with the Federal Reserve Bank and the Chicago Mercantile Exchange (CME) before working





# Susan Sjo

at several prominent trading firms specializing in fixed income arbitrage. During this time, she developed a quantitative trading program that resulted in the development of Sjo, Inc., which grew to include Global Macro Hedge Fund with other specialized investment strategies in international fixed income.

Her successes resulted in being named to *Crain's Annual Young Leaders List, 40 Under 40*, and Sjo, Inc. was recognized as Best Commodity Fund Manager for 1991 by Business Week. Susan has served on the Board of Directors of several of the exchanges; most notably the New York Board of Trade, the New York Cotton Exchange, and the Advisory Board of the FINEX Exchange. She also served on the Managed Funds Association (MFA), her alma mater Barat College, and the environmental charity, Sustains boards as well as other firms which she has made private equity investments





# Eric Malmstrom (VP of Government Contracts)

Recently Eric served as Deal Architect for an International Commodity Arbitrage Trading firm where he honed global procurement relationships and logistics skills for successful commodity procurement  awarding & delivery for DLA contracting agencies

Co-CIO of St Esprit Research and Trading, Hedge Fund Portfolio development and management

Mr. Malmstrom has been involved in trading, strategy execution, portfolio management, risk management , commercial real estate development & commodity markets for over 30 years

He began a trading career in Chicago in 1986 as a summer clerk for commodity trading company  Lee Stern & Co as an options trading clerk assigned to one of the largest proprietary option arbitrage traders in the CME Currency quadrant





# Eric Malmstrom (VP of Government Contracts)

He was recruited to Australian commodity conglomerate Elders IXL, before taking an opportunity with the Bank of Tokyo Mitsubishi fixed income arbitrage desk which was quickly expanding in the increasingly longer duration CME Eurodollar interest rate contracts and became an expert there

UBS/SBC/OCA  group recruited Eric in the early 90's to launch a new interest rate trading desk for the proprietary trading firm O'Connor & Associates, leading the desk for nearly a decade.

The Swiss Bank Corp purchase of OCA added large trading flow and diverse global activity

A UBS merger with Swiss Bank Corp continued this growth of new counterparties and fueled an expansion of a very large global markets operation helping propel UBS ETD to over 1000 employees





## Eric Malmstrom (VP of Government Contracts)

Wolf International Asset Management hedge fund research specialist for global active management funds AUM $850m  Diversified Strategies, Market Neutral and Absolute Return Portfolios

Event Driven Proprietary Trader  –  Cassandra Group Chicago

PREI Commercial Real Estate Developer –Site Management  $23m projects completed

Held CME Trading Seat Membership over 14 years

SEC RIA, Various Economic Development Orgs, Special Cause Committees, Former Division 1 Athlete





# Eric Malmstrom (VP of Government Contracts)

Wolf International Asset Management hedge fund research specialist for global active management funds AUM $850m  Diversified Strategies, Market Neutral and Absolute Return Portfolios

Event Driven Proprietary Trader  —  Cassandra Group Chicago

PREI Commercial Real Estate Developer –Site Management  $23m projects completed

Held CME Trading Seat Membership over 14 years

SEC RIA, Various Economic Development Orgs, Special Cause Committees, Former Division 1 Athlete





# Pya Cope (CFO)

General Partner with over 28 years' experience bank management. She has directly overseen virtually every area of bank operations, liquidity and cash management, as well as traditional business banking, retail banking activities, insurance, marketing and human resources. Throughout her career, Pya has assisted in the acquisition and turnaround in crisis situations in a failing financial institution. Pya is a consultant to the FDIC she has the ability to provide banks with unique, customized solutions to improve performance and capital investment. She is an experienced business and economic development consultant with a long track record. Her performance has earned high levels of trust and respect when confronted with challenging circumstances. Appointed by Governor Brennan, from the State of Maine Pya served as a Diplomat to the country of Ireland to increase economic development between the two countries. She also was successful in legalizing the Irish moonshine Potcheen and successful sold in in the USA under the label of Carbino Export Company. Also, to her credit she won a International trade award for excellence in development of a new technology and Exporter of the Year for embryo transfer. Pya has been a key link between businesses and the Government. Pya Cope is involved with international trade as it relates to economic development. She has successfully completed many projects internationally and has extensive international ties to governmental agencies Ms Cope is a registered Lobbyist in Washington, DC.





# Pya Cope (CFO)

The following strong associations are also credited to Ms. Cope:

Deutsche Bank Head Underwriting Manager

FDIC Consultant: Bank Closures, Mergers and Acquisitions Importer Potcheen and instigated the legalization for sales

J.P. Morgan Chase, Award for excellence in Management SBA, Award for Excellence in Consulting

Diplomat State Of Maine, for Irish International Economic Development

Owner ,The Finishing Touch, Maine Mall/Sold to Bed Bath and Beyond

Owner, Safari, AKA The Great Indoors, Manchester, NH

Owner, The Finishing Touch, Bangor Maine / Sold to Bed Bath & Beyond

Owner, Prisma Personal Fragrance Co

Junior League, Member, (cookbook author)





## Pya Cope (CFO)

Woman's Literary Union Member

Junior Achievement Member

Board of Trustee, Portland Public Library

Director, Portland Museum of Art Embryo Transfer Co.

Diplomat State Of Maine, for Irish International Economic Development Director IDB/ IDA Irish Development Board







# Thank You.

Jesse Grantham

601 544 0873

grantham@aarefinery.com

www.allamericanrefinery.net

**DEFENSE LOGISTICS AGENCY**
ENTERPRISE BUSINESS SOLUTIONS
DLA INTERNET BID BOARD SYSTEM — 11

Case BlackSix v
Grantham et al.

**Exhibit
2**

FAQ/Help    Refs    My Account

| Home | Solicita♦ | RFOs | RFP/IFB/Other RFQs | Tech Data | Downloads | Awards |

Navigation: [ Navigation/Documents - - - - - -  ∨ ] [GO]    Database Search: [ Choose Search _ _ _ _ _ _ ∨ ][ V a l u e _ _ _ _ ♦ ♦ G _♦]

0-Notice:    • The Link - Connecting Suppliers with DLA - Issue 28 » Read Notice .
• Defense Logistics Agency Distribution Virtual Industry Day » Read Notice .
• Phishing Attacks Spoofing DLA Vendors » Read Notice .
• SBA Certification of Socioeconomic Statuses Are Required » ♦

Please read notices posted on the ♦ 1 2 . I Q § .

Location: Home» Awards» **Search Results**          LOGGED0IFI ♦

[ Awards  - Awards  by Award Date - Awards  by Post Date  ]

All Awards/Modifications  where Awardee CAGEs: 83FT4
Sorted by Awardee CAGE Ascending

Click on Award/Basic , Delivery  Order or Package  view to view Award or MODs/Attachments.   Click  a column  title to sort  h  ascendin.  or descendin.  order.

| # | Award/Basic Number _ _ | Delivery Order Number | Delivery Order Counter | Last Mod Posting Date | Awardee CAGE Code | Award Date | Posted Date | NSN/Part Number | Nomenclature | Purchase Request | Solicitation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ------ | SPE6051908501 | | | 02-11-2021 | W i i | 02-28-2019 | 02-28-2019 | 9140002474365 | **FUEL, OIL, BURNER** | | |
| | » Award/Basic ...........e♦1 • | | | | | | | | | | |
| 2 | ♦SPE6051908501 | | | 02-11-2021 | 83FT4 | 02-28-2019 | 02-28-2019 | 9140015240139 | DIESEL FUEL | | |
| | » Award/Basic  Package View | | | | | | | | | | |
| 3 | SPE6051908501 | | | 02-11-2021 | 83FT4 | 02-28-2019 | 02-28-2019 | 9140015245174 | DIESEL FUEL | | |
| | » Award/Basic  Package View | | | | | | | | | | |
| 4 | SPE6051908501 | | | 02-11-2021 | W i i | 02-28-2019 | 02-28-2019 | 9140015416760 | DIESEL FUEL | | |
| | » Award/Basic ...........e♦1 • | | | | | | | | | | |
| 5 | SPE6051908501 | | | 02-11-2021 | 83FT4 | 02-28-2019 | 02-28-2019 | 9130014702024 | FUEL, ETHANOL | | |
| | » Award/Basic  Package View | | | | | | | | | | |
| 6 | SPE6052008510 | | | 06-15-2021 | 83FT4 | 08-31-2020 | 08-31-2020 | 9130014702024 | FUEL, ETHANOL | | |
| | » Award/Basic  Package View | | | | | | | | | | |
| 7 | SPE6052008510 | | | 06-15-2021 | W i i | 08-31-2020 | 08-31-2020 | 9140015416760 | **DIESEL FUEL** | | |
| | » Award/Basic ...........e♦1 • | | | | | | | | | | |
| 8 | ♦SPE6052008510 | | | 06-15-2021 | 83FT4 | 08-31-2020 | 08-31-2020 | 9140014704520 | BIODIESEL | | |
| | » Award/Basic  Package View | | | | | | | | | | |
| 9 | ♦SPE6052004503 | | | 08-12-2020 | 83FT4 | 01-30-2020 | 01-30-2020 | 9140015416760 | DIESEL FUEL | | |
| | » Award/Basic  Package View | | | | | | | | | | |
| IO | SPE6052004503 | | | 08-12-2020 | W i i | 01-30-2020 | 01-30-2020 | 9130014702024 | **FUEL, ETHANOL** | | |
| | »δ⌐.51JdltJps1sjd".519S51♦ | | | | | | | | | | |

Policy  Statements •  Feedback

## DLA Energy

dla.energy.osbp@dla.mil

## Defense Logistics Agency

dlahqsmallbusiness@dla.mil

## Issuers and Contracting Officers

DESCDirectDeliveryTechTeam@dla.mil
Frederick.Bagley@dla.mil
eric.smith2@va.gov
Hannah.R.Savine@dla.mil
Orlando.Merritt@dla.mil
sabrina.holland@dla.mil
James.Clough@dla.mil
Matthew.Womer@dla.mil
Sterling.Matthews@dla.mil
Juebiline.Mbandi@dla.mil
Lawrence.Watson @dla.mil

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER | PAGE 1 OF 9 |
|---|---|---|

| 2. CONTRACT NO. SPE605-19-D-8501 | 3. AWARD/EFFECTIVE DATE 2019 FEB 28 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME | b. TELEPHONE NUMBER *(No collect calls)* | 8. OFFER DUE DATE/ LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY          CODE  SPE605 | 10. THIS ACQUISITION IS |
|---|---|

9. ISSUED BY          CODE  SPE605

DLA ENERGY
POST, CAMPS, AND STATIONS
8725 JOHN J. KINGMAN ROAD
FORT BELVOIR VA  22060
USA
Local Admin: Sabrina Holland FPE1432 Tel: 571-767-9510
Email: sabrina.holland@dla.mil

10. THIS ACQUISITION IS                    ☐ UNRESTRICTED OR  ☒ SET ASIDE: _____ % FOR:

☒ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB          NAICS: 324110
☐ 8 (A)             SIZE STANDARD:

| 11. DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS Net 30 days | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ   ☐ IFB   ☐ RFP |

| 15. DELIVER TO          CODE SEE SCHEDULE | 16. ADMINISTERED BY          CODE  SPE605 SEE BLOCK 9 Criticality:  PAS : None |
|---|---|

| 17a. CONTRACTOR/ OFFEROR   CODE 83FT4   FACILITY CODE | 18a. PAYMENT WILL BE MADE BY          CODE  SL4701 |
|---|---|
| ALL AMERICAN REFINERY INC DBA All American Refinery,Inc 9423 OLD HERMITAGE PKWY STE 1 BATON ROUGE LA  70810-6893 USA TELEPHONE NO.    6013353298 | DEF FIN AND ACCOUNTING SVC BSM P O BOX 182317 COLUMBUS OH  43218-2317 USA |
| 17b. ☐ CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED.   ☒ SEE ADDENDUM |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | See Schedule | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $994,212.60 |
|---|---|

| 27a. ☐ SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA ☐ ARE   ☐ ARE NOT ATTACHED. |
|---|
| 27b. ☒ CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.  ADDENDA ☒ ARE   ☐ ARE NOT ATTACHED. |

| 28. ☐ CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED | 29. ☒ AWARD OF CONTRACT: REF. ALL AMERICAN REFINERY INC DBA OFFER DATED 2019-Jan-15 . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH , HEREIN IS ACCEPTED AS TO ITEMS: Amendments 001-005 |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or Print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or Print)* James Clough James.Clough@dla.mil | 31c. DATE SIGNED 2019 FEB 28 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

**STANDARD FORM 1449** (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
|  | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL |  |  | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL |  |

| 38. S/R ACCOUNT NO. | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY (Print) |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE |  |
|  |  | 42b. RECEIVED AT (Location) |
|  |  | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449** (REV. 2/2012) **BACK**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-19-D-8501 | PAGE 3 OF 9 PAGES |
|---|---|---|

```
Quality Technical Provisions
DIESEL FUEL,DS2
9140-015240139
PR #:
IAW BASIC NON GOVT STD ASTM D975
REVISION NR 12  DTD
PART PIECE NUMBER: ULTRA LOW SULFUR DIESEL 2 S15
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A   DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B   DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR B   DTD 04/04/2016
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.69-11
REVISION NR A   DTD 12/01/2016
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A   DTD 07/30/2015
PART PIECE NUMBER:

Quality Technical Provisions
FUEL OIL,BURNER,FS2
9140-002474365
PR #:
IAW BASIC NON GOVT STD ASTM D396
REVISION NR 12  DTD
PART PIECE NUMBER: FUEL OIL, BURNER 2
IAW REFERENCE NON GOVT STD ITALY STD UNI CTI 6579
REVISION NR     DTD
PART PIECE NUMBER: FUEL OIL, BURNER 2
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A   DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B   DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR B   DTD 04/04/2016
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.38-2
REVISION NR A   DTD 08/01/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A   DTD 07/30/2015
PART PIECE NUMBER:

Quality Technical Provisions
DIESEL FUEL,DSS
9140-015416760
PR #:
IAW BASIC NON GOVT STD ASTM D975
REVISION NR 12  DTD
PART PIECE NUMBER: ULTRA LOW SULFUR DIESEL 2 S15
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A   DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B   DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR B   DTD 04/04/2016
```

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-19-D-8501 | PAGE 4 OF 9 PAGES |
|---|---|---|

```
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.69-12
REVISION NR A   DTD 10/01/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A   DTD 07/30/2015
PART PIECE NUMBER:

Quality Technical Provisions
DIESEL FUEL,DS1
9140-015245174
PR #:
IAW BASIC NON GOVT STD ASTM D975
REVISION NR 12  DTD
PART PIECE NUMBER: ULTRALOW SULFUR DIESEL 1 (DS1)
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A   DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B   DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR B   DTD 04/04/2016
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.69-10
REVISION NR A   DTD 10/01/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A   DTD 07/30/2015
PART PIECE NUMBER:

Quality Technical Provisions
FUEL,ETHANOL,E85
9130-014702024
PR #:
IAW BASIC NON GOVT STD ASTM D5798
REVISION NR    DTD
PART PIECE NUMBER: FUEL,GASOLINE E85
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.14
REVISION NR A   DTD 07/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A   DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B   DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR B   DTD 04/04/2016
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A   DTD 07/30/2015
PART PIECE NUMBER:
```

| Item Prod NSN | Quantity | UoMMode | Award Price | Total | SolItm |
|---|---|---|---|---|---|
| 0002 DS2 9140-015240139 | 40,000 | UG&TANK TRUCK | 2.640000 | 105,600.00 USD | 0103 |

```
Inspection Point: Destination Acceptance Point: Destination

Accept Loc:  182MURM15   Ship Loc:  182MURM15
Inspect By:     Accept By:  18244V
Period of Performance: 02/04/2019-04/30/2021
Escalator: ODSCRN2UL - OPIS DAILY SCRANTON PA NO2 ULSD
Base-Ref: 09/10/2018 Base-Price: 2.291000
```

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-19-D-8501 | PAGE 5 OF 9 PAGES |
|---|---|---|

```
Recoverable Taxes included in the Price:Tax Type                          Tax Value
FET                                                .243
NSN                        Delivery Identification              State
9140-015240139 (DS2)       182MURM15 - SCRANTON                 PA
DIESEL FUEL

Delivery Address: 2800 STAFFORD AVE SCRANTON PA 18505-9603

Service Code        Delivery DODAAC      Ordering Office DODAAC
USPS                18244V               18244V

Mode                Receipt %  Max Parcel        Min Parcel        FOB Restriction
TANK TRUCK

No. of Tanks  Capacity      Type                    Tank Location
1             10000         TANKS
1             12000         TANKS
-------------------------------------------------------------------------------
Item Prod NSN          Quantity    UoMMode            Award Price     Total           SolItm
0003 DS1 9140-015245174 97,000     UG6TANK WAGON      2.885000        279,845.00 USD  0125

Inspection Point: Destination Acceptance Point: Destination

Accept Loc:  1813F3B81   Ship Loc:  1813F3B81
Inspect By:     Accept By:  1813F3
Period of Performance: 02/04/2019-04/30/2021
Escalator: ODBOST1UF - OPIS DAILY BOSTON #1 UF
Base-Ref: 09/10/2018 Base-Price: 2.389300
Recoverable Taxes included in the Price:Tax Type                          Tax Value
FET                                                .243
NSN                        Delivery Identification              State
9140-015245174 (DS1)       1813F3B81 - BROCKTON                 MA
DIESEL FUEL

Delivery Address: USPS BROCKTON MA 02302

Service Code        Delivery DODAAC      Ordering Office DODAAC
USPS                1813F3               1813F3

Name                           Phone
MANNY DAROSA                   508-584-3945

Mode                Receipt %  Max Parcel        Min Parcel        FOB Restriction
TANK WAGON

No. of Tanks  Capacity      Type                    Tank Location
1             6000          ABOVE GROUND TANK(S)    @ 149 CRESENT ST

Delivery Hours: MON THRU FRI 6AM 10PM NO HOLIDAYS

Delivery Notes: METERED TICKET REQUIRED
-------------------------------------------------------------------------------
Item Prod NSN          Quantity    UoMMode            Award Price     Total           SolItm
0004 DSS 9140-015416760 241,000    UG6TANK WAGON      2.403600        579,267.60 USD  0158

Inspection Point: Destination Acceptance Point: Destination

Accept Loc:  N32414685C   Ship Loc:  N32414685C
Inspect By:     Accept By:  N32414
Period of Performance: 02/04/2019-04/30/2021
Escalator: ODHRSB2UR - OPIS DAILY HARRISBURG NO2 UR
Base-Ref: 09/10/2018 Base-Price: 2.253600
NSN                        Delivery Identification              State
9140-015416760 (DSS)       N32414685C - MECHANICSBURG           PA
DIESEL FUEL

Delivery Address: NAVAL SUPPORT ACTIVITY MECHANICSBURG PA 17055-0788

Service Code        Delivery DODAAC      Ordering Office DODAAC
NAVY                N32414               N40085

Mode                Receipt %  Max Parcel        Min Parcel        FOB Restriction
TANK WAGON

No. of Tanks  Capacity      Type                    Tank Location
1             10000         TANKS

Delivery Mode Notes: W/OPW 1711D NOZZLE & 3 COUPLER
```

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-19-D-8501 | PAGE 6 OF 9 PAGES |
|---|---|---|

Delivery Notes: 685-DSE, NOTE:  THIS ITEM REPLACES 685-B23 AND WILL  BE USED FOR HEATING PURPOSES ONLY**********************************************NOTE: DIESEL FUEL ULTRA-LOW S ULFUR
SEASONALLY-ADJUSTED CLIMATE OPERABILITY LOWTEMPERATURE OPERABILITY .  For fuel supplied during the months of October through March the low temperatu re performance of diesel fuel shall be defined by the following  property:CLOUD POINT.  Unless a more restrictive cloud point limit is specified in the contract schedule the cloud point shall be equal to or lower than the tenth percentile min imum ambient temperature specified in Appendix X5 of ASTM D 975.CONTRACTOR MUST P ROVIDE THE NAME OF PERSON MAKING DELIVERY TO SPCC SECURITY CODE 08912.  DURING NO RMAL DUTY HRS USE MAIN GATE.  ACCESS FROM CARLISLE PIKE (US 11).  AFTER HRS USE S PORTING HILL GATE.

