# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BLACK SIX LLC<br><br>Plaintiff(s),<br><br>v.<br><br>ALL AMERICAN REFINERY, INC., ISLAND L.P. GAS SERVICES, INC., DBA PROPANE MAN, and JESSE GRANTHAM<br><br>Defendant(s). | Civil Case No.: 1:24-cv-21285-KMW<br><br>**AFFIDAVIT OF ROBERT GARSON IN SUPPORT OF PLAINTIFF'S VERIFIED MOTION FOR ATTORNEY'S FEES AND COSTS** |

**STATE OF FLORIDA**          )
                              )
**SOUTHERN DISTRICT**         )

On this day personally appeared before me, the undersigned authority, Robert Garson ("Affiant") who after being first duly sworn, deposes and says:

1. I have personal knowledge of the facts set forth herein.

2. I am an attorney duly authorized to practice law in the State of Florida as well as several other jurisdictions. Specifically, I have been engaged in the practice of law since 1999 and am admitted to practice in England & Wales since 1999; New York since 2010; Florida since 2022, and the District of Columbia since 2022. I am a Barrister-Attorney with full active practicing certificates in all the foregoing jurisdictions.

1

3. I am a partner with the law firm of GS2 Law PLLC, which has offices in New York and Florida.

4. GS2 Law PLLC was engaged by the Plaintiff to prosecute this action.

5. The billing rate for the work performed on this matter by me is $750 per hour. I spent 8.50 hours in pursuing Plaintiff's claims in this action, for a total of $6,375.00 in attorney's fees.

6. Yanina Zilberman is a senior associate attorney with GS2 Law PLLC and has been duly authorized to practice law in the State of Florida since 2013. The billing rate for the work performed on this matter by Yanina Zilberman is $400.00 per hour. Ms. Zilberman spent 0.90 hours in pursuing Plaintiff's claims in this action for a total of $360.00 in attorney's fees.

7. Natalia Jimenez is our team paralegal. The billing rate for the work performed on this matter by Natalia Jimenez is $225.00 per hour. Ms. Jimenez spent 8.80 in pursuing Plaintiff's claims in this action for a total of $1,980.00 in fees.

8. Plaintiff has incurred a total of $1,382.26 in costs in connection with this action.

9. Description of the specific attorney work performed and costs incurred in the prosecution of this action are set forth in the time summary attached hereto as Composite **Exhibit 1.**

10. The hours worked by GS2 Law PLLC attorneys are recorded in time records kept by the firm in the ordinary course of business, and they are an accurate record of the time expended by the firm.

11. The aforementioned fees and costs were reasonable and necessarily incurred in connection with the firm's representation of Plaintiff and were in accordance with applicable legal standards.

_____
Robert Garson
Date:

SWORN TO AND SUBSCRIBED before me by means of ☒ physical presence or ☐ online notarization, this 8th day of July, 2024, by Robert Garson. He/she is personally known to me or has produced _____ as identification.

[NOTARY SEAL]

_____
Notary Public
Notary Name: Yanina Zilberman
My Commission expires: 1/6/2025

Yanina Zilberman
Comm. #HH077861
Expires: Jan. 6, 2025
Bonded Thru Aaron Notary

3

# Activities Export

EXHIBIT 1

07/08/2024
4:28 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/26/2024 | 🕐 | Email exchange with process servers to serve Companies + Jesse Grantham<br>● Billed invoice 4065 | 01226- BlackSix LLC- Grantham Recovery Grantham Recovery | Natalia Jimenez | 0.20h | $225.00 | - | $45.00 |
| 04/26/2024 | 🕐 | Review and file Proofs of Service for Jesse Grantham, All American Refinery and Island LP Gas Services Inc dba Propane Man Services Inc dba Propane Man<br>● Billed invoice 4065 | 01226- BlackSix LLC- Grantham Recovery Grantham Recovery | Natalia Jimenez | 0.10h | $225.00 | - | $22.50 |
| 04/30/2024 | 🕐 | Receipt, review and calendar paperless order<br>● Billed invoice 4065 | 01226- BlackSix LLC- Grantham Recovery Grantham Recovery | Natalia Jimenez | 0.20h | $225.00 | - | $45.00 |
| 05/09/2024 | 🕐 | Draft and Efile Notice of Filing Exhibits and Exhibits<br>● Billed invoice 4182 | 01226- BlackSix LLC- Grantham Recovery Grantham Recovery | Natalia Jimenez | 0.90h | $225.00 | - | $202.50 |
| 05/17/2024 | 🕐 | Finalize and file Statement of Citizenship<br>● Billed invoice 4182 | 01226- BlackSix LLC- Grantham Recovery Grantham Recovery | Natalia Jimenez | 0.20h | $225.00 | - | $45.00 |
| 05/01/2024 | 🕐 | eFiled the Affidavits of Service<br>● Billed invoice 4182 | 01226- BlackSix LLC- Grantham Recovery Grantham Recovery | Natalia Jimenez | 0.20h | $225.00 | - | $45.00 |
| 05/01/2024 | 🕐 | Research regarding service upon: -Grantham in Mississippi -All American Refinery in Mississippi -Island Gas in Hawaii<br>● Billed invoice 4182 | 01226- BlackSix LLC- Grantham Recovery Grantham Recovery | Natalia Jimenez | 0.40h | $225.00 | - | $90.00 |
| 06/06/2024 | 🕐 | Drafting of Plaintiff's motion for | 01226- BlackSix LLC- | Natalia | 0.70h | $225.00 | - | $157.50 |

