# EXHIBIT D

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Case No.: 1:24-cv-21285-KMW

BLACK SIX LLC

                Plaintiff(s),

v.

ALL AMERICAN REFINERY, INC., ISLAND L.P. GAS SERVICES, INC., DBA PROPANE MAN, and JESSE GRANTHAM

                Defendant(s).

## FINAL DEFAULT JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Judgment is entered in favor of the Plaintiff, BLACK SIX LLC and against the Defendants, ALL AMERICAN REFINERY, INC.; ISLAND L.P. GAS SERVICES, INC.; and JESSE GRANTHAM ("Defendants") as follows:

(a) Judgement in favor of the Plaintiffs and against the Defendants in the amount of $12,330,769.23, for which the Defendants are jointly and severally liable, and for which sum let execution issue. Interest upon this judgment amount will accrue at the applicable legal rate.

(b) Costs of suit in the total amount of $1,382.26, for which let execution issue.

(c) Declaration that all funds, benefits and profits related to and arising out of Plaintiff's payment of $600,000.00 as referenced in the Complaint are being held constructively in trust for the benefit of the Plaintiff and to which Plaintiff is entitled.

(d) The Court orders execution to issue for this Final Default Judgment.

(e) Jurisdiction of this case is retained to enter further orders that are proper and to enforce this Final Judgment, including any motions to compel the Defendant to complete Form 1.977, including all required attachments; any motion for attorneys' fees or costs; any post-judgment matter that may be raised pursuant to the Federal Rules of Civil Procedure; and any motions that raise issues collateral to the Final Default Judgment.

DONE AND ORDERED in _____ this \_\_\_ day of July, 2024.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE