Case
BlackSix v
Grantham et al.

Exhibit
1

# All American Refinery Inc

9423 Old Hermitage Parkway
Baton Rouge, LA 70810-6893

(601) 335-3298

## Corporate Profile

# ALL AMERICAN REFINERY INC

All American Refinery Inc. is an established Service Disabled Veterans Owned Small Business Federally and State registered.

We have been supplying fuel products to multiple United States of America government agencies.

Our drive is to improve the quality of service to our government and to aid in rebuilding veteran businesses and not for profits through our business.

We are a coast to coast company





# Jesse Grantham (President)

Mr. Grantham is an Honored Veteran having served in the U.S. Army. He has been honored with several military awards to include soldier of the year three years in a row, to include a decorated combat Veteran, to include awards for Operation Iraqi Freedom. Mr. Grantham has successfully served as a Director for many corporations and is highly regarded by many Government organizations. He serves as a Co-Founder of Bullock Investigations Security Corporation, a multi state investigative and security company, holding Government contracts. He has been on the news for multiple positive results for clients. Mr. Grantham has a broad range of knowledge in oil and gas and paper products, textile contracts and protective services and certified trainer in protective service techniques. Through his extensive business relations and his international business associations, he also has consulted in the funding and security of an airport in Mexico, in process of a large expansion. Mr. Grantham has used his resources for aiding Veterans to assist in the building and development of responsible economic, social and natural environment development. He is introducing new, environmentally friendly technologies which allow us to ensure the increased protection of the human and natural environment, including water purification. Mr. Grantham's broad range of business development experience allows him to direct many successful enterprises. Mr. Grantham has assisted the growth in multiple companies by helping them navigate through the GSA/ DOD/ DOJ/ DLA programs and government agencies.





# Jesse Grantham (President)

Boards & Committees

Camp Blue Bird (Hattiesburg Cancer Center) – committee member (repairs and up keep)

Camp Blue Bird (camp) – Volunteer

Patriot Family Member – Volunteer

Battle Buddy (MS) – Volunteer

MS Ballroom Assoc.- Treasurer

DALA (MX) – Special Project VP

Master Mason (MS)

VFW (Honor Guard)





# Richard Cantwell (CEO)

**Ret. Colonel Richard D. Cantwell** graduated from the United States Military Academy at West Point in 1975 and received his Masters Degree in Civil Engineering from the University of Texas in 1983. He also completed the Construction Executive Program at Stanford in 1987.

In 1995.

Mr. Cantwell completed a distinguished 20-year career in the U.S. Army Corps of Engineers. In the position of MACOM Engineer, U.S. Army Special Operations Command, he was responsible for the planning, programming, budgeting, and execution of all facilities. He, also, supervised the long-range planning, the environmental assessment, and the master planning for the command. Additionally, He supervised the preparation and submission of Capital Investment Programs and Project Development Brochures. Mr. Cantwell also supervised the planning and construction of $1.2B United States Army Special Operations facilities. Currently he serves on the Congressional Committee Advisory Group for Terrorism and Unconventional Warfare.

Mr. Cantwell commanded a 625-man combat engineer battalion in South Korea stationed on the 38th parallel of the Demilitarized Zone. This position required him to plan for and prepare against any aggression by the North Koreans.





# Richard Cantwell (CEO)

Mr. Cantwell was a member of special operations teams that conducted threat and vulnerability assessments in dozens of countries around the world. He  was routinely called upon to testify and brief Congressional committees where he earned the trust and respect of many senior leaders.

After 27 years of experience in special operations engineering, program management, and security operations, Mr. Cantwell is a subject-matter expert on counterterrorist procedures and methodologies. Congresswoman Sue My, Mr. Cantwell appointed Mr. Cantwell as the Chairman of her Homeland Security Task Force. Additionally, Mr. Cantwell co-chairs the Charlotte-Mecklenburg Homeland Security Working Group with Major General (Retired) Wynn Mabry.

Other Experience:

UAE Military Medical Upgrade Program, Abu Dhabi, UAE; Security Operation Training Facility, Ft. Bragg, North Carolina; Special Operations Forces Headquarters, Ft. Bragg, North Carolina; 3rd Special Forces Group, Ft. Bragg, North Carolina; 10th Special Forces Group, Ft. Carson, Colorado; Special Operations Medical Training, Ft. Bragg, North Carolina; Civil Affairs / Pysops Group, Ft. Bragg, North Carolina; Special Operations Diving Facility, Key West,





# Richard Cantwell (CEO)

Mr. Cantwell Served 20 years with the United States Army Corps of Engineers. He supervised the preparation and submission of Capital Investment Programs and Project Development Brochures. He also supervised the planning and construction of $1.2B United States Army Special Operations facilities. Currently serves on the Congressional Committee Advisory Group for Terrorism and Unconventional Warfare.