Delivery Ticket Notes:

Special Messages: AUTOMATIC FILL
-------------------------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM | Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|---|
| 0007 | DS1 | 9140-015245174 | 10,000 | UG6 | TANK TRUCK | 2.950000 | 29,500.00 | USD | 0206 |

Inspection Point: Destination Acceptance Point: Destination

Accept Loc:  153654L60   Ship Loc:  153654L60
Inspect By:     Accept By:  153654
Period of Performance: 02/04/2019-04/30/2021
Escalator: ADPHIL1ULS- AXXIS DAILY PHILADELPHIA PA NO1ULS AVG
Base-Ref: 09/10/2018 Base-Price: 2.550000
Recoverable Taxes included in the Price:Tax Type                              Tax Value
FET                                                  .243
NSN                          Delivery Identification              State
9140-015245174 (DS1)         153654L60  - MINERSVILLE             PA
DIESEL FUEL

Delivery Address: Interstate 81 Route 901 West MINERSVILLE PA 17954

Service Code        Delivery DODAAC     Ordering Office DODAAC
DHS                 153654              153654

Name                           Phone
STEVEN NEY                     570-544-7100 EXT

Mode               Receipt %   Max Parcel      Min Parcel       FOB Restriction
TANK TRUCK

No. of Tanks   Capacity       Type                 Tank Location
   1           25000          BELOW GROUND TANK

Delivery Hours: 0700 1500 MONDAY THRU FRIDAY CLOSED ON WEEKENDS AND US FEDERAL HOLIDAYS

Delivery Notes:  Pump by hand and need a12 inch hose.Contractors are required to adhere to the delivery quantity printed on the order.  If you deliver a quantity in excess of the allowable variation ceiling (reference FAR 52.211-16 – Variation in Quantity (Apr 1984)), the Government reserves the right to return the excess quantity at the Contractor's expense

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-19-D-8501 | PAGE 7 OF 9 PAGES |
|---|---|---|

**Form**

**PID Data - Custom Clause**

Insert (copy and paste) text for  -  PID information  here

**Part 12 Clauses**

**52.204-19   INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS   (DEC 2014)   FAR**

**252.204-7009   LIMITATIONS ON THE USE OR DISCLOSURE OF THIRD-PARTY CONTRACTOR REPORTED CYBER INCIDENT INFORMATION   (OCT 2016)   DFARS**

**252.204-7012   SAFEGUARDING COVERED DEFENSE INFORMATION AND CYBER INCIDENT REPORTING   (OCT 2016)   DFARS**

**252.215-7014   EXCEPTION FROM CERTIFIED COST OR PRICING DATA REQUIREMENTS FOR FOREIGN MILITARY SALES INDIRECT OFFSETS   (JUN 2018)   DFARS**

**52.232-40   PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS   (DEC 2013)   FAR**

**252.232-7006   WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS   (MAY 2013)   DFARS**
As prescribed in 232.7004(b), use the following clause:

(a)  *Definitions.*  As used in this clause-

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

(b)  *Electronic invoicing.*  The WAWF system is the method to electronically process vendor payment requests and receiving reports, as authorized by DFARS 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c)  *WAWF access.*  To access WAWF, the Contractor shall-

   (1)  Have a designated electronic business point of contact in the System for Award Management at https://www.acquisition.gov; and

   (2)  Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this web site.

(d)  *WAWF training.*  The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at https://wawf.eb.mil/

(e)  *WAWF methods of document submission.*  Document submissions may be via web entry, Electronic Data Interchange, or File Transfer Protocol.

(f)  *WAWF payment instructions.*  The Contractor must use the following information when submitting payment requests and receiving reports in WAWF for this contract/order:

   (1)  *Document type.*  The Contractor shall use the following document type(s).

   *(Contracting Officer: Insert applicable document type(s).*
   *Note: If a "Combo" document type is identified but not supportable by the*
   *Contractor's business systems, an "Invoice" (stand-alone) and "Receiving Report"*
   *(stand-alone) document type may be used instead.)*

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-19-D-8501 | PAGE 8 OF 9 PAGES |
|---|---|---|

**Part 12 Clauses (CONTINUED)**

(2)  *Inspection/acceptance location.*  The Contractor shall select the following inspection/acceptance location(s) in WAWF, as specified by the contracting officer.

*(Contracting Officer: Insert inspection and acceptance locations or "Not applicable.")*

(3)  *Document routing.*  The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Data Table*

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Pay Official DoDAAC | |
| Issue By DoDAAC | |
| Admin DoDAAC | |
| Inspect By DoDAAC | |
| Ship To Code | |
| Ship From Code | |
| Mark For Code | |
| Service Approver (DoDAAC) | |
| Service Acceptor (DoDAAC) | |
| Accept at Other DoDAAC | |
| LPO DoDAAC | |
| DCAA Auditor DoDAAC | |
| Other DoDAAC(s) | |

(*Contracting Officer: Insert applicable DoDAAC information or "See schedule"
 if multiple ship to/acceptance locations apply, or "Not applicable.")

(4)  *Payment request and supporting documentation.*  The Contractor shall ensure a payment request includes appropriate contract line item and subline item descriptions of the work performed or supplies delivered, unit price/cost per unit, fee (if applicable), and all relevant back-up documentation, as defined in DFARS Appendix F, (e.g. timesheets) in support of each payment request.

(5)  *WAWF email notifications.*  The Contractor shall enter the e-mail address identified below in the "Send Additional Email Notifications" field of WAWF once a document is submitted in the system.

*(Contracting Officer: Insert applicable email addresses or "Not applicable.")*

(g)  *WAWF point of contact.*

(1)  The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

*(Contracting Officer: Insert applicable information or "Not applicable.")*

(2)  For technical WAWF help, contact the WAWF helpdesk at 866-618-5988.

(End of clause)

**52.233-3  PROTEST AFTER AWARD   (AUG 1996)  FAR**

**252.244-7000  SUBCONTRACTS FOR COMMERCIAL ITEMS   (JUN 2013)  DFARS**

**52.247-34  F.O.B. DESTINATION   (NOV 1991)  FAR**

**52.253-1  COMPUTER GENERATED FORMS   (JAN 1991)  FAR**

**Attachments**

**List of Attachments**

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-19-D-8501 | PAGE 9 OF 9 PAGES |
|---|---|---|

**Attachments (CONTINUED)**

| File Name | Description |
|---|---|
| ATTACH_OSP | |
| ATTACH_Contract_Clauses | Contra |

| **SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS** *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER | **PAGE 1 OF 10** |
|---|---|---|

| 2. CONTRACT NO. SPE605-20-D-4503 | 3. AWARD/EFFECTIVE DATE 2020 MAR 01 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME | b. TELEPHONE NUMBER *(No collect calls)* | 8. OFFER DUE DATE/ LOCAL TIME |
|---|---|---|---|

**9. ISSUED BY**  CODE SPE605

DLA ENERGY
POST, CAMPS, AND STATIONS
8725 JOHN J. KINGMAN ROAD
FORT BELVOIR VA  22060
USA
Local Admin: Matthew Womer DMW0073 Tel: 571-767-9543
Email: Matthew.Womer@dla.mil

**10. THIS ACQUISITION IS**    ☐ UNRESTRICTED OR ☒ SET ASIDE:  52  % FOR:

☒ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB     NAICS: 324110
☐ 8 (A)          SIZE STANDARD:500

| 11. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS Net 30 days | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ   ☐ IFB   ☐ RFP |

| 15. DELIVER TO   CODE | 16. ADMINISTERED BY   CODE SPE605 |
|---|---|
| SEE SCHEDULE | SEE BLOCK 9 Criticality:  PAS : None |

| 17a. CONTRACTOR/ OFFEROR   CODE 83FT4   FACILITY CODE | 18a. PAYMENT WILL BE MADE BY   CODE SL4701 |
|---|---|
| ALL AMERICAN REFINERY INC DBA All American Refinery,Inc 9423 OLD HERMITAGE PKWY STE 1 BATON ROUGE LA  70810-6893 USA  TELEPHONE NO.  6013353298 | DEF FIN AND ACCOUNTING SVC BSM P O BOX 182317 COLUMBUS OH  43218-2317 USA |
| ☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED.  ☐ SEE ADDENDUM |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | See Schedule | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $1,957,472.34 |
|---|---|

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA ☐ ARE ☐ ARE NOT ATTACHED. |
|---|
| ☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.  ADDENDA ☒ ARE ☐ ARE NOT ATTACHED. |

| ☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED | ☒ 29. AWARD OF CONTRACT: REF. ALL AMERICAN REFINERY OFFER DATED 2020-Jan-07 .   YOUR OFFER ON SOLICITATION  (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH , HEREIN IS ACCEPTED AS TO ITEMS: |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* *Sterling E. Matthews* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or Print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or Print)* Sterling Matthews Sterling.Matthews@dla.mil | 31c. DATE SIGNED 2020 JAN 30 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

**STANDARD FORM 1449** (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED      ☐ INSPECTED      ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT<br>REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT<br>REPRESENTATIVE |
|---|---|---|

32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE

| 33. SHIP NUMBER<br><br>☐ PARTIAL    ☐ FINAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED<br>CORRECT FOR | 36. PAYMENT<br><br>☐ COMPLETE    ☐ PARTIAL    ☐ FINAL | 37. CHECK NUMBER |
|---|---|---|---|---|
| 38. S/R ACCOUNT NO. | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY *(Print)*

| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* | |
|---|---|---|---|
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449** (REV. 2/2012) **BACK**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-4503 | PAGE 3 OF 10 PAGES |
|---|---|---|

1. Pursuant to the terms and conditions of Solicitation SPE60520R0200 and Amendments 0001 through 0004, six (6) line items (see line items listed schedule) of the solicitation are hereby awarded.

2. The terms and conditions of Solicitation SPE60520R0200, as amended by Amendments 0001-0004, are hereby incorporated into this contract by reference.

3. Remittance Address: Same as SF 1449

4. Ordering Period: 1 March 2020 through 31 August 2024

5. Delivery Period: 3 March 2020 through 30 September 2024

6. In accordance with FAR 52.232-34, PAYMENT BY ELECTRONIC FUNDS TRANSFER - OTHER THAN System for Award Management, the paying office listed below is the applicable paying office based on the line item number for submission of the electronic information (contractor's account number etc.). Contractor EFT data will be provided to the finance office under separate cover.

7. In accordance with FAR 52.232-35 DESIGNATION OF OFFICE FOR GOVERNMENT RECEIPT OF ELECTRONIC FUNDS TRANSFER INFORMATION (JUL 2013) -

(a) As provided in paragraph (b) of the clause at 52.232-34, Payment by Electronic Funds Transfer--Other than System for Award Management, the Government has designated the office cited in paragraph (c) of this clause as the office to receive the Contractor's electronic funds transfer (EFT) information, in lieu of the payment office of this contract.

(b) The Contractor shall send all EFT information, and any changes to EFT information to the office designated in paragraph (c) of this clause. The Contractor shall not send EFT information to the payment office, or any other office than that designated in paragraph

(c) The Government need not use any EFT information sent to any office other than that designated in paragraph (c).

(d) Designated Office:

Name: DLA ENERGY-FEPB
Mailing Address: 8725 JOHN J. KINGMAN ROAD, SUITE 4950
FORT BELVOIR, VA. 22060-6222
Telephone Number(s): (571) 767-9543
Person(s) to Contact: Matthew Womer / Lawrence Watson
Electronic Address: Matthew.Womer@dla.mil or Lawrence.Watson@dla.mil

8. ADDITIONAL CONTACT POINTS: DLA Energy contact point and telephone number for emergency situations during non-duty hours is: OPERATIONS CENTER, CONTINGENCY PLANS AND OPERATION DIVISION (703)767-8420.

9. The estimated dollar value of this contract is $1,957,472.34

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-4503 | PAGE 4 OF 10 PAGES |
|---|---|---|

**Section B**

```
Quality Technical Provisions
DIESEL FUEL,DSS
9140-015416760
PR #:


IAW BASIC NON GOVT STD ASTM D975
REVISION NR 12  DTD
PART PIECE NUMBER: ULTRA LOW SULFUR DIESEL 2 S15
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A   DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B   DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR B   DTD 04/04/2016
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.69-12
REVISION NR A   DTD 10/01/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A   DTD 07/30/2015
PART PIECE NUMBER:


Quality Technical Provisions
FUEL,ETHANOL,E85
9130-014702024
PR #:


IAW BASIC NON GOVT STD ASTM D5798
REVISION NR     DTD
PART PIECE NUMBER: FUEL,GASOLINE E85
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.14
REVISION NR A   DTD 07/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A   DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B   DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR B   DTD 04/04/2016
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A   DTD 07/30/2015
PART PIECE NUMBER:
```

| Item | Prod | NSN | Quantity | UoM | Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|---|
| 0001 | DSS | 9140-015416760 | 48,000 | UG6 | TANK WAGON | 3.106590 | 149,116.32 | USD | 0093 |

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 369146J14   **Ship Loc:** 369146J14
**Inspect By:**   **Accept By:** 369146

**Period of Performance:** 03/03/2020-09/30/2024

**Escalator:** ADLAX2CARB- AX DLY LOS ANGELES NO2 CARB

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-20-D-4503 | PAGE 5 OF 10 PAGES |
|---|---|---|

## Section B

**Base-Ref:** 05/24/2019 **Base-Price:** 2.566100

```
NSN                       Delivery Identification                State
9140-015416760 (DSS)      369146J14 - RIVERSIDE NATIONAL CEMETERY  CA
DIESEL FUEL
```

Delivery Address: 22495 VAN BUREN BLVD RIVERSIDE CA 92518

```
Service Code      Delivery DODAAC      Ordering Office DODAAC
VA                369146               369146

Name                      Phone
GENTIAN MECO              GENTIAN MECO EXT

Mode              Receipt %    Max Parcel      Min Parcel       FOB Restriction
TANK WAGON

No. of Tanks    Capacity      Type                    Tank Location
1               6000          ABOVE GROUND TANK(S)    MAINTENANCE COMPLEX
```

Delivery Hours: 0930 THRU 1500HRS MONDAY THRU FRIDAY

Delivery Notes: Initial Delivery Quantity is 2000gallons
Pump Type HAND
Adapter Type CAM LOCK
Size 5
Hose Length 40FEET
11 & 12 Additional EEBP & WAWF  Gentian Meco gentian.meco@va.gov  951-214 4364 Thomas Rolan
thomas.rolan@va.gov951-214-4363 19C.Delivery Frequency quarterly

----------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0002 | DSS | 9140-015416760 | 404,000 | UG6 TANK WAGON | 2.962700 | 1,196,930.80 | USD | 0103 |

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 369115D17   **Ship Loc:** 369115D17
**Inspect By:**   **Accept By:** 369115

**Period of Performance:** 03/03/2020-09/30/2024

**Escalator:** ADSF2CARB - AX DLY NO2 CARB AVG
**Base-Ref:** 05/24/2019 **Base-Price:** 2.565800

```
NSN                       Delivery Identification                State
9140-015416760 (DSS)      369115D17 - PALO ALTO                   CA
DIESEL FUEL
```