18.20h

$0.00  $8,715.00
0.00h   18.20h

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/07/2024 | 🕒 | final default judgment<br>● Draft invoice 4525 | Grantham Recovery<br>Grantham Recovery | Jimenez | | | | |
| 07/03/2024 | 🕒 | Finalized drafting of Motion for entry of default judgment against defendants<br>● Draft invoice 4525 | 01226- BlackSix LLC-<br>Grantham Recovery<br>Grantham Recovery | Natalia Jimenez | 0.50h | $225.00 | - | $112.50 |
| 07/03/2024 | 🕒 | Draft and Revise Plaintiff's Motion for Entry of Default Judgment Against The Defendants<br>● Unbilled | 01226- BlackSix LLC-<br>Grantham Recovery<br>Grantham Recovery | Natalia Jimenez | 1.60h | $225.00 | - | $360.00 |
| 07/05/2024 | 🕒 | Continue Drafting Exhibits to Motion for Default Judgment<br>● Unbilled | 01226- BlackSix LLC-<br>Grantham Recovery<br>Grantham Recovery | Natalia Jimenez | 1.20h | $225.00 | - | $270.00 |
| 07/03/2024 | 🕒 | Draft of Declaration of Default Judgment; Draft of Exhibit B and C to Motion for Default Judgment<br>● Unbilled | 01226- BlackSix LLC-<br>Grantham Recovery<br>Grantham Recovery | Natalia Jimenez | 0.80h | $225.00 | - | $180.00 |
| 07/05/2024 | 🕒 | Draft Affidavit A Attorneys Fees and Costs<br>● Unbilled | 01226- BlackSix LLC-<br>Grantham Recovery<br>Grantham Recovery | Natalia Jimenez | 0.40h | $225.00 | - | $90.00 |
| 07/08/2024 | 🕒 | Finalize Affidavit on Motion for Attorney's fees<br>● Unbilled | 01226- BlackSix LLC-<br>Grantham Recovery<br>Grantham Recovery | Natalia Jimenez | 0.30h | $225.00 | - | $67.50 |
| 07/08/2024 | 🕒 | Updating and correcting DECLARATION OF OLIVER PARSONS IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT | 01226- BlackSix LLC-<br>Grantham Recovery<br>Grantham Recovery | Natalia Jimenez | 0.90h | $225.00 | - | $202.50 |

18.20h

$0.00
0.00h

$8,715.00
18.20h

# Activities Export

07/08/2024
4:28 PM

| Date | Type | Description | Matter | User ▲ | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 07/08/2024 | 🕐 | JUDGMENT AGAINST THE DEFENDANTS 🔵 Unbilled | 01226- BlackSix LLC- Grantham Recovery | Natalia Jimenez | 0.10h | $225.00 | - | $22.50 |
| 07/08/2024 | 🕐 | Communication by email with Oliver Parsons to send his declaration for his review 🔵 Unbilled | 01226- BlackSix LLC- Grantham Recovery | Natalia Jimenez | 0.10h | $225.00 | - | $22.50 |
| 07/08/2024 | 🕐 | Last changes on Oliver Parson's declaration 🔵 Unbilled | 01226- BlackSix LLC- Grantham Recovery | Natalia Jimenez | 2.80h | $750.00 | - | $2,100.00 |
| 03/27/2024 | 🕐 | Research and drafting complaint. 🟢 Billed invoice 3811 | 01226- BlackSix LLC- Grantham Recovery | Robert Garson | 3.30h | $750.00 | - | $2,475.00 |
| 03/28/2024 | 🕐 | Drafting complaint and email to client. 🟢 Billed invoice 3811 | 01226- BlackSix LLC- Grantham Recovery | Robert Garson | 1.00h | $750.00 | - | $750.00 |
| 04/05/2024 | 🕐 | Filing complaint, exhibits and drafting summonses and Civ Cover sheet 🟢 Billed invoice 4065 | 01226- BlackSix LLC- Grantham Recovery | Robert Garson | 0.30h | $750.00 | - | $225.00 |
| 05/07/2024 | 🕐 | Review of docket and corrections to filings made. 🟢 Billed invoice 4182 | 01226- BlackSix LLC- Grantham Recovery | Robert Garson | 0.30h | $750.00 | - | $225.00 |
| 05/03/2024 | 🕐 | Review of Neon Century report for failed service points. 🟢 Billed invoice 4182 | 01226- BlackSix LLC- Grantham Recovery | Robert Garson | | | | |
| 06/04/2024 | 🕐 | Default in 1:24-cv-21285-KMW - | 01226- BlackSix LLC- | Robert | 0.20h | $750.00 | - | $150.00 |