Significant experience in the development and implementation of master plans, budgets and design criteria for specialized mission specific facilities including, but not limited to:

§ SCIF's  § Mission Specific Training and Development Areas    § Arms Rooms § Indoor Rifle Range
§ Intrusion Detection Systems    § Ammunition Storage § Mission Equipment Maintenance and Preparation Areas
§ Parachute Drying Towers    § Medical Facilities    § Anti-Terrorist / Force Protection Measures





## Jeff DeRosia

Approximately 30 yrs. experience in the Oilfield Construction Industry while employed by Grand Isle Shipyard consisting of a multitude of responsibilities. My career began as a Welder's Helper in 1982; shortly thereafter I became a Welder/Fitter. At the age of 24 I was promoted to Construction Foreman running small offshore crews and at 25 I was moved up to Construction Supervisor over one of the first Deep Water Platforms in the GOM working on the Conoco GC-TLWP-184. My career then progressed into the Piping and Structural Drafting side of the Fabrication end of GIS's business Supervising Construction crews ranging from 10 to 100+ employees and planning upcoming jobs with engineers and Project Managers associated with project for ExxonMobil, ConocoPhillips GC-TLWP-184, Chevron, Shell (MP and SS areas), BP- (GI-43, 41&47 Field's) and Shell Deep Water "Mars" TLP-FGC 1 & 2 Compressor Hook-Up's and Europa Flowline Hook-Up and Surveillance Work in 1998 to 2000. In addition, I was afforded the opportunity to work overseas from 2004 to 2005 as a





## Jeff DeRosia

Shell Construction Coordinator for 22 months off the cost of Nigeria on the Shell Bonga FPSO during the offshore hook-up phase of the project. My last field offshore role was working on the Shell Mars Production Platform as a Construction Coordinator/Work Pack Coordinator for the Hurricane Katrina Recovery Project. Then I moved from 2007 to 2008 to Brazil for Shell as a Construction Coordinator on a drill ship. Following the Shell Brazil project, I came back to Galliano to manage the Galliano fabrication facility from 2009 - 2010. From there, I moved into my current position as the Operations Manager over the Project Management and Offshore Solutions divisions of GIS.

**Work Experience:** 1982 – Present





**Jeff DeRosia**

## Mar.2010 to Present GIS Operations Manager (PM & Offshore Solutions):

I was responsible for the overall financial, safety, and quality performance of the

Project Management Group (Gretna, LA & Houston, LA) as well as the Offshore Solutions group. In addition, I am the single point of contact for GIS's Shell E&P work which comprises of about $60MM in revenue annually. There are currently 120 individuals in the PM group and 12 in the Offshore Solutions division. I also aid in customer relations for the 20+ customers we work for each and every day. Prior to this, I was responsible for developing and managing large international engineering, procurement, and construction (EPC) and EPC Management (EPCM) projects, and directing major domestic lump sum / direct hire programs. My overall experience for construction and process activities internationally and domestic included staffing issues and procedures for day to day operations of the refinery petro chemical facilities as well as preparation for all policies, procedures





**Jeff DeRosia**

, process procedures, proposals, marketing and corporate and business management. Project activities have included the following:

🞏 $ 80 million cleans fuel program for Chevron ( Pascagoula, MS )

🞏 $ 330 million cleans fuel program for Shell (Convent, LA.)

🞏 $ 750 million NRD (None Road Diesel) program Exxon Mobil (Baton Rouge, LA.)

🞏 $ 1 Billion FCCU program for Valero (Benicia, CA.)





**Susan Sjo**

previously founded and acted as CEO/CIO of St. Esprit, a consulting and Asset Management firm and managed STACK Capital, LLC, her Family Office. At St. Esprit, she and her team have developed new, dynamic and elegant alternative Multi-Strategy methods that translate into superior risk-adjusted returns in both Commodity and Financial markets. Along with asset and risk management, they also tackled strategic development and securitization projects for their clientele.

From 1987to 1998, Susan founded and built Sjo, Inc., a Hedge Fund Manager and CTA managing over $350 million in assets for institutions and family offices. Sjo, Inc. was ranked by assets in the top100 Commodity Fund Advisors and over her 10 years as CEO,often ranked in the top 10 Trading Firms for performance. She started her career as a Junior Economist with the Federal Reserve Bank and the Chicago Mercantile Exchange (CME) before working





## Susan Sjo

at several prominent trading firms specializing in fixed income arbitrage. During this time, she developed a quantitative trading program that resulted in the development of Sjo, Inc., which grew to include Global Macro Hedge Fund with other specialized investment strategies in international fixed income.