Delivery Address: 3801 MIRANDA AVE PALO ALTO CA 94304-0001

```
Service Code      Delivery DODAAC      Ordering Office DODAAC
VA                369115               369115

Name                      Phone
FRANK N QUILES            650-493-5000 EXT

Mode              Receipt %    Max Parcel      Min Parcel       FOB Restriction
TANK WAGON

No. of Tanks    Capacity      Type                    Tank Location
2               12000         BELOW GROUND TANK       BLDG 50 AND 51
1               6000          BELOW GROUND TANK       BLDG 7
3               18000         TANK TRAILER            BLDG 605
4               20000         ABOVE GROUND TANK(S)    BLDG 103
2               600           TANK TRAILER            BLDG 43
1               6000          BELOW GROUND TANK       BLDG ME
2               6000          TANK TRAILER            BLDG 520
1               7000          BELOW GROUND TANK       BLDG 40
3               20000         BELOW GROUND TANK       BLDG 40
```

Delivery Hours: 0800 THRU 1600HRS MONDAY THRU FRIDAY

Delivery Notes: NOTE: DRIVER MUST REPORT TO THE BOILER PLANT OPERATOR LOCATED IN BLDG 40 FOR ACCESS TO
THE TANK FILL CONNECTION.  THE DRIVER SHALL OBTAIN AND COMPLETE A FUEL DELIERY CHECK-OFF LIST FORM.
 BOILER PLANT CONTACT NUMBER 650-493-5000 EXT 65572

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-4503 | PAGE 6 OF 10 PAGES |
|---|---|---|

## Section B

Special Messages: MULTIPLE DROP

---

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0003 | DSS | 9140-015416760 | 40,000 | UG6 TANK WAGON | 3.112700 | 124,508.00 | USD | 0104 |

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** CDGVALIVER   **Ship Loc:** CDGVALIVER
**Inspect By:**    **Accept By:** 369107

**Period of Performance:** 03/03/2020-09/30/2024

**Escalator:** ADSF2CARB - AX DLY NO2 CARB AVG
**Base-Ref:** 05/24/2019 **Base-Price:** 2.565800

| NSN | Delivery Identification | State |
|---|---|---|
| 9140-015416760 (DSS) | CDGVALIVER - LIVERMORE | CA |
| DIESEL FUEL | | |

Delivery Address: 4951 ARROYO RD PALO ALTO CA 94304

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 369107 | 369107 |

| Name | Phone |
|---|---|
| FRANK N QUILES | 650-493-5000 EXT |

| Mode | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|
| TANK WAGON | | | | |

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 1000 | BELOW GROUND TANK | BLDG 64 |
| 1 | 10000 | BELOW GROUND TANK | BLDG 62 |
| 1 | 14000 | BELOW GROUND TANK | BLDG 90 |
| 2 | 20000 | ABOVE GROUND TANK(S) | BLDG 6 |
| 1 | 4000 | ABOVE GROUND TANK(S) | BLDG 6 |
| 1 | 500 | BELOW GROUND TANK | BLDG 79 |
| 1 | 8000 | BELOW GROUND TANK | BLDG 88 |

Delivery Hours: 0730 - 1600 MONDAY THRY FRIDAY

Delivery Notes: DRIVER MUST REPORT TO THE BOILER PLANT OPERATOR OR ASSIGNED PERSON OF CONTACT (POC) FOR ACCESS TO THE TANK FILL CONNECTIONS.  THE DRIVER SHALL CALL TO POC UPON ARRIVAL ON VA FACILITY IN ORDER TO OBTAIN DIRECTION AND A FUEL DELIVERY CHECK-OFF LIST FORM. BOILER PLANT CONTACT NUMBER 650-493-5000 x35397.

Delivery Ticket Notes: MULTIPLE DELIVERY TICKETS REQUIRED

Special Messages: ESCORT REQUIRED

---

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0004 | E85 | 9130-014702024 | 40,000 | UG6 TANK WAGON | 2.306430 | 92,257.20 | USD | 0298 |

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 369115D17   **Ship Loc:** 369115D17
**Inspect By:**    **Accept By:** 369115

**Period of Performance:** 03/03/2020-09/30/2024

**Escalator:** ASTKESFURF- A 85%STOCKTON E100+15%SANFRAN UNLRFG
**Base-Ref:** 05/24/2019 **Base-Price:** 1.797375

Recoverable Taxes included in the Price:

| Tax Type | Tax Value |
|---|---|
| California  State Motor Fuel Tax (E85) | .09 |
| FET | .183 |

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-4503 | PAGE 7 OF 10 PAGES |
|---|---|---|

**Section B**

```
NSN                        Delivery Identification              State
9130-014702024 (E85)       369115D17 - PALO ALTO                CA
FUEL,ETHANOL

Delivery Address: 3801 MIRANDA AVE PALO ALTO CA 94304-0001

Service Code        Delivery DODAAC    Ordering Office DODAAC
VA                  369115             369115

Name                            Phone
FRANK N QUILES                  650-493-5000 EXT

Mode              Receipt %   Max Parcel      Min Parcel      FOB Restriction
TANK WAGON

No. of Tanks   Capacity      Type              Tank Location
1              5000          ABOVE GROUND TANK(S)   3801 MIRANDA RD BLDG 40 PALO ALTO CA 94304

Delivery Mode Notes:


Delivery Hours: 0800 THRU 1630 MONDAY TO FRIDAY

Delivery Notes: NOTE:  DRIVER MUST REPORT TO THE BOILER PLANT OPERATOR LOCATED IN BLDG 40 FOR ACCESS TO
THE TANK FILL CONNECTION.  THE DRIVER SHALL OBTAIN AND COMPLETE A FUEL DELIERY CHECK-OFF LIST FORM.
 BOILER PLANT CONTACT NUMBER 650-493-5000 EXT 65572

Special Messages: FEDCIV
```

---

| Item | Prod | NSN | Quantity | UoM | Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|---|
| 0005 | E85 | 9130-014702024 | 50,000 | UG6 | TANK WAGON | 2.306430 | 115,321.50 | USD | 0299 |

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** CDGVALIVER  **Ship Loc:** CDGVALIVER
**Inspect By:**  **Accept By:** 369107


**Period of Performance:** 03/03/2020-09/30/2024

**Escalator:** ASTKESFURF- A 85%STOCKTON E100+15%SANFRAN UNLRFG
**Base-Ref:** 05/24/2019 **Base-Price:** 1.797375

**Recoverable Taxes included in the Price:**

| Tax Type | Tax Value |
|---|---|
| California  State Motor Fuel Tax (E85) | .09 |
| FET | .183 |

```
NSN                        Delivery Identification              State
9130-014702024 (E85)       CDGVALIVER - LIVERMORE               CA
FUEL,ETHANOL

Delivery Address: 4951 ARROYO RD PALO ALTO CA 94304

Service Code        Delivery DODAAC    Ordering Office DODAAC
VA                  369107             369107

Name                            Phone
FRANK N QUILES                  650-493-5000 EXT

Mode              Receipt %   Max Parcel      Min Parcel      FOB Restriction
TANK WAGON

No. of Tanks   Capacity      Type              Tank Location
1              5000          ABOVE GROUND TANK(S)

Delivery Hours: 0730 - 1400 MONDAY THRU FRIDAY

Delivery Notes: DRIVER MUST REPORT TO THE BOILER PLANT OPERATOR OR ASSIGNED PERSON OF CONTACT (POC) FOR
ACCESS TO THE TANK FILL CONNECTIONS.  THE DRIVER SHALL CALL TO POC UPON ARRIVAL ON VA FACILITY IN ORDER
TO OBTAIN DIRECTION AND A FUEL DELIVERY CHECK-OFF LIST FORM.  BOILER PLANT CONTACT NUMBER 650-493-5000
 x35397.

Delivery Ticket Notes: MUTIPLE DELIVERY TICKETS REQUIRED
```

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-4503 | PAGE 8 OF 10 PAGES |
|---|---|---|

**Section B**

Special Messages: ESCORT REQUIRED

```
--------------------------------------------------------------------------------
Item  Prod  NSN            Quantity   UoM Mode              Award Price    Total         SolItm
0006  E85   9130-014702024 122,000    UG6 TANK WAGON        2.289660       279,338.52 USD 0300
```

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** CDGLOMALDA   **Ship Loc:** CDGLOMALDA
**Inspect By:**   **Accept By:** 369138

**Period of Performance:** 03/03/2020-09/30/2024

**Escalator:** ASTKELAURF- A 85%STOCKTON E100 + 15%LOSANG UNLRFG
**Base-Ref:** 05/24/2019 **Base-Price:** 1.803045

**Recoverable Taxes included in the Price:**

| Tax Type | Tax Value |
|---|---|
| California  State Motor Fuel Tax (E85) | .09 |
| FET | .183 |

```
NSN                         Delivery Identification           State
9130-014702024 (E85)        CDGLOMALDA  - VA LOMA LINDA           CA
FUEL,ETHANOL
```

Delivery Address: 11201 BENTON STREET LOMA LINDA CA 92357

```
Service Code       Delivery DODAAC     Ordering Office DODAAC
VA                 369138              369138
```

```
Name                         Phone
OSIAS G. CASTRENCE           909-825-7084 EXT
```

```
Mode               Receipt %  Max Parcel       Min Parcel       FOB Restriction
TANK WAGON
```

```
No. of Tanks   Capacity       Type                 Tank Location
1              5000           ABOVE GROUND TANK(S)  11201 BENTON STREET
```

Delivery Hours: 0700 THRU 1500 MONDAY THRU FRIDAY

Delivery Notes: Please call Osias Canstrence at 909 208 8835

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-4503 | PAGE 9 OF 10 PAGES |
| --- | --- | --- |

**SECTION F - DELIVERIES OR PERFORMANCE**

**52.247-34  F.O.B. DESTINATION  (NOV 1991)  FAR**

**SECTION I - CONTRACT CLAUSES**

**52.204-19  INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS  (DEC 2014)  FAR**

**252.204-7009  LIMITATIONS ON THE USE OR DISCLOSURE OF THIRD-PARTY CONTRACTOR REPORTED CYBER INCIDENT INFORMATION  (OCT 2016)  DFARS**

**252.204-7012  SAFEGUARDING COVERED DEFENSE INFORMATION AND CYBER INCIDENT REPORTING  (OCT 2016)  DFARS**

**252.215-7014  EXCEPTION FROM CERTIFIED COST OR PRICING DATA REQUIREMENTS FOR FOREIGN MILITARY SALES INDIRECT OFFSETS  (JUN 2018)  DFARS**

**52.232-40  PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS  (DEC 2013)  FAR**

**252.232-7006  WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS  (DEC 2018)  DFARS**

As prescribed in 232.7004(b), use the following clause:

(a)  *Definitions.*  As used in this clause-

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

(b)  *Electronic invoicing.*  The WAWF system is the method to electronically process vendor payment requests and receiving reports, as authorized by DFARS 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c)  *WAWF access.*  To access WAWF, the Contractor shall-

   (1)  Have a designated electronic business point of contact in the System for Award Management at https://www.acquisition.gov; and

   (2)  Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this web site.

(d)  *WAWF training.*  The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at https://wawf.eb.mil/

(e)  *WAWF methods of document submission.*  Document submissions may be via web entry, Electronic Data Interchange, or File Transfer Protocol.

(f)  *WAWF payment instructions.*  The Contractor must use the following information when submitting payment requests and receiving reports in WAWF for this contract/order:

(1)  *Document type.*  The Contractor shall use the following document type(s).

**E-COMBO**

*(Contracting Officer: Insert applicable document type(s).*

*Note: If a "Combo" document type is identified but not supportable by the*

*Contractor's business systems, an "Invoice" (stand-alone) and "Receiving Report"*

*(stand-alone) document type may be used instead.)*

(2)  *Inspection/acceptance location.*  The Contractor shall select the following inspection/acceptance location(s) in WAWF, as specified by the contracting officer.

  **DESTINATION**

*(Contracting Officer: Insert inspection and acceptance locations or "Not applicable.")*

(3)  *Document routing.*  The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-4503 | PAGE 10 OF 10 PAGES |
|---|---|---|

**SECTION I - CONTRACT CLAUSES (CONTINUED)**

when creating payment requests and receiving reports in the system.

Routing Data Table*

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Pay Official DoDAAC | SL4701 |
| Issue By DoDAAC | SPE605 |
| Admin DoDAAC | SPE605 |
| Inspect By DoDAAC | |
| Ship To Code | |
| Ship From Code | |
| Mark For Code | |
| Service Approver (DoDAAC) | |
| Service Acceptor (DoDAAC) | |
| Accept at Other DoDAAC | |
| LPO DoDAAC | |
| DCAA Auditor DoDAAC | |
| Other DoDAAC(s) | |

*(\*Contracting Officer: Insert applicable DoDAAC information or "See schedule"*

*if multiple ship to/acceptance locations apply, or "Not applicable.")*

(4)  *Payment request and supporting documentation.*  The Contractor shall ensure a payment request includes appropriate contract line item and subline item descriptions of the work performed or supplies delivered, unit price/cost per unit, fee (if applicable), and all relevant back-up documentation, as defined in DFARS Appendix F, (e.g. timesheets) in support of each payment request.

(5)  *WAWF email notifications.*  The Contractor shall enter the e-mail address identified below in the "Send Additional Email Notifications" field of WAWF once a document is submitted in the system.

**LAWRENCE.WATSON@DLA..MIL**

*(Contracting Officer: Insert applicable email addresses or "Not applicable.")*

(g)  *WAWF point of contact.*

(1)  The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

**DLA DESCDirectDeliveryTechTeam@dla.mil**

*(Contracting Officer: Insert applicable information or "Not applicable.")*

(2)  For technical WAWF help, contact the WAWF helpdesk at 866-618-5988.

(End of clause)

**52.233-3  PROTEST AFTER AWARD   (AUG 1996)   FAR**

**252.244-7000  SUBCONTRACTS FOR COMMERCIAL ITEMS   (JUN 2013)   DFARS**

**52.253-1  COMPUTER GENERATED FORMS   (JAN 1991)   FAR**

**SECTION J - LIST OF ATTACHMENTS**

**List of Attachments**

| File Name | Description |
|---|---|
| ATTACH_SPE60520R0200_AND_0001_0004 | SPE60520R0200 Final w all Amendments.pdf |

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER | | **PAGE 1 OF 13** |
|---|---|---|---|

| 2. CONTRACT NO.<br><br>SPE605-20-D-8510 | 3. AWARD/EFFECTIVE DATE<br><br>2020 AUG 31 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME | b. TELEPHONE NUMBER *(No collect calls)* | 8. OFFER DUE DATE/ LOCAL TIME |
|---|---|---|---|

| 9. ISSUED BY   CODE   SPE605 | 10. THIS ACQUISITION IS ☒ UNRESTRICTED OR ☐ SET ASIDE: _____ % FOR: |
|---|---|

DLA ENERGY
POST, CAMPS, AND STATIONS
8725 JOHN J. KINGMAN ROAD
FORT BELVOIR VA 22060
USA
Local Admin: Orlando MERRITT DOM0016 Tel: 571-767-7725
Email: Orlando.Merritt@dla.mil

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB          NAICS: 324110
☐ 8 (A)            SIZE STANDARD:

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED<br><br>☐ SEE SCHEDULE | 12. DISCOUNT TERMS<br><br>Net 30 days | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION<br>☐ RFQ   ☐ IFB   ☐ RFP |

| 15. DELIVER TO   CODE<br><br>SEE SCHEDULE | 16. ADMINISTERED BY   CODE   SPE605<br><br>SEE BLOCK 9<br>Criticality:   PAS : None |
|---|---|

| 17a. CONTRACTOR/ OFFEROR   CODE   83FT4   FACILITY CODE<br><br>ALL AMERICAN REFINERY INC DBA<br>All American Refinery,Inc<br>9423 OLD HERMITAGE PKWY STE 1<br>BATON ROUGE LA  70810-6893<br>USA<br><br>TELEPHONE NO.   6013353298 | 18a. PAYMENT WILL BE MADE BY   CODE   SL4701<br><br>DEF FIN AND ACCOUNTING SVC<br>BSM<br>P O BOX 182317<br>COLUMBUS OH  43218-2317<br>USA |
|---|---|
| ☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED.   ☒ SEE ADDENDUM |

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | See Schedule | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$1,775,800.80 |
|---|---|

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA | ☐ ARE | ☐ ARE NOT ATTACHED. |
|---|---|---|
| ☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.  ADDENDA | ☒ ARE | ☒ ARE NOT ATTACHED. |

| ☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED | ☒ 29. AWARD OF CONTRACT: REF. ALL AMERICAN REFINERY INC DBA OFFER DATED 2020-May-29 . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS: Amd 0001 - 0009 |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*<br>MBANDI.JUEBILINE.NALOVA.124491408 6   Digitally signed by MBANDI.JUEBILINE.NALOVA.1244914086<br>Date: 2020.08.31 23:33:23 -04'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or Print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or Print)*<br>Juebiline Mbandi<br>Juebiline.Mbandi@dla.mil | 31c. DATE SIGNED<br>2020 AUG 31 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

**STANDARD FORM 1449** (REV.
Prescribed by GSA - FAR (48 CFR) 53.212

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT<br>REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT<br>REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER<br><br>☐ PARTIAL    ☐ FINAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED<br>CORRECT FOR | 36. PAYMENT<br><br>☐ COMPLETE    ☐ PARTIAL    ☐ FINAL | | 37. CHECK NUMBER |
|---|---|---|---|---|---|
| 38. S/R ACCOUNT NO. | 39. S/R VOUCHER NUMBER | 40. PAID BY | | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY  *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT  *(Location)* |
| | | 42c. DATE REC'D  *(YY/MM/DD)*     42d. TOTAL CONTAINERS |

**STANDARD FORM 1449**  (REV. 2/2012)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  3 OF  13 PAGES |
|---|---|---|

1.ALL AMERICAN REFINERY INC DBA initial offer dated May 29, 2020, as amended or supplemented by email correspondence sent via email dated 14, 17, and 29 Jul, and 7 and 11 (2) August, 2020 in response to SPE605-20-R-0228 and Amendments 0001-0009 hereby incorporated into this contract by reference as if fully set forth herein

2.Contractor's offers submitted and all correspondence pursuant and relevant to solicitation SPE605-20-R-0228 as amended by Amendments 0001 through 0009, are hereby incorporated into this contract as if fully set forth herein.