| | 18.20h | | $0.00 0.00h | $8,715.00 18.20h |

# Activities Export

07/08/2024
4:28 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 06/05/2024 | 🕒 | email re default · Draft invoice 4525 | Grantham Recovery Grantham Recovery | Robert Garson | 0.20h | $750.00 | - | $150.00 |
| 07/08/2024 | 🕒 | Review court order and email instructions · Draft invoice 4525 | 01226- BlackSix LLC- Grantham Recovery Grantham Recovery | Robert Garson | 0.40h | $750.00 | - | $300.00 |
| 04/30/2024 | 🕒 | Review and Finalize Motion and all supporting documents · Unbilled | 01226- BlackSix LLC- Grantham Recovery Grantham Recovery | Yanina Zilberman | 0.70h | $400.00 | - | $280.00 |
| 06/04/2024 | 🕒 | Draft and Prepare Citizenship Disclosure Statement - Diversity Cases FRCP 7.1(2); E-mail to Client to confirm he is sole member · Billed invoice 4065 | 01226- BlackSix LLC- Grantham Recovery Grantham Recovery | Yanina Zilberman | 0.20h | $400.00 | - | $80.00 |
|  |  | Review and analyze court procedures regarding default in preparation of default documents · Draft invoice 4525 |  |  |  |  |  |  |
|  |  |  |  |  | 18.20h |  | $0.00 0.00h | $8,715.00 18.20h |

# Activities Export

07/08/2024
9:56 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/28/2024 | | 4/22/2024 $104.94 Black Six LLC vs All American Refinery Inc 4/22/2024 $136.74 Service of Process, Not Served, Jesse Grantham, 401 Broadway Dr 17179878.100 $104.94 Black Six LLC vs All American Refinery Inc $136.74 Service of Process, Served, ISLAND L.P.GAS SERVICES, INC., 17179881.100 DBA PROPANE MAN., 401 Broadway Dr 4/22/2024 $104.94 2:20-cv-09521 FLA-E $136.74 Service of Process, Served, Greer, Burns & Crain, LTD, 300 S 17194769.100 Wacker Dr, Ste 2500 4/23/2024 $104.94 Black Six LLC vs All American Refinery Inc $136.74 Service of Process, Not Served, ISLAND L.P.GAS SERVICES, 17195910.100 INC., DBA PROPANE MAN, 94-171 Leonui St 4/23/2024 $104.94 2:20-cv-09521 FLA-E $136.74 Service of Process, Not Served, Laura Wanek, Esq., 300 S | 01226- BlackSix LLC- Grantham Recovery Grantham Recovery | Natalia Jimenez | 1.00 | $976.26 | - | $976.26 |

$0.00   $1,382.26
0.00h   0.00h

# Activities Export

07/08/2024
9:56 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/08/2024 | | Wacker 17209467.100 Dr, Ste 2500 4/24/2024 $104.94 Black Six LLC vs All American Refinery Inc $136.74 Service of Process, Served, All American Refinery, 3820 Orleans 17209851.100 Ave Ste 201 4/24/2024 $104.94 Black Six LLC vs All American Refinery Inc $136.74 Service of Process, Served, Jesse Grantham, 3820 Orleans Ave 17209854.100 Ste 201 | 01226- BlackSix LLC- Grantham Recovery Grantham Recovery | Robert Garson | 1.00 | $406.00 | - | $406.00 |
| | | Billed invoice 4182 | | | | | | |
| | | Billed invoice 4065 | | | | | | |

$0.00
0.00h

$1,382.26
0.00h