Her successes resulted in being named to *Crain's Annual Young Leaders List, 40 Under 40*, and Sjo, Inc. was recognized as Best Commodity Fund Manager for 1991 by Business Week. Susan has served on the Board of Directors of several of the exchanges; most notably the New York Board of Trade, the New York Cotton Exchange, and the Advisory Board of the FINEX Exchange. She also served on the Managed Funds Association (MFA), her alma mater Barat College, and the environmental charity, Sustains boards as well as other firms which she has made private equity investments





# Eric Malmstrom (VP of Government Contracts)

Recently Eric served as Deal Architect for an International Commodity Arbitrage Trading firm where he honed global procurement relationships and logistics skills for successful commodity procurement  awarding & delivery for DLA contracting agencies

Co-CIO of St Esprit Research and Trading, Hedge Fund Portfolio development and management

Mr. Malmstrom has been involved in trading, strategy execution, portfolio management, risk management , commercial real estate development & commodity markets for over 30 years

He began a trading career in Chicago in 1986 as a summer clerk for commodity trading company  Lee Stern & Co as an options trading clerk assigned to one of the largest proprietary option arbitrage traders in the CME Currency quadrant





## Eric Malmstrom (VP of Government Contracts)

He was recruited to Australian commodity conglomerate Elders IXL, before taking an opportunity with the Bank of Tokyo Mitsubishi fixed income arbitrage desk which was quickly expanding in the increasingly longer duration CME Eurodollar interest rate contracts and became an expert there

UBS/SBC/OCA  group recruited Eric in the early 90's to launch a new interest rate trading desk for the proprietary trading firm O'Connor & Associates, leading the desk for nearly a decade.

The Swiss Bank Corp purchase of OCA added large trading flow and diverse global activity

A UBS merger with Swiss Bank Corp continued this growth of new counterparties and fueled an expansion of a very large global markets operation helping propel UBS ETD to over 1000 employees





# Eric Malmstrom (VP of Government Contracts)

Wolf International Asset Management hedge fund research specialist for global active management funds AUM $850m  Diversified Strategies, Market Neutral and Absolute Return Portfolios

Event Driven Proprietary Trader  —  Cassandra Group Chicago

PREI Commercial Real Estate Developer –Site Management  $23m projects completed

Held CME Trading Seat Membership over 14 years

SEC RIA, Various Economic Development Orgs, Special Cause Committees, Former Division 1 Athlete





# Eric Malmstrom (VP of Government Contracts)

Wolf International Asset Management hedge fund research specialist for global active management funds AUM $850m  Diversified Strategies, Market Neutral and Absolute Return Portfolios

Event Driven Proprietary Trader  —  Cassandra Group Chicago

PREI Commercial Real Estate Developer –Site Management  $23m projects completed

Held CME Trading Seat Membership over 14 years

SEC RIA, Various Economic Development Orgs, Special Cause Committees, Former Division 1 Athlete





# Pya Cope (CFO)

General Partner with over 28 years' experience bank management. She has directly overseen virtually every area of bank operations, liquidity and cash management, as well as traditional business banking, retail banking activities, insurance, marketing and human resources. Throughout her career, Pya has assisted in the acquisition and turnaround in crisis situations in a failing financial institution. Pya is a consultant to the FDIC she has the ability to provide banks with unique, customized solutions to improve performance and capital investment. She is an experienced business and economic development consultant with a long track record. Her performance has earned high levels of trust and respect when confronted with challenging circumstances. Appointed by Governor Brennan, from the State of Maine Pya served as a Diplomat to the country of Ireland to increase economic development between the two countries. She also was successful in legalizing the Irish moonshine Potcheen and successful sold in in the USA under the label of Carbino Export Company. Also, to her credit she won a International trade award for excellence in development of a new technology and Exporter of the Year for embryo transfer. Pya has been a key link between businesses and the Government. Pya Cope is involved with international trade as it relates to economic development. She has successfully completed many projects internationally and has extensive international ties to governmental agencies Ms Cope is a registered Lobbyist in Washington, DC.





## Pya Cope (CFO)

The following strong associations are also credited to Ms. Cope:

Deutsche Bank Head Underwriting Manager

FDIC Consultant: Bank Closures, Mergers and Acquisitions Importer Potcheen and instigated the legalization for sales

J.P. Morgan Chase, Award for excellence in Management SBA, Award for Excellence in Consulting

Diplomat State Of Maine, for Irish International Economic Development

Owner ,The Finishing Touch, Maine Mall/Sold to Bed Bath and Beyond

Owner, Safari, AKA The Great Indoors, Manchester, NH

Owner, The Finishing Touch, Bangor Maine / Sold to Bed Bath & Beyond

Owner, Prisma Personal Fragrance Co

Junior League, Member, (cookbook author)





# Pya Cope (CFO)

Woman's Literary Union Member

Junior Achievement Member

Board of Trustee, Portland Public Library

Director, Portland Museum of Art Embryo Transfer Co.

Diplomat State Of Maine, for Irish International Economic Development Director IDB/ IDA Irish Development Board







# **Thank** You.

 Jesse Grantham

601 544 0873

grantham@aarefinery.com

www.allamericanrefinery.net