3.Remittance Address: Same as SF 1449

4.This contract is a fixed price requirements contract with economic price adjustment and is awarded under long term contracting.

5.The Ordering and Delivery periods are as follows:
Ordering Period: 1 October 2020 through September 30, 2025.
Delivery Period: 48 Hours after 1 October 2020 through 31 October 2025.

6.Prices will be adjusted in accordance with B19.19 ECONOMIC PRICE ADJUSTMENT - PETROLEUM PRODUCT PRICE, POSTS, CAMPS, AND STATIONS (PC&S) (DLA ENERGY JUNE 2017) and B-19.27-3 -
ECONOMIC PRICE ADJUSTMENT – MARKET PRICE (PC&S) (ETHANOL) (DLA ENERGY JAN 2012). The base reference date is 11 Feb 2020.  The contract price for all line items will escalate/de-escalate daily (Monday through Friday, and any deliveries made on Saturday and Sunday (such as in emergency situations) will use Friday's Price) in accordance with the above-referenced Economic Price Adjustment clauses based upon the prescribed escalation publication referenced in the contract; price changes are not based on product cost or vendor profit margin.

7.During Hurricane Season (only), lower quantities may be ordered – for line items along the East coast of NC, SC, GA and FL. Orders may also be issued for locations along the coast of Gulf of Mexico in FL, AL, MS and LA. This is to support the Activities during this season when they are required to maintain a higher fuel capacity. Hurricane Season is to include Topical Depressions, Tropical Storms and Hurricanes. You have agreed to accept the order and deliver as indicated on the delivery order (DD1155).

8.In accordance with F1.11 DLA Internet Bid Board System (DIBBS) (DLA ENERGY) (APR 2014), Delivery Orders will be processed through DIBBS. Contractors can access DIBBS at ttps://www.dibbs.bsm.dla.mil. To access the DD1155 click on Awards and select any search method. All orders will be posted to the DIBBS for contractor notification. Only the Contracting Officer can approve a "verbal order" to the Contractor. The Ordering Officer will contact the Customer Assistance Specialist (CAS)/Inventory Manager who will notify the Contracting Officer.

9.In accordance with DFARS 252.232-7006 WIDE AREA WORK FLOW PAYMENT INSTRUCTIONS (DEC 2018) Contractor has agreed to invoice in IRAPT and paid through WAWF (WAWF Access: https://wawf.eb.mil/). All proper invoices submitted through IRAPT, DFAS Columbus will submit payment. Contractors can check payment status via MYINVOICE, which is accessed via IRAPT and DFAS Access: http://www.dfas.mil/dfas/contractorsvendors/poemail.html

10.Contractors will keep all records for six years and 3 months after the last payment is made.

11.Each invoice submitted for payment under this contract shall be identified by an individual invoice number. The number shall not be duplicated on subsequent invoices. Duplicate invoice numbers or invoices that do not include numbers may be rejected.

12.Enterprise Help Desk Phone number is: 1-855-352-0001, and the email address is: DLAEnterpriseHelpDesk@dla.mil

13.In case of an emergency after normal duty hours (EST), the Command Control Officer can be called at (703) 767-8420. Please identify the Contracting Officer and the Duty Officer will contact the Contracting Officer once identified by caller. Please ensure you provide contract number and phone number for return call.
15.The Prices to Web daily updates can be found at: http://p2web.energy.dla.mil/

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  4 OF  13 PAGES |
|---|---|---|

**Section B**

```
Quality Technical Provisions
DIESEL FUEL,DSS
9140-015416760
PR #:


IAW BASIC NON GOVT STD ASTM D975
REVISION NR 12  DTD
PART PIECE NUMBER: ULTRA LOW SULFUR DIESEL 2 S15
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A    DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B    DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR C    DTD 08/07/2020
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.69-12
REVISION NR A    DTD 10/01/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A    DTD 07/30/2015
PART PIECE NUMBER:


Quality Technical Provisions
BIODIESEL,BDI
9140-014704520
PR #:


IAW BASIC UNK ASTM-D7467
REVISION NR      DTD
PART PIECE NUMBER: B20 BIODIESEL BLEND
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.27
REVISION NR A    DTD 01/10/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A    DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B    DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR C    DTD 08/07/2020
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A    DTD 07/30/2015
PART PIECE NUMBER:


Quality Technical Provisions
FUEL,ETHANOL,E85
9130-014702024
PR #:


IAW BASIC NON GOVT STD ASTM D5798
REVISION NR      DTD
PART PIECE NUMBER: FUEL,GASOLINE E85
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.14
REVISION NR A    DTD 07/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
```

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-20-D-8510 | PAGE  5 OF  13 PAGES |
|---|---|---|

**Section B**

```
REVISION NR A    DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B    DTD 06/26/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR C    DTD 08/07/2020
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A    DTD 07/30/2015
PART PIECE NUMBER:
```

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0001 | E85 | 9130-014702024 | 157,000 | UG6 TANK WAGON | 2.279000 | 357,803.00 | USD | 0168 |

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:**  364600N22   **Ship Loc:**  364600N22
**Inspect By:**    **Accept By:**  364600

**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADSPBGE85 - AXXIS DAILY SPARTANBURG E85
**Base-Ref:** 02/11/2020 **Base-Price:** 1.544500

**Recoverable Taxes included in the Price:**

| Tax Type | Tax Value |
|---|---|
| FET | .183 |

| NSN | Delivery Identification | State |
|---|---|---|
| 9130-014702024 (E85) | 364600N22 - COLUMBIA | SC |
| FUEL,ETHANOL | | |

Delivery Address: 6439 Garners Ferry Road COLUMBIA SC 29209

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 364600 | 364600 |

| Name | Phone |
|---|---|
| JONATHAN STIREWALT | 803-776-4000 EXT |

| Mode | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|
| TANK WAGON | | | | |

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 5000 | ABOVE GROUND TANK(S) | NEXT TO T-25 AND 20 SURROUNDED W/CHAINLINK FENCE |

Delivery Mode Notes: E85 only supplies vehicles.  Tanks are not feeding generators nor are they tied to a building.

Delivery Hours: 800AM THRU 430PM MONDAY THRU FRIDAY  NO FEDERAL HOLIDAYS AND WEEKENDS

Delivery Notes: Note During the hurricane season lower quantities of fuel may be ordered for Dorn VA Medical Center Columbia SC.  This is to support the activities during the hurricane season when they are required to maintain a higher fuel capacity.  In the event of a potential hurricane the contact phone number from Monday  Friday is 803 776 4000 Ext 6541 and on weekends holidays the Boiler Plant Operator phone number is 803 776 4000 Ext 7641.
During adverse weather hurricane conditions we can accept fuel deliveries on the weekends Federal Holidays. The Boiler Plant Operator would be the POC during these times.
E85 Fuel is surrounded by a chain link fence. The fuel tank is located next to buildings T25 and 20.
Diesel Fuel 30000 gallon below ground storage tanks for their diesel.  The two below ground fuel tanks are located next to Building 21. The Boiler Plant Supervisors phone number is 803 776 4000 extension 7644 and the Boiler Plant Operators phone number is 803 7764000 extension 7641.
Justification for a diesel contract This diesel is used to operate the VA Medical Centers Boiler Plant.  The average daily consumption is approximately 4500 gallons.  VHA Directive 1810 requires the Boiler Plant Supervisor to maintain a 10 day on site fuel requirement to support the Boiler Plant.  Generally,

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  6 OF  13 PAGES |
|---|---|---|

### Section B

this diesel requirement would be required between October and March of every calendar year.  South
Carolina Electric and Gas SCEG notifies the Boiler Plant Supervisor of a natural gas curtailment. Once
the curtailment is initiated, the Boiler Plant uses the on site stored diesel to provide heat and hot
water to the VA Medical Center.  Dorn VA Medical Center's annual fuel requirement is based on the
severity of the weather conditions.
Fuel usage is based on the severity of South Carolina's weather conditions and SCEE curtailing our
natural gas supply.
CONTACT  803-776-4000 EXT 6541 Delivery Contact  Connee Hanley Email    Connee.boehmhanley va.gov
Telephone 803 776 4000 ext 6541


Delivery Ticket Notes: METERED DELIVERY TICKETS REQUIRED

--------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0002 | E85 | 9130-014702024 | 69,000 | UG6 TANK WAGON | 2.519000 | 173,811.00 | USD | 0174 |


**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 367206H49   **Ship Loc:** 367206H49
**Inspect By:**     **Accept By:** 367206


**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADBATRE85 - AAXXIS DAILY BATON ROUGE E85
**Base-Ref:** 02/11/2020 **Base-Price:** 1.424500


**Recoverable Taxes included in the Price:**

| Tax Type | Tax Value |
|---|---|
| FET | .183 |

| NSN | Delivery Identification | State |
|---|---|---|
| 9130-014702024 (E85) | 367206H49 - VA MEDICAL CENTER | LA |
| FUEL,ETHANOL | | |

Delivery Address: 2495 SHREVEPORT HIGHWAY 71 N PINEVILLE LA 71360

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 367206 | 367206 |

| Name | Phone |
|---|---|
| GERRY PRICE | 318 466 2976 |

| Mode | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|
| TANK WAGON | | | | |

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 5000 | ABOVE GROUND TANK(S) | BLDG 171 |

Delivery Hours: 0700 - 1400 MON THRU FRI

Delivery Notes: Special Access:  Call 318 466 2976 or 2424 Fleet Motor pool upon arrival to the campus
for escort.
Escort Required: After calling 318 466 2976, staff member will meet the driver at the tanks.


"DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED" FOR LINE ITEMS/ LOCATIONS ALONG THE EAST
COAST OF NC, SC, GA, FL AND ALONG  THE COAST GULF OF MEXICO FL, AL, MS AND LA.  THIS IS TO SUPPORT THE
ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.

THE FUEL DELIVERY TRUCK NEEDS TO HAVE AN ESCORT WHEN REPORTING ON CAMPUS.  CONTACT FLEET MOTOR POOL @
318-466-2976 OR 2424

--------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0003 | DSS | 9140-015416760 | 126,000 | UG6 TANK WAGON | 1.910000 | 240,660.00 | USD | 0210 |


**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 364602N15   **Ship Loc:** 364602N15
**Inspect By:** 364602   **Accept By:** 364602


**Period of Performance:** 10/01/2020-09/30/2025

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-20-D-8510 | PAGE  7 OF  13 PAGES |
|---|---|---|

## Section B

**Escalator: ODCHSC2UR - OP DLY CHARLESTON 2 ULSD RED DYE**
**Base-Ref:** 02/11/2020 **Base-Price:** 1.745800

```
NSN                      Delivery Identification                State
9140-015416760 (DSS)     364602N15  - RALPH H. JOHNSON VA MEDICAL    SC
DIESEL FUEL
```

Delivery Address:

```
Service Code        Delivery DODAAC      Ordering Office DODAAC
VA                  364602               364602

Name                           Phone
HERBERT WATSON                 843 789 6783

Mode             Receipt %    Max Parcel      Min Parcel     FOB Restriction
TANK WAGON

No. of Tanks   Capacity       Type                    Tank Location
  1            10000          BELOW GROUND TANK        WING C  GPS COORDINATES ARE 32.748332,  79.952957
  2            6000           ABOVE GROUND TANK(S)     WING C  GPS COORDINATES ARE 32.748332,  79.952957
  1            8000           BELOW GROUND TANK        WING C  GPS COORDINATES ARE 32.748332,  79.952957
```

Delivery Hours: 0700 TO 1430 HOURS, MONDAY - FRIDAY EXCEPT FEDERAL HOLIDAYS

Delivery Notes: Escort Required: Call Herb Watson at (843)789-6783,  if no answer, call Boiler Plant Operator at : (843)789-7269.
Special Access:  One hour prior to delivery call  Herb Watson at  (843)789-6783,  if no answer, call Boiler Plant Operator at : (843)789-7269 or EXT 7770 or (843)789-6783.

1) Delivery location is off of Bravo Street, Charleston, SC 29401, between Bee Street and Ralph H. Johnson Blvd. GPS coordinates are 32.748332,  79.952957.
2) Please expedite request for we are currently in a Natural Gas Curtailment. Remaining levels of fuel are drastically low and endangers the medical facility operations to continue providing much needed medical services.
3) Per contract delivery ticket notes, Contractor is required to commence deliveries within 48 hours of order request.  At the current rate of consumption, the facility will run out of fuel by Friday, December 14, 2018  Saturday, December 15, 2018.  Tank information: Underground storage tank 1 is 8,000 gallons Underground storage tank 2 is 10,000 gallons Those tanks are NOT interconnecting.
4)Fuel drops are only to 1 or 2 below ground storage tanks, usually by gravity drop, and will require 30 to 50 feet of hose to connect tanker to tank.  TT W/PUMP if delivered from street, normally gravity drop from courtyard.
Generator:  Above ground storage  3 and  4 are each 6,000 gallon above ground tanks, that ARE interconnected and feed the emergency diesel generators. These tanks can only be filled from the underground storage tanks. Lifesaving.
5) LOADING RACK METERED TICKET REQUIRED.
6) Customer request TW vs TT because of space.
 MULTI-DROP
NATURAL GAS - Natural gas is the primary fuel for operating boilers, subject to curtailment in harsh Winter conditions, and loss of utility service during Hurricane Season (June through October).
 Recommended source Dominion Energy (Utility).

GENERATOR SUPPORT - These are emergency diesel generator fuel tanks, at the Boiler Plant, and can only be filled from underground storage tanks.  The generators are connected to the (2) 6000 gallons tanks above ground.  Note that Above Ground Storage Tanks 3 and 4 are interconnected and feed the emergency diesel generators, these tanks can only be filled from the underground storage tanks. They are not designed to be tanker truck filled. This generator is associated with lifesaving activities.
"DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED" FOR LINE ITEMS  LOCATIONS ALONG THE EAST COAST OF NC, SC, GA, FL AND ALONG  THE COAST GULF OF MEXICO FL, AL, MS AND LA.  THIS IS TO SUPPORT THE ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.


Special Messages: ESCORT REQUIRED
FEDCIV
MULTIPLE DROP
THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 H

```
-----------------------------------------------------------------------------------------------
Item  Prod  NSN            Quantity      UoM Mode            Award Price       Total          SolItm
0004  DSS   9140-015416760 372,000       UG6 TANK TRUCK      1.769000          658,068.00 USD  0236
```

**Inspection Point:** Destination **Acceptance Point:** Destination

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  8 OF  13 PAGES |
|---|---|---|

**Section B**

```
Accept Loc:  364204D15A   Ship Loc:  364204D15A
Inspect By:  364204   Accept By:  364204


Period of Performance: 10/01/2020-09/30/2025

Escalator: ODTMPA2UR - OPIS DAIY TAMPA NO2 UR
Base-Ref: 02/11/2020 Base-Price: 1.663400


NSN                       Delivery Identification          State
9140-015416760 (DSS)      364204D15A  - BAY PINES            FL
DIESEL FUEL

Delivery Address: 10000 BAY PINES BLVD ST PETERSBURG FL 33708

Service Code       Delivery DODAAC     Ordering Office DODAAC
VA                 364204              364204

Name                       Phone
GREG THOMAS                727-580-2123

Mode            Receipt %   Max Parcel       Min Parcel       FOB Restriction
TANK TRUCK

No. of Tanks  Capacity    Type                   Tank Location
4             30000       BELOW GROUND TANK      BLDG 100, TANKS 1-4
3             40000       BELOW GROUND TANK      BLDG 100, TANKS 5-7

Delivery Mode Notes: W PUMP and METER

Delivery Hours: 0700 1530 MON THRU FRI NO HOLIDAY OR WEEKENDS UNLESS EMERGENCY

Delivery Notes: SPECIAL ACCESS Driver must contact station representative one hour prior to delivery.
Scott Martin 727 439 1921
SPECIAL MESSAGE  Driver must also provide a valid contract number Delivery Order  when they arrive on
station. After hours weekends holidays please contact the Energy Center 727 398 6661 x 17777 if listed
representatives are not available.
DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED FOR LINE ITEMS LOCATIONS ALONG THE EAST COAST
OF NC SC GA FL AND ALONG THE COAST GULF OF MEXICO FL AL MS AND LA. THIS IS TO SUPPORT THE ACTIVITIES
DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY UNLESS AN EMERGENCY ARISES
THIS DELIVERY WILL BE AN ANNUAL REQUIREMENT FOR HURRICANE PREPAREDNESS.
GENERATOR  Generators connected to tanks at BLDG 100 tanks 1 thru 7.

THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS
CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE
CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 HOURS OF NOTIFICATION. CONTACT STATION
REPRESENTATIVE PRIOR TO DELIVERY AT 727-398-6661




Delivery Ticket Notes: METERED TICKETS REQUIRED

Special Messages: MULTIPLE DROP
THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS
CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE
CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 H
-------------------------------------------------------------------------------------
Item  Prod  NSN            Quantity    UoM Mode          Award Price    Total           SolItm
0005  DSS   9140-015416760  11,000      UG6 TANK WAGON      2.090000       22,990.00  USD  0293


Inspection Point: Destination Acceptance Point: Destination
Accept Loc:  CDGPCUSVAF   Ship Loc:  CDGPCUSVAF
Inspect By:    Accept By:  364414


Period of Performance: 10/01/2020-09/30/2025

Escalator: ADPNMA2ULD- AXXIS DAILY PANAMA CITY FL NO2 ULD
Base-Ref: 02/11/2020 Base-Price: 1.641400

NSN                       Delivery Identification          State
9140-015416760 (DSS)      CDGPCUSVAF  - JACC VA OUTPATIENT CLINIC   FL
DIESEL FUEL
```

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE 9 OF 13 PAGES |
|---|---|---|

**Section B**

Delivery Address: 790 Veterans PENSACOLA FL 32507

| Service Code<br>VA | Delivery DODAAC<br>364414 | Ordering Office DODAAC<br>364414 |
|---|---|---|

| Name<br>JENNIFER ANAYA | Phone<br>2285235717 |
|---|---|

| Mode<br>TANK WAGON | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 1200 | ABOVE GROUND TANK(S) | @JACC #2 200KW |
| 1 | 3800 | ABOVE GROUND TANK(S) | @JACC #1650KW |

Delivery Hours: 0700 - 1430 MONDAY THRU FRIDAY

Delivery Notes: "Special Access - All deliveries are to be coordinated prior with Joseph Furiate at (850) 912-2580 or (850) 292-4634 before delivery for setup instructions.  Please call (1) hour prior to delivery.


Multi-Drop Red Dyed Diesel may be delivered to multiple tanks.
Generator support .The generators sit on top of the tanks .
The generators provides electricity.  Weekly check is conducted for 30 miunutes. Run monthly testing is done for 1 hour. Primary source of energy is commercial electric.
JACC 1 (650KW) - 3800 gallons (Standalone) Weekly check is conducted for 30 miunutes. Run monthly testing is done for 1 hour.
JACC 2 (200KW) - 1200 gallons (Standalone)   Weekly check is conducted for 30 miunutes. Run monthly testing is done for 1 hour.

""DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED"" FOR LINE ITEMS/ LOCATIONS ALONG THE EAST COAST OF NC, SC, GA, FL AND ALONG THE COAST GULF OF MEXICO FL, AL, MS AND LA.  THIS IS TO SUPPORT THE ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.
"

-------------------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM | Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|---|
| 0006 | E85 | 9130-014702024 | 10,000 | UG6 | TANK WAGON | 2.065000 | 20,650.00 | USD | 0322 |


**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:**  366404K48   **Ship Loc:**  366404K48
**Inspect By:**    **Accept By:**  366404


**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADKCEAKCUC- A85%KANCTYE100+15%KANCTYUNLCBOBOXY
**Base-Ref:** 02/11/2020 **Base-Price:** 1.314965


**Recoverable Taxes included in the Price:**

| Tax Type | Tax Value |
|---|---|
| FET | .183 |


| NSN | Delivery Identification | State |
|---|---|---|
| 9130-014702024 (E85) | 366404K48 - KANSAS CITY VA MEDICAL CENT | MO |

FUEL,ETHANOL

Delivery Address: 4801 LINWOOD BOULEVARD KANSAS CITY MO 64128

| Service Code<br>VA | Delivery DODAAC<br>366404 | Ordering Office DODAAC<br>366404 |
|---|---|---|

| Name<br>MICHEAL PETERS | Phone<br>816 714 8697 |
|---|---|

| Mode<br>TANK WAGON | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 5000 | ABOVE GROUND TANK(S) | 4801 LINWOOD BLVD |

Delivery Mode Notes: POC MICHEAL PETERS 816 714 8697

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  10 OF  13 PAGES |
|---|---|---|

### Section B

Delivery Hours: 0700 - 1400 MON THRU FRI CLOSED HOLIDAYS

Delivery Notes: Call  Micheal Peters at 816-714-8697 ONE HOUR PRIOR TO DELIVERY.


Delivery Ticket Notes: METERED DELIVERY TICKETS REQUIRED

-------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0007 | BDI | 9140-014704520 | 76,000 | UG6 TANK TRUCK | 2.180000 | 165,680.00 | USD | 0402 |


**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 364301G27   **Ship Loc:**  364301G27
**Inspect By:**     **Accept By:**  364301


**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADCHARULB2- AXXIS DAILY CHARLOTTE ULB20 AVG
**Base-Ref:** 02/11/2020 **Base-Price:** 1.787000


Recoverable Taxes included in the Price:

| Tax Type | Tax Value |
|---|---|
| FET | .243 |


| NSN | Delivery Identification | State |
|---|---|---|
| 9140-014704520 (BDI) | 364301G27 - AUGUSTA VA MEDICAL CENTER | GA |
| BIODIESEL | | |

Delivery Address: 1 FREEDOM WAY AUGUSTA GA 30910

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 364301 | 364301 |

| Name | Phone |
|---|---|
| PRISCILLA TERRY | 706-731-7221 |

| Mode | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|
| TANK TRUCK | | | | |

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 10000 | BELOW GROUND TANK | BLDG 96 |

Delivery Hours: 0700|1500|MONDAY THRU FRIDAY|  EXCEPT EMERGENCY ORDERS

Delivery Notes: SPECIAL ACCESS - DELIVERY TRUCKS MUST ENTER THRU SIDE GATE OFF OF MARYLAND STREET
DELIVERY DETERMINED BY: VEDEROOT RECORDERSPECIAL REQUIREMENT: SPILL PREVENTION  ""DURING HURRICANE
SEASON LOWER QUANTITIES MAY BE ORDERED"" FOR LINE ITEMS/ LOCATIONS ALONG THE EAST COAST OF NC, SC, GA,
FL AND ALONG THE COAST GULF OF MEXICO FL, AL, MS AND LA. THIS IS TO SUPPORT THE ACTIVITIES DURING THIS
SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.


-------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0008 | DSS | 9140-015416760 | 76,000 | UG6 TANK TRUCK W | 1.791300 | 136,138.80 | USD | 0596 |


**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 364216D17   **Ship Loc:**  364216D17
**Inspect By:**     **Accept By:**  364216


**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADMIAM2UR - AXXIS DAILY MIAMI NO2 ULS RED DYE
**Base-Ref:** 02/11/2020 **Base-Price:** 1.691300


| NSN | Delivery Identification | State |
|---|---|---|
| 9140-015416760 (DSS) | 364216D17  - MIAMI | FL |
| DIESEL FUEL | | |

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-20-D-8510 | PAGE  11 OF  13 PAGES |
|---|---|---|

**Section B**

Delivery Address: 1201 NW 16TH STREET MIAMI FL 33125

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 364216 | 364216 |

| Name | Phone |
|---|---|
| SCOTT OLSEN | 786-295-0489 |

Mode                    Receipt %    Max Parcel        Min Parcel        FOB Restriction
TANK TRUCK W

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 4 | 10000 | ABOVE GROUND TANK(S) | 1201 NW  16TH STREET |
| 2 | 35000 | ABOVE GROUND TANK(S) | 1201 NW  16TH STREET |

Delivery Hours: 0700 1630 MONDAY THRU FRIDAY

Delivery Notes: NATURAL GAS
DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED FOR LINE ITEMS/ LOCATIONS ALONG THE EAST COAST
OF NC, SC, GA, FL AND ALONG THE COAST GULF OF MEXICO FL, AL, MS AND LA. THIS IS TO SUPPORT THE
ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY


TTWP
TTWP
 FEDCIV
THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS
CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE
CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 H

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  12 OF  13 PAGES |
|---|---|---|

## SECTION F - DELIVERIES OR PERFORMANCE

**52.247-34  F.O.B. DESTINATION  (NOV 1991)  FAR**

## SECTION I - CONTRACT CLAUSES

**52.204-19  INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS  (DEC 2014)  FAR**

**252.204-7009  LIMITATIONS ON THE USE OR DISCLOSURE OF THIRD-PARTY CONTRACTOR REPORTED CYBER INCIDENT INFORMATION  (OCT 2016)  DFARS**

**252.204-7012  SAFEGUARDING COVERED DEFENSE INFORMATION AND CYBER INCIDENT REPORTING  (DEC 2019)  DFARS**

**252.215-7014  EXCEPTION FROM CERTIFIED COST OR PRICING DATA REQUIREMENTS FOR FOREIGN MILITARY SALES INDIRECT OFFSETS  (JUN 2018)  DFARS**

**52.232-40  PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS  (DEC 2013)  FAR**

**252.232-7006  WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS  (DEC 2018)  DFARS**

(a)  *Definitions.*   As used in this clause-

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

(b)  *Electronic invoicing.*   The WAWF system is the method to electronically process vendor payment requests and receiving reports, as authorized by DFARS  252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c)  *WAWF access.*   To access WAWF, the Contractor shall-

  (1)  Have a designated electronic business point of contact in the System for Award Management at  https://www.acquisition.gov; and

  (2)  Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this web site.

(d)  *WAWF training.*   The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at  https://wawf.eb.mil/

(e)  *WAWF methods of document submission.*   Document submissions may be via web entry, Electronic Data Interchange, or File Transfer Protocol.

(f)  *WAWF payment instructions.*   The Contractor must use the following information when submitting payment requests and receiving reports in WAWF for this contract/order:

  (1)  *Document type.*   The Contractor shall use the following document type(s).

  *(Contracting Officer: Insert applicable document type(s).*

  *Note: If a "Combo" document type is identified but not supportable by the Contractor's business systems, an "Invoice" (stand-alone) and "Receiving Report" (stand-alone) document type may be used instead.)*

  (2)  *Inspection/acceptance location.*   The Contractor shall select the following inspection/acceptance location(s) in WAWF, as specified by the contracting officer.

  *(Contracting Officer: Insert inspection and acceptance locations or "Not applicable.")*

  (3)  *Document routing.*   The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Data Table*

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Pay Official DoDAAC | SL4701 |
| Issue By DoDAAC | SPE605 |
| Admin DoDAAC | SPE605 |
| Inspect By DoDAAC | SEE SCHEDULE |
| Ship To Code | SEE SCHEDULE |
| Ship From Code | |

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  13 OF  13 PAGES |
|---|---|---|

**SECTION I - CONTRACT CLAUSES (CONTINUED)**

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Mark For Code | |
| Service Approver (DoDAAC) | |
| Service Acceptor (DoDAAC) | SEE SCHEDULE |
| Accept at Other DoDAAC | |
| LPO DoDAAC | |
| DCAA Auditor DoDAAC | |
| Other DoDAAC(s) | |

*(\*Contracting Officer: Insert applicable DoDAAC information or "See schedule" if multiple ship to/acceptance locations apply, or "Not applicable.")*

(4)   *Payment request and supporting documentation.*   The Contractor shall ensure a payment request includes appropriate contract line item and subline item descriptions of the work performed or supplies delivered, unit price/cost per unit, fee (if applicable), and all relevant back-up documentation, as defined in DFARS Appendix F, (e.g. timesheets) in support of each payment request.

(5)   *WAWF email notifications.*   The Contractor shall enter the e-mail address identified below in the "Send Additional Email Notifications" field of WAWF once a document is submitted in the system.

*(Contracting Officer: Insert applicable email addresses or "Not applicable.")*

(g)   *WAWF point of contact.*

(1)  The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

*(Contracting Officer: Insert applicable information or "Not applicable.")*

(2)  For technical WAWF help, contact the WAWF helpdesk at 866-618-5988.

(End of clause)

**52.233-3  PROTEST AFTER AWARD   (AUG 1996)   FAR**

**252.244-7000  SUBCONTRACTS FOR COMMERCIAL ITEMS   (JUN 2013)   DFARS**

**52.253-1  COMPUTER GENERATED FORMS   (JAN 1991)   FAR**

**252.204-7018  PROHIBITION ON THE ACQUISITION OF COVERED DEFENSE TELECOMMUNICATIONS EQUIPMENT OR SERVICES (DEC 2019)   DFARS**



Case
BlackSix v
Grantham et al.

**Exhibit
3**

| **Subject** | Reservation #CI4DZRWU for Airport Honolulu Hotel |
| --- | --- |
| **From** | reservations@outrigger.com <reservations@outrigger.com> |
| **To:** | <OJPGEORGETOWN@GMAIL.COM> |
| **Date** | Today at 12:25 PM |

Your reservation has been confirmed



HOTELS & RESORTS | EVENTS | HELP

## Your trip to Airport Honolulu Hotel has been confirmed.

Welcome OLIVER PARSONS
Thank you for booking a trip with us. We look forward to welcoming you on Tuesday, May 16, 2023.

## Your Trip Information

### DESTINATION INFORMATION

Airport Honolulu Hotel
3401 North Nimitz Highway, Honolulu, Hawaii
Tel:                          1-808-836-0661
Email:                      hah.reservations@outrigger.com

### ARRIVAL

**Arrival Date:**          Tuesday, May 16, 2023
**Check-in:**               15:00 (3:00 PM)

### DEPARTURE

**Departure Date:**      Thursday, May 18, 2023
**Check-out:**            11:00 (11:00 AM)

## RESERVATION INFORMATION

| | |
|---|---|
| **Confirmation Number:** | CI4DZRWU |
| **Loyalty Number:** | |
| **Room Type Reserved:** | Superior - 1 King Bed |
| **Rate Type:** | Flexible Rate. |

- Stress-free rate
- No penalties if your plans change up to 72 hours of your stay

| | |
|---|---|
| **Rooms:** | 1 |
| **Adults:** | 1 |
| **Children:** | 0 |

# Payment Information

## TOTAL ROOM COST

| | |
|---|---|
| **Number of Nights:** | 2 |
| **Number of Rooms:** | 1 |
| **Daily Room Rate:** | USD 199.00 |
| **Room Charges Subtotal:** | USD 398.00 |
| **Estimated Charges:** | USD 20.00 |
| **Estimated Taxes:** | USD 75.10 |
| **\*Total Room Cost:** | USD 493.10 |

## PACKAGE ADD-ONS

| | |
|---|---|
| **Package Add-on:** | |
| **Package Cost:** | |
| **Package Taxes:** | |
| **\*Total Package Cost:** | |

# Reservation Policies*

## DEPOSIT AND CANCELLATION POLICY

A reservation is guaranteed with a valid credit or debit card. Major credit and debit cards are accepted. No Shows and Cancellations made 72 to 0 hours prior to arrival are subject to a charge of first night's room and tax

For additional reservation policy details, contact our support team: 1-866-956-4262.

## AMENITY CHARGE

A charge of $10.00 USD per day, per room, plus taxes included above in the Estimated Cost of Stay will be charged at check out.

## GUEST SERVICES

Visit our website for parking policies and other on-site services. GUEST SERVICES ›

*Reservation policies and taxes are subject to change without notice. Estimated taxes include all applicable 10.25% TAT; 4.712% GET and 3% County TAT Taxes for Occupancy.

# MORE WAYS TO ENJOY YOUR TRIP



## PLAN YOUR BEST VACATION

Create memories that last a lifetime. Outrigger Activities, your local concierge expert, will help you find and book your next adventure.

BOOK ACTIVITIES ›



## EXPLORE WITH ENTERPRISE RENT-A-CAR

Save more. Book a rental car online with Outrigger and get special deals with our preferred partners.

BOOK NOW ›

© 2023 Outrigger Hotels Hawaii

Your privacy is important to us. See our privacy policy for details.

You are receiving this message regarding your upcoming reservation with Outrigger Hotels and Resorts.

All $ values are in USD unless indicated. Rates cannot be combined with other offers. Subject to availability and change. Other restrictions may apply. Taxes are not included in above rates, unless indicated.

If a guest chooses to secure a reservation or place a room deposit upon check-in with a debit card/credit card, the financial institution that issued the card will typically place a hold on funds equal to the total cost of the guest's entire itinerary including room, tax and other related expenses. The financial institution's policies and practices govern the manner and timing of the release of any hold on funds. Outrigger is also not responsible for any overdraft charges or other fees that may result from the financial institution's policies and practices.

Outrigger Hotels and Resorts | 2375 Kuhio Ave. Honolulu, HI, 96815, United States

| **Subject** | Reservation #CI4DZROD for Airport Honolulu Hotel |
|---|---|
| **From** | reservations@outrigger.com <reservations@outrigger.com> |
| **To:** | <OJPGEORGETOWN@GMAIL.COM> |
| **Date** | Today at 12:24 PM |

Your reservation has been confirmed



## Your trip to Airport Honolulu Hotel has been confirmed.

Welcome OLIVER PARSONS
Thank you for booking a trip with us. We look forward to welcoming you on Tuesday, May 16, 2023.

## Your Trip Information

### DESTINATION INFORMATION

Airport Honolulu Hotel
3401 North Nimitz Highway, Honolulu, Hawaii
Tel:                          1-808-836-0661
Email:                       hah.reservations@outrigger.com

### ARRIVAL

**Arrival Date:**        Tuesday, May 16, 2023
**Check-in:**            15:00 (3:00 PM)

### DEPARTURE

**Departure Date:**     Thursday, May 18, 2023
**Check-out:**          11:00 (11:00 AM)

## RESERVATION INFORMATION

| | |
|---|---|
| **Confirmation Number:** | CI4DZROD |
| **Loyalty Number:** | 328858764 |
| **Room Type Reserved:** | Superior - 1 King Bed |
| **Rate Type:** | Flexible Rate. |

- Stress-free rate
- No penalties if your plans change up to 72 hours of your stay

| | |
|---|---|
| **Rooms:** | 1 |
| **Adults:** | 1 |
| **Children:** | 0 |

# Payment Information

## TOTAL ROOM COST

| | |
|---|---|
| **Number of Nights:** | 2 |
| **Number of Rooms:** | 1 |
| **Daily Room Rate:** | USD 199.00 |
| **Room Charges Subtotal:** | USD 398.00 |
| **Estimated Charges:** | USD 20.00 |
| **Estimated Taxes:** | USD 75.10 |
| ***Total Room Cost:** | USD 493.10 |

## PACKAGE ADD-ONS

| | |
|---|---|
| **Package Add-on:** | |
| **Package Cost:** | |
| **Package Taxes:** | |
| ***Total Package Cost:** | |

# Reservation Policies*

## DEPOSIT AND CANCELLATION POLICY

A reservation is guaranteed with a valid credit or debit card. Major credit and debit cards are accepted. No Shows and Cancellations made 72 to 0 hours prior to arrival are subject to a charge of first night's room and tax

For additional reservation policy details, contact our support team: 1-866-956-4262.

## AMENITY CHARGE

A charge of $10.00 USD per day, per room, plus taxes included above in the Estimated Cost of Stay will be charged at check out.

## GUEST SERVICES

Visit our website for parking policies and other on-site services. GUEST SERVICES ›

*Reservation policies and taxes are subject to change without notice. Estimated taxes include all applicable 10.25% TAT; 4.712% GET and 3% County TAT Taxes for Occupancy.

# MORE WAYS TO ENJOY YOUR TRIP



## PLAN YOUR BEST VACATION

Create memories that last a lifetime. Outrigger Activities, your local concierge expert, will help you find and book your next adventure.

BOOK ACTIVITIES ›



## EXPLORE WITH ENTERPRISE RENT-A-CAR

Save more. Book a rental car online with Outrigger and get special deals with our preferred partners.

BOOK NOW ›

© 2023 Outrigger Hotels Hawaii

Your privacy is important to us. See our privacy policy for details.

You are receiving this message regarding your upcoming reservation with Outrigger Hotels and Resorts.

All $ values are in USD unless indicated. Rates cannot be combined with other offers. Subject to availability and change. Other restrictions may apply. Taxes are not included in above rates, unless indicated.

If a guest chooses to secure a reservation or place a room deposit upon check-in with a debit card/credit card, the financial institution that issued the card will typically place a hold on funds equal to the total cost of the guest's entire itinerary including room, tax and other related expenses. The financial institution's policies and practices govern the manner and timing of the release of any hold on funds. Outrigger is also not responsible for any overdraft charges or other fees that may result from the financial institution's policies and practices.

Outrigger Hotels and Resorts | 2375 Kuhio Ave. Honolulu, HI, 96815, United States

| **Subject** | Reservation #CI4DZRO0 for Airport Honolulu Hotel |
| **From** | reservations@outrigger.com <reservations@outrigger.com> |
| **To:** | <OJPGEORGETOWN@GMAIL.COM> |
| **Date** | Today at 12:26 PM |

Your reservation has been confirmed



## Your trip to Airport Honolulu Hotel has been confirmed.

Welcome OLIVER PARSONS
Thank you for booking a trip with us. We look forward to welcoming you on Tuesday, May 16, 2023.

## Your Trip Information

### DESTINATION INFORMATION

Airport Honolulu Hotel
3401 North Nimitz Highway, Honolulu, Hawaii
Tel:                      1-808-836-0661
Email:                 hah.reservations@outrigger.com

### ARRIVAL

| **Arrival Date:** | Tuesday, May 16, 2023 |
| **Check-in:** | 15:00 (3:00 PM) |

### DEPARTURE

| **Departure Date:** | Thursday, May 18, 2023 |
| **Check-out:** | 11:00 (11:00 AM) |

## RESERVATION INFORMATION

| | |
|---|---|
| **Confirmation Number:** | CI4DZRO0 |
| **Loyalty Number:** | |
| **Room Type Reserved:** | Superior - 2 Double Beds |
| **Rate Type:** | Flexible Rate. |

- Stress-free rate
- No penalties if your plans change up to 72 hours of your stay

| | |
|---|---|
| **Rooms:** | 1 |
| **Adults:** | 1 |
| **Children:** | 0 |

# Payment Information

## TOTAL ROOM COST

| | |
|---|---|
| **Number of Nights:** | 2 |
| **Number of Rooms:** | 1 |
| **Daily Room Rate:** | USD 189.00 |
| **Room Charges Subtotal:** | USD 378.00 |
| **Estimated Charges:** | USD 20.00 |
| **Estimated Taxes:** | USD 71.50 |
| **\*Total Room Cost:** | USD 469.50 |

## PACKAGE ADD-ONS

| | |
|---|---|
| **Package Add-on:** | |
| **Package Cost:** | |
| **Package Taxes:** | |
| **\*Total Package Cost:** | |

# Reservation Policies*

## DEPOSIT AND CANCELLATION POLICY

A reservation is guaranteed with a valid credit or debit card. Major credit and debit cards are accepted. No Shows and Cancellations made 72 to 0 hours prior to arrival are subject to a charge of first night's room and tax

For additional reservation policy details, contact our support team: 1-866-956-4262.

## AMENITY CHARGE

A charge of $10.00 USD per day, per room, plus taxes included above in the Estimated Cost of Stay will be charged at check out.

## GUEST SERVICES

Visit our website for parking policies and other on-site services. GUEST SERVICES ›

*Reservation policies and taxes are subject to change without notice. Estimated taxes include all applicable 10.25% TAT; 4.712% GET and 3% County TAT Taxes for Occupancy.

# MORE WAYS TO ENJOY YOUR TRIP



## PLAN YOUR BEST VACATION

Create memories that last a lifetime. Outrigger Activities, your local concierge expert, will help you find and book your next adventure.

BOOK ACTIVITIES ›



## EXPLORE WITH ENTERPRISE RENT-A-CAR

Save more. Book a rental car online with Outrigger and get special deals with our preferred partners.

BOOK NOW ›

© 2023 Outrigger Hotels Hawaii

Your privacy is important to us. See our privacy policy for details.

You are receiving this message regarding your upcoming reservation with Outrigger Hotels and Resorts.

All $ values are in USD unless indicated. Rates cannot be combined with other offers. Subject to availability and change. Other restrictions may apply. Taxes are not included in above rates, unless indicated.

If a guest chooses to secure a reservation or place a room deposit upon check-in with a debit card/credit card, the financial institution that issued the card will typically place a hold on funds equal to the total cost of the guest's entire itinerary including room, tax and other related expenses. The financial institution's policies and practices govern the manner and timing of the release of any hold on funds. Outrigger is also not responsible for any overdraft charges or other fees that may result from the financial institution's policies and practices.

Outrigger Hotels and Resorts | 2375 Kuhio Ave. Honolulu, HI, 96815, United States

Case
BlackSix v
Grantham et al.

**Exhibit
4**

# AAR - FLOATING REFINERY

## INVESTOR HIGHLIGHTS

November 2023





**SYNOPSIS**

All-American Refinery (AAR) is seeking to build a mobile floating oil refinery that will be stationed in international waters in the Pacific Ocean



The US Government and AAR have identified a decommissioned US Navy aircraft carrier to retrofit for the project

Grand Isle Shipyard (GIS) has been contracted to provide complete project management services - from engineering to procurement to construction



BLKSIX has been engaged to source a strategic partner that will commit USD $2 billion toward project construction costs and share in ongoing profits during the life of the refinery





## OVERVIEW – ALL AMERICAN REFINERY

Founded in 2017 by Jesse Grantham, AAR is an oil and refined products distribution and logistics company

AAR is affirmed by the US Government as a Disabled Veterans Owned Business

Corporate clients include several of the largest US companies across the shipping, trucking and aviation industries

Since 2018, the US Government has awarded AAR 38 oil and fuel contracts, several which remain ongoing today

**DISTINGUISHED PARTNER**







### Federal Clients

US Dept of Defense
Defense Logistics Agency
US Coast Guard
US Navy
US Post Office

### Federal Vendor Details

| | |
|---|---|
| **Registration Date** | 2018/04/18 |
| **SAM ID** | E7R9RL388YD7 |
| **CAGE Code** | 83FT4 |
| **DUNS #** | 081153788 |
| **Contracts Awarded** | 38 |



## BIOGRAPHIES – ALL AMERICAN REFINERY

**HISTORY OF EXCELLENCE**



### JESSE GRANTHAM

- Honored US Army Veteran
- Soldier of Year (3 consecutive years)
- Decorated for combat, awards for Operation Iraqi Freedom
- Co-Founder, Bullock Investigations Security Corporation, multi-state investigative & security company, various US Government contracts
- Driven growth across multiple companies via deep relationships within numerous US government agencies, including GSA, DOD, DOJ, DLA

### ERIC MALSTROM

- 30+ years investment, research and trading experience across commodity, credit and interest rate markets
- Lee Stern & Co – commodity trading
- Elders IXL – commodity trading
- Bank of Tokyo – fixed income trading
- UBS, Swiss Bank, O'Connor – interest rate trading
- Wolf International – hedge fund portfolio management
- Cassandra Group – event driven trading
- St Espirit – hedge fund portfolio management
- CME Seat – 14+ years

### RET. COLONEL RICHARD CANTWELL

- US Military Academy, West Point
- Masters in Civil Engineering, University of Texas
- Construction Executive Program, Stanford University
- US Army Corps of Engineers, 20-year career
- MACOM Engineer, led construction of $1.2B in facilities
- Commanded 625-man combat engineer battalion, South Korea, DMZ
- Member of special operations teams in dozens of countries
- Appointed Chairman of Homeland Security Task Force by Congresswoman Sue Mywick
- Serves on Congressional Committee Advisory Group for Terrorism and Unconventional Warfare

### JEFF DeROSIA

- 30+ years oilfield construction industry experience
- drafting, fabrication, leading 100+ person construction crews
- Grand Isle Shipyard - Operations Manager
- Notable projects
  - *Conoco GC-TLWP-184, GOM Deep Water Platform*
  - *Shell, $330m cleans fuel program*
  - *Shell, Deep Water Mars, TLP-FGC 1/2 compressor hook-ups*
  - *Shell, Europa Flowline Hook-Up and Surveillance*
  - *Shell, Hurricane Katrina recovery project*
  - *Shell, Bonga FPSO, Nigeria*
  - *BP, GI-43, 41&47 Fields*
  - *Valero, $1bn FCCU program*
  - *ExxonMobil, $750m NRD program*
  - *Chevron, $80m cleans fuel program*



## OVERVIEW – GRAND ISLE SHIPYARD

Founded in 1948, GIS is one of the energy industry's preeminent names, providing global services across the entire value chain – from upstream to midstream to downstream markets – and across the entire project lifecycle – from conception and engineering to construction and maintenance

GIS offers unmatched project management capabilities with over 2,700 employees, 20 facilities globally, and through its industry acquisitions that include firms such Blanchard Industrial, Mack Steel, Aerobotics Drone, Sun Industries, Chustz Surveying, MODS and NuWave

Some notable clients include Shell, Chevron, BP, Exxon, Hess, Eni, Baker Hughes, Williams, Honeywell and Noble

**UNMATCHED EXPERTISE**



**FULL LIFECYCLE MANAGEMENT**



| Evaluate & plan | > | Design & draft | > | Source & order | > | Fabricate & construct | > | Operate & maintain |











## PROJECT SCOPE

**STRATEGIC OPPORTUNITY**





As a Veteran Owned Business that has successfully completed numerous fuel projects and contracts for the US Government over the past 5 years, AAR has been given the opportunity to develop the world's second mobile floating refinery

GIS will provide complete project management services due to its pre-existing relationship with AAR, its expertise having already built the first ever floating oil refinery, and the meaningful cost benefit from US Government subsidies when constructed in the USA

The US Government has endorsed AAR's project, will provide a decommissioned US Navy aircraft, and confirmed the Department of Defense and other US Government agencies will be customers

The refinery will be positioned in the Pacific Ocean in international waters, which will allow strategic tax advantages and provide a convenient fuel source to the Asia Pacific regions and the West Coast of North America

Shell, Exxon, and Total are currently in discussion to provide crude input supply, with estimated production capacity of 120,000 barrels/day including fuel oil, kerosene, diesel, naphtha, PFD, LVGO, HVGO, ATB and LPG

The timeframe for completion will be approximately 8 to 14 months







## INVESTMENT DETAILS

AAR is seeking a USD $2 billion capital commitment for refinery construction costs from an investor that will benefit mutually as a strategic partner, with the option to supply the refinery with crude oil

Upon project completion, the investor will receive 70% of total net profits until principal is repaid, and then 20% of total net profits ongoing during refinery lifetime

Investor will be given retained equity ownership and project oversight as a board member

Using a conservative production capacity of 100,000 barrels/day, instead of the targeted 120,000 barrels/day, estimated Year 1 gross profit is $156 million, approximately $12 – 13 million per month

**COMPELLING VENTURE**



| YEAR 1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | *($000)* | | | | | | | | | | | | |
| Light Products | 168,130 | 151,860 | 168,130 | 162,707 | 168,130 | 162,707 | 168,130 | 168,130 | 162,707 | 168,130 | 162,707 | 168,130 | 1,979,597 |
| Fuel Oil | 27,219 | 24,585 | 27,219 | 26,341 | 27,219 | 26,341 | 27,219 | 27,219 | 26,341 | 27,219 | 26,341 | 27,219 | 320,485 |
| *Total* | 195,349 | 176,445 | 195,349 | 189,048 | 195,349 | 189,048 | 195,349 | 195,349 | 189,048 | 195,349 | 189,048 | 195,349 | **2,300,082** |
| | | | | | | | | | | | | | |
| **COGS** | | | | | | | | | | | | | |
| Crude Input | 171,790 | 155,165 | 171,790 | 166,248 | 171,790 | 166,248 | 171,790 | 171,790 | 166,248 | 171,790 | 166,248 | 171,790 | 2,022,684 |
| Cutter Stock | 8,065 | 7,284 | 8,065 | 7,805 | 8,065 | 7,805 | 8,065 | 8,065 | 7,805 | 8,065 | 7,805 | 8,065 | 94,958 |
| Utilities | 1,735 | 1,959 | 2,169 | 2,309 | 2,603 | 2,519 | 2,603 | 2,603 | 2,099 | 1,952 | 1,679 | 1,735 | 25,967 |
| *Total* | 181,590 | 164,408 | 182,024 | 176,362 | 182,458 | 176,572 | 182,458 | 182,458 | 176,152 | 181,807 | 175,732 | 181,590 | **2,143,609** |
| | | | | | | | | | | | | | |
| **Gross Profit** | **13,760** | **12,036** | **13,326** | **12,686** | **12,892** | **12,476** | **12,892** | **12,892** | **12,896** | **13,543** | **13,316** | **13,760** | **156,473** |







connect@blksix.com

 

**Case**
**BlackSix v**
**Grantham et al.**

**Exhibit**
**5**

# All American Refinery, Inc.

1318 Hardy St 2nd Floor
Hattiesburg, MS  39401
United States of America

| Phone: | +1 (601) 544-0873 |
| Fax: | +1 (855) 401-2040 |
| E-Mail: | Grantham@aarefinery.com |

The following is an outline overview on the **All American Refinery** (**AAR**) opportunities and revenue to be generated from the Purchase/Acquisition of the Stockstill Trucking Company:

Upon Final Purchase/Acquisition of Stockstill Trucking Co.

1. 90 days to convert to Stockstill into SDVOSB (Service Disabled Veteran Owned Small Business) Entity
2. Bid on multiple DLA & GSA transportation contracts (equipment)
3. Bid on multiple VA and DON contracts (equipment)
4. Bid on all 50 states for National Guard and Army Reserve transport contracts (equipment)
5. Bid on all 50 states NAVY and Air Force Reserve transport contracts (equipment)
6. Bullets 1 through 5 represents over one-billion dollars ($1B) of open contracts in 2023
7. Take full advantage of Government Sole Source Set-Aside Awards specifically set-aside for SDVOSB's

Fuel DoD Contracts
1. Hawaii sixty-million ($60 million) plus in transportation fuel RFQ's
   a. Fuel Rigs (2) assigned to Pearl Harbour to transport and wet hose fuels
   b. Air craft, vehicles, aircraft and vessels (all loaded by truck)
   c. Multiple "individual awards and set-aside ops", including fuel service, transport and/or wet hose
2. Main Land USA
   a. Two and four Fuel trucks to be strategically placed at ten (10) terminals to deliver AAR fuel contracts with DoD

Existing Business & Trucking Contracts (currently being serviced by Stockstill Trucking Co.)

3. Trucking company already holds active service contracts producing $200k to $400k a week in receivables

*Note:  Summary encompasses a 90 day, 120 day, 6 month, 12 month, and 5 year plan…*



Case
BlackSix v
Grantham et al.

Exhibit
6

OLIVER PARSONS
1/ 914-924-3674
oliver@blksix.com

July 31, 2023

BlackSix LLC
1000 Brickell Plaza
Unit 3601
Miami, FL 33131

This letter hereby confirms terms of agreement between Oliver Parsons of BlackSix LLC and Jesse Grantham.

BlackSix LLC will wire USD $600,000 to Navy Federal Credit Union account for use of purchase and sale of propane fuel by Propane Man, Hawaii.

Return earned will be $1 per gallon of propane purchased.

Signed:

Oliver Parsons
BlackSix LLC, Founder

Jesse Grantham
Propane Man, CEO and Owner

| Propane Profit Model - Propane Man / AAR / BLKSIX | | | | | | |
|---|---|---|---|---|---|---|

**Funds committed**   $600,000

**LPG Purchase Price / Gallon**
| Aug - Dec 2023 | $3.12 |
|---|---|
| Jan 2024 onward | $2.00 |

| Purchase Date | Sale Date | Funds Committed | Purchase Price per Gallon | Weekly Gallons Purchased and Sold | Profit per gallon | Total Profit |
|---|---|---|---|---|---|---|
| Aug 4, 2023 | Aug 8, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Aug 11, 2023 | Aug 15, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Aug 18, 2023 | Aug 22, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Aug 25, 2023 | Aug 29, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Sep 1, 2023 | Sep 5, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Sep 8, 2023 | Sep 12, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Sep 15, 2023 | Sep 19, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Sep 22, 2023 | Sep 26, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Sep 29, 2023 | Oct 3, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Oct 6, 2023 | Oct 10, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Oct 13, 2023 | Oct 17, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Oct 20, 2023 | Oct 24, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Oct 27, 2023 | Oct 31, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Nov 3, 2023 | Nov 7, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Nov 10, 2023 | Nov 14, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Nov 17, 2023 | Nov 21, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Nov 24, 2023 | Nov 28, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Dec 1, 2023 | Dec 5, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Dec 8, 2023 | Dec 12, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Dec 15, 2023 | Dec 19, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Dec 22, 2023 | Dec 26, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Dec 29, 2023 | Jan 2, 2024 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Jan 5, 2024 | Jan 9, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Jan 12, 2024 | Jan 16, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Jan 19, 2024 | Jan 23, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Jan 26, 2024 | Jan 30, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Feb 2, 2024 | Feb 6, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Feb 9, 2024 | Feb 13, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Feb 16, 2024 | Feb 20, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Feb 23, 2024 | Feb 27, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Mar 1, 2024 | Mar 5, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Mar 8, 2024 | Mar 12, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Mar 15, 2024 | Mar 19, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Mar 22, 2024 | Mar 26, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Mar 29, 2024 | Apr 2, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |

**Profit Earned**   $8,130,769.23

Case
BlackSix v
Grantham et al.

**Exhibit
8**

| | |
|---|---|
| **ISSUED BY:** | Defense Logistics Agency (DLA) Energy |
| **OFFEROR:** | All American Refinery Inc |
| **DELIVERY:** | Veterans Affairs (VA) Medical |
| **CONTRACT #:** | SPE605-20-D-8510 |
| **Effective Date:** | 10/01/2020 - 09/30/2025 |

**AWARD SCHEDULE:**

| Base Price | Award Price | Margin $ | Margin % |
|---|---|---|---|
| $1.54 | $2.28 | $0.73 | 32% |
| $1.42 | $2.52 | $1.09 | 43% |
| $1.75 | $1.91 | $0.16 | 9% |
| $1.66 | $1.77 | $0.11 | 6% |
| $1.64 | $2.09 | $0.45 | 21% |
| $1.31 | $2.07 | $0.75 | 36% |
| $1.79 | $2.18 | $0.39 | 18% |
| $1.69 | $1.79 | $0.10 | 6% |
| | | | 21% |

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER | | | | PAGE 1 OF 13 |
|---|---|---|---|---|---|

**2. CONTRACT NO.**
SPE605-20-D-8510

**3. AWARD/EFFECTIVE DATE**
2020 AUG 31

**4. ORDER NUMBER**

**5. SOLICITATION NUMBER**

**6. SOLICITATION ISSUE DATE**

**7. FOR SOLICITATION INFORMATION CALL:** ▶

a. NAME

b. TELEPHONE NUMBER *(No collect calls)*

**8. OFFER DUE DATE/ LOCAL TIME**

**9. ISSUED BY**          CODE | SPE605

DLA ENERGY
POST, CAMPS, AND STATIONS
8725 JOHN J. KINGMAN ROAD
FORT BELVOIR VA  22060
USA
Local Admin: Orlando MERRITT DOM0016 Tel: 571-767-7725
Email: Orlando.Merritt@dla.mil

**10. THIS ACQUISITION IS**  ☒ UNRESTRICTED OR  ☐ SET ASIDE: _____ % FOR:

☐ SMALL BUSINESS

☐ HUBZONE SMALL BUSINESS

☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM

☐ EDWOSB          NAICS: 324110

☐ 8 (A)             SIZE STANDARD:

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED**

☐ SEE SCHEDULE

**12. DISCOUNT TERMS**

Net 30 days

☐ **13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)**

**13b. RATING**

**14. METHOD OF SOLICITATION**
☐ RFQ    ☐ IFB    ☐ RFP

**15. DELIVER TO**          CODE

SEE SCHEDULE

**16. ADMINISTERED BY**          CODE | SPE605

SEE BLOCK 9
Criticality:  PAS : None

**17a. CONTRACTOR/ OFFEROR**   CODE | 83FT4    FACILITY CODE

ALL AMERICAN REFINERY INC DBA
All American Refinery,Inc
9423 OLD HERMITAGE PKWY STE 1
BATON ROUGE LA  70810-6893
USA

TELEPHONE NO.    6013353298

**18a. PAYMENT WILL BE MADE BY**          CODE | SL4701

DEF FIN AND ACCOUNTING SVC
BSM
P O BOX 182317
COLUMBUS OH  43218-2317
USA

☐ **17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER**

**18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED.**  ☒ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
|  | See Schedule |  |  |  |  |

**25. ACCOUNTING AND APPROPRIATION DATA**

**26. TOTAL AWARD AMOUNT** *(For Govt. Use Only)*
███████████

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☒ ARE NOT ATTACHED.

☐ **28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED**

☒ **29. AWARD OF CONTRACT: REF.** ALL AMERICAN REFINERY INC DBA **OFFER DATED** 2020-May-29 **YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH, HEREIN IS ACCEPTED AS TO ITEMS:** Amd 0001 - 0009

**30a. SIGNATURE OF OFFEROR/CONTRACTOR**

**31a. UNITED STATES OF AMERICA** *(SIGNATURE OF CONTRACTING OFFICER)*
MBANDI.JUEBILINE.NALOVA.12449140
86
Digitally signed by
MBANDI.JUEBILINE.NALOVA.1244914086
Date: 2020.08.31 23:33:23 -04'00'

**30b. NAME AND TITLE OF SIGNER** *(Type or Print)*

**30c. DATE SIGNED**

**31b. NAME OF CONTRACTING OFFICER** *(Type or Print)*
Juebiline Mbandi
Juebiline.Mbandi@dla.mil

**31c. DATE SIGNED**
2020 AUG 31

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

**STANDARD FORM 1449** (REV.
Prescribed by GSA - FAR (48 CFR) 53.212

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED   ☐ INSPECTED   ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT<br>REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT<br>REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER<br><br>☐ PARTIAL   ☐ FINAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED<br>CORRECT FOR | 36. PAYMENT<br><br>☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | | 37. CHECK NUMBER |
|---|---|---|---|---|---|
| 38. S/R ACCOUNT NO. | 39. S/R VOUCHER NUMBER | 40. PAID BY | | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY  *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT  *(Location)* |
| | | 42c. DATE REC'D  *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449**  (REV. 2/2012)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE 3 OF 13 PAGES |
|---|---|---|

1.ALL AMERICAN REFINERY INC DBA initial offer dated May 29, 2020, as amended or supplemented by email correspondence sent via email dated 14, 17, and 29 Jul, and 7 and 11 (2) August, 2020 in response to SPE605-20-R-0228 and Amendments 0001-0009 hereby incorporated into this contract by reference as if fully set forth herein

2.Contractor's offers submitted and all correspondence pursuant and relevant to solicitation SPE605-20-R-0228 as amended by Amendments 0001 through 0009, are hereby incorporated into this contract as if fully set forth herein.

3.Remittance Address: Same as SF 1449

4.This contract is a fixed price requirements contract with economic price adjustment and is awarded under long term contracting.

5.The Ordering and Delivery periods are as follows:
Ordering Period: 1 October 2020 through September 30, 2025.
Delivery Period: 48 Hours after 1 October 2020 through 31 October 2025.

6.Prices will be adjusted in accordance with B19.19 ECONOMIC PRICE ADJUSTMENT - PETROLEUM PRODUCT PRICE, POSTS, CAMPS, AND STATIONS (PC&S) (DLA ENERGY JUNE 2017) and B-19.27-3 -
ECONOMIC PRICE ADJUSTMENT – MARKET PRICE (PC&S) (ETHANOL) (DLA ENERGY JAN 2012). The base reference date is 11 Feb 2020.  The contract price for all line items will escalate/de-escalate daily (Monday through Friday, and any deliveries made on Saturday and Sunday (such as in emergency situations) will use Friday's Price) in accordance with the above-referenced Economic Price Adjustment clauses based upon the prescribed escalation publication referenced in the contract; price changes are not based on product cost or vendor profit margin.

7.During Hurricane Season (only), lower quantities may be ordered – for line items along the East coast of NC, SC, GA and FL. Orders may also be issued for locations along the coast of Gulf of Mexico in FL, AL, MS and LA. This is to support the Activities during this season when they are required to maintain a higher fuel capacity. Hurricane Season is to include Topical Depressions, Tropical Storms and Hurricanes. You have agreed to accept the order and deliver as indicated on the delivery order (DD1155).

8.In accordance with F1.11 DLA Internet Bid Board System (DIBBS) (DLA ENERGY) (APR 2014), Delivery Orders will be processed through DIBBS. Contractors can access DIBBS at ttps://www.dibbs.bsm.dla.mil. To access the DD1155 click on Awards and select any search method. All orders will be posted to the DIBBS for contractor notification. Only the Contracting Officer can approve a "verbal order" to the Contractor. The Ordering Officer will contact the Customer Assistance Specialist (CAS)/Inventory Manager who will notify the Contracting Officer.

9.In accordance with DFARS 252.232-7006 WIDE AREA WORK FLOW PAYMENT INSTRUCTIONS (DEC 2018) Contractor has agreed to invoice in IRAPT and paid through WAWF (WAWF Access: https://wawf.eb.mil/). All proper invoices submitted through IRAPT, DFAS Columbus will submit payment. Contractors can check payment status via MYINVOICE, which is accessed via IRAPT and DFAS Access: http://www.dfas.mil/dfas/contractorsvendors/poemail.html

10.Contractors will keep all records for six years and 3 months after the last payment is made.

11.Each invoice submitted for payment under this contract shall be identified by an individual invoice number. The number shall not be duplicated on subsequent invoices. Duplicate invoice numbers or invoices that do not include numbers may be rejected.

12.Enterprise Help Desk Phone number is: 1-855-352-0001, and the email address is: DLAEnterpriseHelpDesk@dla.mil

13.In case of an emergency after normal duty hours (EST), the Command Control Officer can be called at (703) 767-8420. Please identify the Contracting Officer and the Duty Officer will contact the Contracting Officer once identified by caller. Please ensure you provide contract number and phone number for return call.
15.The Prices to Web daily updates can be found at: http://p2web.energy.dla.mil/

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  4 OF  13 PAGES |
|---|---|---|

**Section B**

```
Quality Technical Provisions
DIESEL FUEL,DSS
9140-015416760
PR #:


IAW BASIC NON GOVT STD ASTM D975
REVISION NR 12  DTD
PART PIECE NUMBER: ULTRA LOW SULFUR DIESEL 2 S15
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A    DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B    DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR C    DTD 08/07/2020
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.69-12
REVISION NR A    DTD 10/01/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A    DTD 07/30/2015
PART PIECE NUMBER:


Quality Technical Provisions
BIODIESEL,BDI
9140-014704520
PR #:


IAW BASIC UNK ASTM-D7467
REVISION NR     DTD
PART PIECE NUMBER: B20 BIODIESEL BLEND
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.27
REVISION NR A    DTD 01/10/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A    DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B    DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR C    DTD 08/07/2020
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A    DTD 07/30/2015
PART PIECE NUMBER:


Quality Technical Provisions
FUEL,ETHANOL,E85
9130-014702024
PR #:


IAW BASIC NON GOVT STD ASTM D5798
REVISION NR     DTD
PART PIECE NUMBER: FUEL,GASOLINE E85
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.14
REVISION NR A    DTD 07/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
```

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  5 OF  13 PAGES |
|---|---|---|

**Section B**

```
REVISION NR A   DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B   DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR C   DTD 08/07/2020
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A   DTD 07/30/2015
PART PIECE NUMBER:
```

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | SolItm |
|---|---|---|---|---|---|---|---|
| 0001 | E85 | 9130-014702024 | ███████ | UG6 TANK WAGON | 2.279000 | ██████████ | |

```
Inspection Point: Destination Acceptance Point: Destination
Accept Loc:  364600N22   Ship Loc:  364600N22
Inspect By:    Accept By:  364600
```

**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADSPBGE85 - AXXIS DAILY SPARTANBURG E85
**Base-Ref:** 02/11/2020 **Base-Price:** 1.544500

Recoverable Taxes included in the Price:

| Tax Type | Tax Value |
|---|---|
| FET | .183 |

| NSN | Delivery Identification | State |
|---|---|---|
| 9130-014702024 (E85) | 364600N22 - COLUMBIA | SC |
| FUEL,ETHANOL | | |

Delivery Address: 6439 Garners Ferry Road COLUMBIA SC 29209

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 364600 | 364600 |

| Name | Phone |
|---|---|
| JONATHAN STIREWALT | 803-776-4000 EXT |

| Mode | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|
| TANK WAGON | | | | |

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 5000 | ABOVE GROUND TANK(S) | NEXT TO T-25 AND 20 SURROUNDED W/CHAINLINK FENCE |

Delivery Mode Notes: E85 only supplies vehicles.  Tanks are not feeding generators nor are they tied to a building.

Delivery Hours: 800AM THRU 430PM MONDAY THRU FRIDAY  NO FEDERAL HOLIDAYS AND WEEKENDS

Delivery Notes: Note During the hurricane season lower quantities of fuel may be ordered for Dorn VA Medical Center Columbia SC.  This is to support the activities during the hurricane season when they are required to maintain a higher fuel capacity.  In the event of a potential hurricane the contact phone number from Monday  Friday is 803 776 4000 Ext 6541 and on weekends holidays the Boiler Plant Operator phone number is 803 776 4000 Ext 7641.
During adverse weather hurricane conditions we can accept fuel deliveries on the weekends Federal Holidays. The Boiler Plant Operator would be the POC during these times.
E85 Fuel is surrounded by a chain link fence. The fuel tank is located next to buildings T25 and 20. Diesel fuel 30000 gallon below ground storage tanks for their diesel.  The two below ground fuel tanks are located next to Building 21. The Boiler Plant Supervisors phone number is 803 776 4000 extension 7644 and the Boiler Plant Operators phone number is 803 7764000 extension 7641.
Justification for a diesel contract This diesel is used to operate the VA Medical Centers Boiler Plant.  The average daily consumption is approximately 4500 gallons.  VHA Directive 1810 requires the Boiler Plant Supervisor to maintain a 10 day on site fuel requirement to support the Boiler Plant.  Generally,

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  6 OF  13 PAGES |
|---|---|---|

### Section B

this diesel requirement would be required between October and March of every calendar year.  South Carolina Electric and Gas SCEG notifies the Boiler Plant Supervisor of a natural gas curtailment. Once the curtailment is initiated, the Boiler Plant uses the on site stored diesel to provide heat and hot water to the VA Medical Center.  Dorn VA Medical Center's annual fuel requirement is based on the severity of the weather conditions.
Fuel usage is based on the severity of South Carolina's weather conditions and SCEE curtailing our natural gas supply.
CONTACT  803-776-4000 EXT 6541 Delivery Contact  Connee Hanley Email   Connee.boehmhanley va.gov
Telephone 803 776 4000 ext 6541


Delivery Ticket Notes: METERED DELIVERY TICKETS REQUIRED

--------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM | Mode | Award Price | Total | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0002 | E85 | 9130-014702024 | ▓▓▓ | UG6 | TANK WAGON | 2.519000 | ▓▓▓ | ▓▓▓ |


**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 367206H49   **Ship Loc:** 367206H49
**Inspect By:**    **Accept By:** 367206


**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADBATRE85 - AXXIS DAILY BATON ROUGE E85
**Base-Ref:** 02/11/2020 **Base-Price:** 1.424500


Recoverable Taxes included in the Price:

| Tax Type | Tax Value |
|---|---|
| FET | .183 |

| NSN | Delivery Identification | State |
|---|---|---|
| 9130-014702024 (E85) | 367206H49 - VA MEDICAL CENTER | LA |
| FUEL,ETHANOL | | |

Delivery Address: 2495 SHREVEPORT HIGHWAY 71 N PINEVILLE LA 71360

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 367206 | 367206 |

| Name | Phone |
|---|---|
| GERRY PRICE | 318 466 2976 |

| Mode | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|
| TANK WAGON | | | | |

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 5000 | ABOVE GROUND TANK(S) | BLDG 171 |

Delivery Hours: 0700 - 1400 MON THRU FRI

Delivery Notes: Special Access:  Call 318 466 2976 or 2424 Fleet Motor pool upon arrival to the campus for escort.
Escort Required: After calling 318 466 2976, staff member will meet the driver at the tanks.


"DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED" FOR LINE ITEMS/ LOCATIONS ALONG THE EAST COAST OF NC, SC, GA, FL AND ALONG  THE COAST GULF OF MEXICO FL, AL, MS AND LA.  THIS IS TO SUPPORT THE ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.

THE FUEL DELIVERY TRUCK NEEDS TO HAVE AN ESCORT WHEN REPORTING ON CAMPUS.  CONTACT FLEET MOTOR POOL @ 318-466-2976 OR 2424

--------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM | Mode | Award Price | Total | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0003 | DSS | 9140-015416760 | ▓▓▓ | UG6 | TANK WAGON | 1.910000 | ▓▓▓ | ▓▓▓ |


**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 364602N15   **Ship Loc:** 364602N15
**Inspect By:** 364602   **Accept By:** 364602


**Period of Performance:** 10/01/2020-09/30/2025

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE 7 OF 13 PAGES |
|---|---|---|

## Section B

**Escalator: ODCHSC2UR - OP DLY CHARLESTON 2 ULSD RED DYE**
**Base-Ref:** 02/11/2020 **Base-Price:** 1.745800

```
NSN                          Delivery Identification              State
9140-015416760 (DSS)         364602N15  - RALPH H. JOHNSON VA MEDICAL    SC
DIESEL FUEL
```

Delivery Address:

```
Service Code        Delivery DODAAC      Ordering Office DODAAC
VA                  364602               364602

Name                         Phone
HERBERT WATSON               843 789 6783

Mode           Receipt %   Max Parcel      Min Parcel      FOB Restriction
TANK WAGON

No. of Tanks   Capacity    Type                 Tank Location
   1           10000       BELOW GROUND TANK     WING C  GPS COORDINATES ARE 32.748332,  79.952957
   2           6000        ABOVE GROUND TANK(S)  WING C  GPS COORDINATES ARE 32.748332,  79.952957
   1           8000        BELOW GROUND TANK     WING C  GPS COORDINATES ARE 32.748332,  79.952957
```

Delivery Hours: 0700 TO 1430 HOURS, MONDAY - FRIDAY EXCEPT FEDERAL HOLIDAYS

Delivery Notes: Escort Required: Call Herb Watson at (843)789-6783,  if no answer, call Boiler Plant
Operator at : (843)789-7269.
Special Access:  One hour prior to delivery call  Herb Watson at  (843)789-6783,  if no answer, call
Boiler Plant Operator at : (843)789-7269 or EXT 7770 or (843)789-6783.

1) Delivery location is off of Bravo Street, Charleston, SC 29401, between Bee Street and Ralph H.
Johnson Blvd. GPS coordinates are 32.748332,  79.952957.
2) Please expedite request for we are currently in a Natural Gas Curtailment. Remaining levels of fuel
are drastically low and endangers the medical facility operations to continue providing much needed
medical services.
3) Per contract delivery ticket notes, Contractor is required to commence deliveries within 48 hours of
order request.  At the current rate of consumption, the facility will run out of fuel by Friday,
December 14, 2018  Saturday, December 15, 2018.  Tank information: Underground storage tank 1 is 8,000
gallons Underground storage tank 2 is 10,000 gallons Those tanks are NOT interconnecting.
4)Fuel drops are only to 1 or 2 below ground storage tanks, usually by gravity drop, and will require
30 to 50 feet of hose to connect tanker to tank.  TT W/PUMP if delivered from street, normally gravity
drop from courtyard.
Generator:  Above ground storage  3 and  4 are each 6,000 gallon above ground tanks, that ARE
interconnected and feed the emergency diesel generators. These tanks can only be filled from the
underground storage tanks. Lifesaving.
5) LOADING RACK METERED TICKET REQUIRED.
6) Customer request TW vs TT because of space.
 MULTI-DROP
NATURAL GAS - Natural gas is the primary fuel for operating boilers, subject to curtailment in harsh
Winter conditions, and loss of utility service during Hurricane Season (June through October).
 Recommended source Dominion Energy (Utility).

GENERATOR SUPPORT - These are emergency diesel generator fuel tanks, at the Boiler Plant, and can only
be filled from underground storage tanks.  The generators are connected to the (2) 6000 gallons tanks
above ground.  Note that Above Ground Storage Tanks 3 and 4 are interconnected and feed the emergency
diesel generators, these tanks can only be filled from the underground storage tanks. They are not
designed to be tanker truck filled. This generator is associated with lifesaving activities.
"DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED" FOR LINE ITEMS  LOCATIONS ALONG THE EAST
COAST OF NC, SC, GA, FL AND ALONG  THE COAST GULF OF MEXICO FL, AL, MS AND LA.  THIS IS TO SUPPORT THE
ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.

Special Messages: ESCORT REQUIRED
FEDCIV
MULTIPLE DROP
THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS
CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE
CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 H
```

--------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM | Mode | Award Price | Total | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0004 | DSS | 9140-015416760 | ▮▮▮ | UG6 | TANK TRUCK | 1.769000 | ▮▮▮ | |

**Inspection Point:** Destination **Acceptance Point:** Destination

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  8 OF  13 PAGES |
|---|---|---|

**Section B**

```
Accept Loc:  364204D15A   Ship Loc:  364204D15A
Inspect By:  364204   Accept By:  364204


Period of Performance: 10/01/2020-09/30/2025

Escalator: ODTMPA2UR - OPIS DAIY TAMPA NO2 UR
Base-Ref: 02/11/2020 Base-Price: 1.663400


NSN                            Delivery Identification           State
9140-015416760 (DSS)           364204D15A  - BAY PINES            FL
DIESEL FUEL

Delivery Address: 10000 BAY PINES BLVD ST PETERSBURG FL 33708

Service Code       Delivery DODAAC     Ordering Office DODAAC
VA                 364204              364204

Name                         Phone
GREG THOMAS                  727-580-2123

Mode              Receipt %  Max Parcel       Min Parcel      FOB Restriction
TANK TRUCK

No. of Tanks   Capacity      Type                     Tank Location
4              30000         BELOW GROUND TANK        BLDG 100, TANKS 1-4
3              40000         BELOW GROUND TANK        BLDG 100, TANKS 5-7

Delivery Mode Notes: W PUMP and METER

Delivery Hours: 0700 1530 MON THRU FRI NO HOLIDAY OR WEEKENDS UNLESS EMERGENCY

Delivery Notes: SPECIAL ACCESS Driver must contact station representative one hour prior to delivery.
Scott Martin 727 439 1921
SPECIAL MESSAGE  Driver must also provide a valid contract number Delivery Order  when they arrive on
station. After hours weekends holidays please contact the Energy Center 727 398 6661 x 17777 if listed
representatives are not available.
DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED FOR LINE ITEMS LOCATIONS ALONG THE EAST COAST
OF NC SC GA FL AND ALONG THE COAST GULF OF MEXICO FL AL MS AND LA. THIS IS TO SUPPORT THE ACTIVITIES
DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY UNLESS AN EMERGENCY ARISES
THIS DELIVERY WILL BE AN ANNUAL REQUIREMENT FOR HURRICANE PREPAREDNESS.
GENERATOR  Generators connected to tanks at BLDG 100 tanks 1 thru 7.

THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS
CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE
CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 HOURS OF NOTIFICATION. CONTACT STATION
REPRESENTATIVE PRIOR TO DELIVERY AT 727-398-6661



Delivery Ticket Notes: METERED TICKETS REQUIRED

Special Messages: MULTIPLE DROP
THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS
CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE
CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 H
```

---

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | SolItm |
|---|---|---|---|---|---|---|---|
| 0005 | DSS | 9140-015416760 | ███████ | UG6 TANK WAGON | 2.090000 | ████████ | |

```
Inspection Point: Destination Acceptance Point: Destination
Accept Loc:  CDGPCUSVAF   Ship Loc:  CDGPCUSVAF
Inspect By:   Accept By:  364414


Period of Performance: 10/01/2020-09/30/2025

Escalator: ADPNMA2ULD- AXXIS DAILY PANAMA CITY FL NO2 ULD
Base-Ref: 02/11/2020 Base-Price: 1.641400


NSN                            Delivery Identification           State
9140-015416760 (DSS)           CDGPCUSVAF  - JACC VA OUTPATIENT CLINIC    FL
DIESEL FUEL
```

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-20-D-8510 | PAGE 9 OF 13 PAGES |
|---|---|---|

**Section B**

Delivery Address: 790 Veterans PENSACOLA FL 32507

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 364414 | 364414 |

Name                          Phone
JENNIFER ANAYA                 2285235717

Mode               Receipt %   Max Parcel       Min Parcel       FOB Restriction
TANK WAGON

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 1200 | ABOVE GROUND TANK(S) | @JACC #2 200KW |
| 1 | 3800 | ABOVE GROUND TANK(S) | @JACC #1650KW |

Delivery Hours: 0700 - 1430 MONDAY THRU FRIDAY

Delivery Notes: "Special Access - All deliveries are to be coordinated prior with Joseph Furiate at (850) 912-2580 or (850) 292-4634 before delivery for setup instructions.  Please call (1) hour prior to delivery.


Multi-Drop Red Dyed Diesel may be delivered to multiple tanks.
Generator support .The generators sit on top of the tanks .
The generators provides electricity.  Weekly check is conducted for 30 miunutes. Run monthly testing is done for 1 hour. Primary source of energy is commercial electric.
JACC 1 (650KW) - 3800 gallons (Standalone) Weekly check is conducted for 30 miunutes. Run monthly testing is done for 1 hour.
JACC 2 (200KW) - 1200 gallons (Standalone)   Weekly check is conducted for 30 miunutes. Run monthly testing is done for 1 hour.

""DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED"" FOR LINE ITEMS/ LOCATIONS ALONG THE EAST COAST OF NC, SC, GA, FL AND ALONG THE COAST GULF OF MEXICO FL, AL, MS AND LA.  THIS IS TO SUPPORT THE ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.
"

-----------------------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM | Mode | Award Price | Total | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0006 | E85 | 9130-014702024 | ███████ | UG6 | TANK WAGON | 2.065000 | █████████ | |

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:**  366404K48   **Ship Loc:**  366404K48
**Inspect By:     Accept By:**  366404


**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADKCEAKCUC- A85%KANCTYE100+15%KANCTYUNLCBOBOXY
**Base-Ref:** 02/11/2020 **Base-Price:** 1.314965


Recoverable Taxes included in the Price:

| Tax Type | Tax Value |
|---|---|
| FET | .183 |


| NSN | Delivery Identification | State |
|---|---|---|
| 9130-014702024 (E85) | 366404K48 - KANSAS CITY VA MEDICAL CENT | MO |
| FUEL,ETHANOL | | |

Delivery Address: 4801 LINWOOD BOULEVARD KANSAS CITY MO 64128

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 366404 | 366404 |

Name                          Phone
MICHEAL PETERS                 816 714 8697

Mode               Receipt %   Max Parcel       Min Parcel       FOB Restriction
TANK WAGON

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 5000 | ABOVE GROUND TANK(S) | 4801 LINWOOD BLVD |

Delivery Mode Notes: POC MICHEAL PETERS 816 714 8697

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  10 OF  13 PAGES |
|---|---|---|

**Section B**

Delivery Hours: 0700 - 1400 MON THRU FRI CLOSED HOLIDAYS

Delivery Notes: Call  Micheal Peters at 816-714-8697 ONE HOUR PRIOR TO DELIVERY.


Delivery Ticket Notes: METERED DELIVERY TICKETS REQUIRED

-------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | SolItm |
|---|---|---|---|---|---|---|---|
| 0007 | BDI | 9140-014704520 | ███████ | UG6 TANK TRUCK | 2.180000 | ███████ | ███████ |


**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 364301G27   **Ship Loc:** 364301G27
**Inspect By:**     **Accept By:** 364301


**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADCHARULB2- AXXIS DAILY CHARLOTTE ULB20 AVG
**Base-Ref:** 02/11/2020 **Base-Price:** 1.787000


Recoverable Taxes included in the Price:

| Tax Type | Tax Value |
|---|---|
| FET | .243 |


| NSN | Delivery Identification | State |
|---|---|---|
| 9140-014704520 (BDI) | 364301G27 - AUGUSTA VA MEDICAL CENTER | GA |
| BIODIESEL | | |

Delivery Address: 1 FREEDOM WAY AUGUSTA GA 30910

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 364301 | 364301 |

| Name | Phone |
|---|---|
| PRISCILLA TERRY | 706-731-7221 |

| Mode | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|
| TANK TRUCK | | | | |

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 10000 | BELOW GROUND TANK | BLDG 96 |

Delivery Hours: 0700|1500|MONDAY THRU FRIDAY|  EXCEPT EMERGENCY ORDERS

Delivery Notes: SPECIAL ACCESS - DELIVERY TRUCKS MUST ENTER THRU SIDE GATE OFF OF MARYLAND STREET
DELIVERY DETERMINED BY: VEDEROOT RECORDERSPECIAL REQUIREMENT: SPILL PREVENTION  ""DURING HURRICANE
SEASON LOWER QUANTITIES MAY BE ORDERED"" FOR LINE ITEMS/ LOCATIONS ALONG THE EAST COAST OF NC, SC, GA,
FL AND ALONG THE COAST GULF OF MEXICO FL, AL, MS AND LA. THIS IS TO SUPPORT THE ACTIVITIES DURING THIS
SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.


-------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | SolItm |
|---|---|---|---|---|---|---|---|
| 0008 | DSS | 9140-015416760 | ███████ | UG6 TANK TRUCK W | 1.791300 | ███████ | |


**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 364216D17   **Ship Loc:** 364216D17
**Inspect By:**     **Accept By:** 364216


**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADMIAM2UR - AXXIS DAILY MIAMI NO2 ULS RED DYE
**Base-Ref:** 02/11/2020 **Base-Price:** 1.691300


| NSN | Delivery Identification | State |
|---|---|---|
| 9140-015416760 (DSS) | 364216D17  - MIAMI | FL |
| DIESEL FUEL | | |

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  11 OF  13 PAGES |
|---|---|---|

### Section B

Delivery Address: 1201 NW 16TH STREET MIAMI FL 33125

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 364216 | 364216 |

Name                          Phone
SCOTT OLSEN                    786-295-0489

Mode              Receipt %   Max Parcel        Min Parcel        FOB Restriction
TANK TRUCK W

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 4 | 10000 | ABOVE GROUND TANK(S) | 1201 NW  16TH STREET |
| 2 | 35000 | ABOVE GROUND TANK(S) | 1201 NW  16TH STREET |

Delivery Hours: 0700 1630 MONDAY THRU FRIDAY

Delivery Notes: NATURAL GAS
DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED FOR LINE ITEMS/ LOCATIONS ALONG THE EAST COAST
OF NC, SC, GA, FL AND ALONG THE COAST GULF OF MEXICO FL, AL, MS AND LA. THIS IS TO SUPPORT THE
ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY


TTWP
TTWP
 FEDCIV
THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS
CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE
CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 H

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-20-D-8510 | PAGE  12 OF  13 PAGES |
|---|---|---|

## SECTION F - DELIVERIES OR PERFORMANCE

**52.247-34  F.O.B. DESTINATION  (NOV 1991)  FAR**

## SECTION I - CONTRACT CLAUSES

**52.204-19  INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS  (DEC 2014)  FAR**

**252.204-7009  LIMITATIONS ON THE USE OR DISCLOSURE OF THIRD-PARTY CONTRACTOR REPORTED CYBER INCIDENT INFORMATION  (OCT 2016)  DFARS**

**252.204-7012  SAFEGUARDING COVERED DEFENSE INFORMATION AND CYBER INCIDENT REPORTING  (DEC 2019)  DFARS**

**252.215-7014  EXCEPTION FROM CERTIFIED COST OR PRICING DATA REQUIREMENTS FOR FOREIGN MILITARY SALES INDIRECT OFFSETS  (JUN 2018)  DFARS**

**52.232-40  PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS  (DEC 2013)  FAR**

**252.232-7006  WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS  (DEC 2018)  DFARS**

(a)  *Definitions.*   As used in this clause-

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

(b)  *Electronic invoicing.*   The WAWF system is the method to electronically process vendor payment requests and receiving reports, as authorized by DFARS  252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c)  *WAWF access.*   To access WAWF, the Contractor shall-

   (1)  Have a designated electronic business point of contact in the System for Award Management at  https://www.acquisition.gov; and

   (2)  Be registered to use WAWF at  https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this web site.

(d)  *WAWF training.*   The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at  https://wawf.eb.mil/

(e)  *WAWF methods of document submission.*   Document submissions may be via web entry, Electronic Data Interchange, or File Transfer Protocol.

(f)  *WAWF payment instructions.*   The Contractor must use the following information when submitting payment requests and receiving reports in WAWF for this contract/order:

   (1)  *Document type.*   The Contractor shall use the following document type(s).

   *(Contracting Officer: Insert applicable document type(s).*

   *Note: If a "Combo" document type is identified but not supportable by the Contractor's business systems, an "Invoice" (stand-alone) and "Receiving Report" (stand-alone) document type may be used instead.)*

   (2)  *Inspection/acceptance location.*   The Contractor shall select the following inspection/acceptance location(s) in WAWF, as specified by the contracting officer.

   *(Contracting Officer: Insert inspection and acceptance locations or "Not applicable.")*

   (3)  *Document routing.*   The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Data Table*

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Pay Official DoDAAC | SL4701 |
| Issue By DoDAAC | SPE605 |
| Admin DoDAAC | SPE605 |
| Inspect By DoDAAC | SEE SCHEDULE |
| Ship To Code | SEE SCHEDULE |
| Ship From Code | |

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-20-D-8510 | PAGE  13 OF  13 PAGES |
|---|---|---|

**SECTION I - CONTRACT CLAUSES (CONTINUED)**

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Mark For Code | |
| Service Approver (DoDAAC) | |
| Service Acceptor (DoDAAC) | SEE SCHEDULE |
| Accept at Other DoDAAC | |
| LPO DoDAAC | |
| DCAA Auditor DoDAAC | |
| Other DoDAAC(s) | |

(*Contracting Officer: Insert applicable DoDAAC information or "See schedule" if multiple ship to/acceptance locations apply, or "Not applicable.")

(4)  *Payment request and supporting documentation.*   The Contractor shall ensure a payment request includes appropriate contract line item and subline item descriptions of the work performed or supplies delivered, unit price/cost per unit, fee (if applicable), and all relevant back-up documentation, as defined in DFARS Appendix F, (e.g. timesheets) in support of each payment request.

(5)  *WAWF email notifications.*   The Contractor shall enter the e-mail address identified below in the "Send Additional Email Notifications" field of WAWF once a document is submitted in the system.

(Contracting Officer: Insert applicable email addresses or "Not applicable.")

(g)  *WAWF point of contact.*

(1)  The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

(Contracting Officer: Insert applicable information or "Not applicable.")

(2)  For technical WAWF help, contact the WAWF helpdesk at 866-618-5988.

(End of clause)

**52.233-3  PROTEST AFTER AWARD   (AUG 1996)   FAR**

**252.244-7000  SUBCONTRACTS FOR COMMERCIAL ITEMS   (JUN 2013)   DFARS**

**52.253-1  COMPUTER GENERATED FORMS   (JAN 1991)   FAR**

**252.204-7018  PROHIBITION ON THE ACQUISITION OF COVERED DEFENSE TELECOMMUNICATIONS EQUIPMENT OR SERVICES (DEC 2019)   DFARS**

Case
BlackStx
Grantham et al.

Exhibit
9



# ORION OIL

7950 NW 58th Street, Doral, FL 33166

January 10, 2024

Oliver Parsons
All American Refinery

Dear Mr. Parsons,

We would like to notify you of our intent to enter into a one-year agreement in which we can commit to lift 700,000 gallons of gasoline and 300,000 of diesel per month from your account. We prefer to proceed with the monthly discounted Platts-based pricing.

This letter is not a binding agreement and subject to our acceptance and execution of the terms of the contract you will be providing.

Our authorized hauler is ESP Fueling, LL, SCAC# ESPI.

Regards,

Daniel Alonso