**DEFENSE LOGISTICS AGENCY**
ENTERPRISE BUSINESS SOLUTIONS

FAQ/Help • Refs • My Account

DLA INTERNET BID BOARD SYSTEM™-11

| Home | Solicita | RFQs | RFP/IFB/Other RFPs | Tech Data | Downloads | Awards |

Navigation: | Navigation/Documents - - - - - - - ∨ | GO

Database Search: Close Search | | ∨ | Value : | ◆ G

0-Notice: • The Link - Connecting Suppliers with DLA - Issue 28 » Read Notice
• Defense Logistics Agency Distribution Virtual Industry Day » Read Notice
• Phishing Attacks Spoofing DLA Vendors » Read Notice
• SBA Certification of Socioeconomic Statuses Are Required » ◆

Please read notices posted on the ◆ 1 2 . I Q § .

Location: Home» Awards» **Search Results**

LOGGED OFF ◆

[ Awards - Awards by Award Date - Awards by Post Date ]

All Awards/Modifications where Awardee CAGEs: 83FT4
Sorted by Awardee CAGE Ascending

Click on Award/Basic , Delivery Order or Package view to view Award or MODs Attachments . Click a column title to sort h ascendin  order.

| # | Award/Basic Number | Delivery Order Number | Delivery Order Counter | Last Mod Posting Date | Awardee CAGE Code | Award Date | Posted Date | NSN/Part Number | Nomenclature | Purchase Request | Solicitation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | SPE6051908501 | | | 02-11-2021 | W i i | 02-28-2019 | 02-28-2019 | 9140002474365 | **FUEL, OIL, BURNER** | | |
| | » Award/Basic Package View | | | | | | | | | | |
| 2 | ◆SPE6051908501 | | | 02-11-2021 | 83FT4 | 02-28-2019 | 02-28-2019 | 9140015240139 | DIESEL FUEL | | |
| | » Award/Basic Package View | | | | | | | | | | |
| 3 | SPE6051908501 | | | 02-11-2021 | 83FT4 | 02-28-2019 | 02-28-2019 | 9140015245174 | DIESEL FUEL | | |
| | » Award/Basic Package View | | | | | | | | | | |
| 4 | SPE6051908501 | | | 02-11-2021 | W i i | 02-28-2019 | 02-28-2019 | 9140015416760 | DIESEL FUEL | | |
| | » Award/Basic Package View | | | | | | | | | | |
| 5 | SPE6051908501 | | | 02-11-2021 | 83FT4 | 02-28-2019 | 02-28-2019 | 9130014702024 | FUEL, ETHANOL | | |
| | » Award/Basic Package View | | | | | | | | | | |
| 6 | SPE6052008510 | | | 06-15-2021 | 83FT4 | 08-31-2020 | 08-31-2020 | 9130014702024 | FUEL, ETHANOL | | |
| | » Award/Basic Package View | | | | | | | | | | |
| 7 | SPE6052008510 | | | 06-15-2021 | W i i | 08-31-2020 | 08-31-2020 | 9140015416760 | **DIESEL FUEL** | | |
| | » Award/Basic Package View | | | | | | | | | | |
| 8 | ◆SPE6052008510 | | | 06-15-2021 | 83FT4 | 08-31-2020 | 08-31-2020 | 9140014704520 | BIODIESEL | | |
| | » Award/Basic Package View | | | | | | | | | | |
| 9 | SPE6052004503 | | | 08-12-2020 | 83FT4 | 01-30-2020 | 01-30-2020 | 9140015416760 | DIESEL FUEL | | |
| | » Award/Basic Package View | | | | | | | | | | |
| 10 | SPE6052004503 | | | 08-12-2020 | W i i | 01-30-2020 | 01-30-2020 | 9130014702024 | **FUEL, ETHANOL** | | |
| | » Award/Basic Package View | | | | | | | | | | |

Policy Statements • Feedback

InW/29XnTqwVQqck99pKkQ==

## DLA Energy

dla.energy.osbp@dla.mil

## Defense Logistics Agency

dlahqsmallbusiness@dla.mil

## Issuers and Contracting Officers

DESCDirectDeliveryTechTeam@dla.mil
Frederick.Bagley@dla.mil
eric.smith2@va.gov
Hannah.R.Savine@dla.mil
Orlando.Merritt@dla.mil
sabrina.holland@dla.mil
James.Clough@dla.mil
Matthew.Womer@dla.mil
Sterling.Matthews@dla.mil
Juebiline.Mbandi@dla.mil
Lawrence.Watson @dla.mil

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | 1. REQUISITION NUMBER | | PAGE 1 OF 9 |
|---|---|---|---|

| 2. CONTRACT NO.<br><br>SPE605-19-D-8501 | 3. AWARD/EFFECTIVE DATE<br><br>2019 FEB 28 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME | b. TELEPHONE NUMBER *(No collect calls)* | 8. OFFER DUE DATE/ LOCAL TIME |
|---|---|---|---|

**9. ISSUED BY**      CODE  SPE605

DLA ENERGY
POST, CAMPS, AND STATIONS
8725 JOHN J. KINGMAN ROAD
FORT BELVOIR VA  22060
USA
Local Admin: Sabrina Holland FPE1432 Tel: 571-767-9510
Email: sabrina.holland@dla.mil

**10. THIS ACQUISITION IS**

☐ UNRESTRICTED OR  ☒ SET ASIDE: _____ % FOR:

☒ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB      NAICS: 324110
☐ 8 (A)           SIZE STANDARD:

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED<br><br>☐ SEE SCHEDULE | 12. DISCOUNT TERMS<br><br>Net 30 days | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING<br><br>14. METHOD OF SOLICITATION<br>☐ RFQ   ☐ IFB   ☐ RFP |
|---|---|---|---|

| 15. DELIVER TO      CODE<br><br>SEE SCHEDULE | 16. ADMINISTERED BY      CODE  SPE605<br><br>SEE BLOCK 9<br>Criticality:  PAS : None |
|---|---|

| 17a. CONTRACTOR/ OFFEROR    CODE  83FT4    FACILITY CODE<br><br>ALL AMERICAN REFINERY INC DBA<br>All American Refinery,Inc<br>9423 OLD HERMITAGE PKWY STE 1<br>BATON ROUGE LA  70810-6893<br>USA<br><br>TELEPHONE NO.   6013353298 | 18a. PAYMENT WILL BE MADE BY      CODE  SL4701<br><br>DEF FIN AND ACCOUNTING SVC<br>BSM<br>P O BOX 182317<br>COLUMBUS OH  43218-2317<br>USA |
|---|---|

| ☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED.   ☒ SEE ADDENDUM |
|---|---|

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | See Schedule | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*<br>$994,212.60 |
|---|---|

| ☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA ☐ ARE ☐ ARE NOT ATTACHED. |
|---|
| ☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.  ADDENDA ☒ ARE ☐ ARE NOT ATTACHED. |

| ☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED | ☒ 29. AWARD OF CONTRACT: REF. ALL AMERICAN REFINERY INC DBA OFFER DATED  2019-Jan-15 .  YOUR OFFER ON SOLICITATION  (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH , HEREIN IS ACCEPTED AS TO ITEMS: Amendments 001-005 |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(Type or Print)*      30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or Print)*<br><br>James Clough<br>James.Clough@dla.mil      31c. DATE SIGNED<br>2019 FEB 28 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

**STANDARD FORM 1449** (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED      ☐ INSPECTED      ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL   ☐ FINAL | | | ☐ COMPLETE   ☐ PARTIAL   ☐ FINAL | |
| 38. S/R ACCOUNT NO. | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY (Print) |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | |
| | | 42b. RECEIVED AT (Location) |
| | | 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449** (REV. 2/2012) **BACK**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-19-D-8501 | PAGE 3 OF 9 PAGES |
|---|---|---|

```
Quality Technical Provisions
DIESEL FUEL,DS2
9140-015240139
PR #:
IAW BASIC NON GOVT STD ASTM D975
REVISION NR 12  DTD
PART PIECE NUMBER: ULTRA LOW SULFUR DIESEL 2 S15
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A   DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B   DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR B   DTD 04/04/2016
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.69-11
REVISION NR A   DTD 12/01/2016
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A   DTD 07/30/2015
PART PIECE NUMBER:

Quality Technical Provisions
FUEL OIL,BURNER,FS2
9140-002474365
PR #:
IAW BASIC NON GOVT STD ASTM D396
REVISION NR 12  DTD
PART PIECE NUMBER: FUEL OIL, BURNER 2
IAW REFERENCE NON GOVT STD ITALY STD UNI CTI 6579
REVISION NR     DTD
PART PIECE NUMBER: FUEL OIL, BURNER 2
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A   DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B   DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR B   DTD 04/04/2016
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.38-2
REVISION NR A   DTD 08/01/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A   DTD 07/30/2015
PART PIECE NUMBER:

Quality Technical Provisions
DIESEL FUEL,DSS
9140-015416760
PR #:
IAW BASIC NON GOVT STD ASTM D975
REVISION NR 12  DTD
PART PIECE NUMBER: ULTRA LOW SULFUR DIESEL 2 S15
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A   DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B   DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR B   DTD 04/04/2016
```

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-19-D-8501 | PAGE 4 OF 9 PAGES |
|---|---|---|

```
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.69-12
REVISION NR A   DTD 10/01/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A   DTD 07/30/2015
PART PIECE NUMBER:

Quality Technical Provisions
DIESEL FUEL,DS1
9140-015245174
PR #:
IAW BASIC NON GOVT STD ASTM D975
REVISION NR 12  DTD
PART PIECE NUMBER: ULTRALOW SULFUR DIESEL 1 (DS1)
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A   DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B   DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR B   DTD 04/04/2016
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.69-10
REVISION NR A   DTD 10/01/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A   DTD 07/30/2015
PART PIECE NUMBER:

Quality Technical Provisions
FUEL,ETHANOL,E85
9130-014702024
PR #:
IAW BASIC NON GOVT STD ASTM D5798
REVISION NR    DTD
PART PIECE NUMBER: FUEL,GASOLINE E85
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.14
REVISION NR A   DTD 07/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A   DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B   DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR B   DTD 04/04/2016
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A   DTD 07/30/2015
PART PIECE NUMBER:
```

| Item | Prod | NSN | Quantity | UoMMode | Award Price | Total | SolItm |
|---|---|---|---|---|---|---|---|
| 0002 | DS2 | 9140-015240139 | 40,000 | UG&TANK TRUCK | 2.640000 | 105,600.00 USD | 0103 |

```
Inspection Point: Destination Acceptance Point: Destination

Accept Loc:  182MURM15   Ship Loc:  182MURM15
Inspect By:      Accept By:  18244V
Period of Performance: 02/04/2019-04/30/2021
Escalator: ODSCRN2UL - OPIS DAILY SCRANTON PA NO2 ULSD
Base-Ref: 09/10/2018 Base-Price: 2.291000
```

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-19-D-8501 | PAGE 5 OF 9 PAGES |
|---|---|---|

```
Recoverable Taxes included in the Price:Tax Type                         Tax Value
FET                                              .243
NSN                      Delivery Identification              State
9140-015240139 (DS2)     182MURM15 - SCRANTON                 PA
DIESEL FUEL

Delivery Address: 2800 STAFFORD AVE SCRANTON PA 18505-9603

Service Code        Delivery DODAAC    Ordering Office DODAAC
USPS                18244V             18244V

Mode             Receipt %   Max Parcel      Min Parcel      FOB Restriction
TANK TRUCK

No. of Tanks  Capacity      Type                  Tank Location
1             10000         TANKS
1             12000         TANKS
----------------------------------------------------------------------------
Item Prod NSN        Quantity     UoMMode         Award Price     Total        SolItm
0003 DS1 9140-015245174 97,000    UG6TANK WAGON   2.885000        279,845.00 USD 0125

Inspection Point: Destination Acceptance Point: Destination

Accept Loc:  1813F3B81   Ship Loc:  1813F3B81
Inspect By:    Accept By: 1813F3
Period of Performance: 02/04/2019-04/30/2021
Escalator: ODBOST1UF - OPIS DAILY BOSTON #1 UF
Base-Ref: 09/10/2018 Base-Price: 2.389300
Recoverable Taxes included in the Price:Tax Type                         Tax Value
FET                                              .243
NSN                      Delivery Identification              State
9140-015245174 (DS1)     1813F3B81 - BROCKTON                 MA
DIESEL FUEL

Delivery Address: USPS BROCKTON MA 02302

Service Code        Delivery DODAAC    Ordering Office DODAAC
USPS                1813F3             1813F3

Name                       Phone
MANNY DAROSA               508-584-3945

Mode             Receipt %   Max Parcel      Min Parcel      FOB Restriction
TANK WAGON

No. of Tanks  Capacity      Type                  Tank Location
1             6000          ABOVE GROUND TANK(S)  @ 149 CRESENT ST

Delivery Hours: MON THRU FRI 6AM 10PM NO HOLIDAYS

Delivery Notes: METERED TICKET REQUIRED
----------------------------------------------------------------------------
Item Prod NSN        Quantity     UoMMode         Award Price     Total        SolItm
0004 DSS 9140-015416760 241,000   UG6TANK WAGON   2.403600        579,267.60 USD 0158

Inspection Point: Destination Acceptance Point: Destination

Accept Loc:  N32414685C   Ship Loc:  N32414685C
Inspect By:    Accept By: N32414
Period of Performance: 02/04/2019-04/30/2021
Escalator: ODHRSB2UR - OPIS DAILY HARRISBURG NO2 UR
Base-Ref: 09/10/2018 Base-Price: 2.253600
NSN                      Delivery Identification              State
9140-015416760 (DSS)     N32414685C - MECHANICSBURG           PA
DIESEL FUEL

Delivery Address: NAVAL SUPPORT ACTIVITY MECHANICSBURG PA 17055-0788

Service Code        Delivery DODAAC    Ordering Office DODAAC
NAVY                N32414             N40085

Mode             Receipt %   Max Parcel      Min Parcel      FOB Restriction
TANK WAGON

No. of Tanks  Capacity      Type                  Tank Location
1             10000         TANKS

Delivery Mode Notes: W/OPW 1711D NOZZLE & 3 COUPLER
```

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-19-D-8501 | PAGE 6 OF 9 PAGES |
|---|---|---|

Delivery Notes: 685-DSE, NOTE:  THIS ITEM REPLACES 685-B23 AND WILL  BE USED FOR HEATING PURPOSES ONLY******************************************NOTE: DIESEL FUEL ULTRA-LOW S ULFUR
     SEASONALLY-ADJUSTED CLIMATE OPERABILITY LOWTEMPERATURE OPERABILITY .  For fuel supplied during the months of October through March the low temperatu re performance of diesel fuel shall be defined by the following  property:CLOUD POINT.  Unless a more restrictive cloud point limit is specified in the contract schedule the cloud point shall be equal to or lower than the tenth percentile min imum ambient temperature specified in Appendix X5 of ASTM D 975.CONTRACTOR MUST P ROVIDE THE NAME OF PERSON MAKING DELIVERY TO SPCC SECURITY CODE 08912.  DURING NO RMAL DUTY HRS USE MAIN GATE.  ACCESS FROM CARLISLE PIKE (US 11).  AFTER HRS USE S PORTING HILL GATE.

Delivery Ticket Notes:

Special Messages: AUTOMATIC FILL
------------------------------------------------------------------------------------------------

| Item Prod NSN | Quantity | UoMMode | Award Price | Total | SolItm |
|---|---|---|---|---|---|
| 0007 DS1  9140-015245174 | 10,000 | UG6TANK TRUCK | 2.950000 | 29,500.00 USD | 0206 |

Inspection Point: Destination Acceptance Point: Destination

Accept Loc:  153654L60   Ship Loc:  153654L60
Inspect By:    Accept By:  153654
Period of Performance: 02/04/2019-04/30/2021
Escalator: ADPHIL1ULS- AXXIS DAILY PHILADELPHIA PA NO1ULS AVG
Base-Ref: 09/10/2018 Base-Price: 2.550000
Recoverable Taxes included in the Price:Tax Type                                  Tax Value
FET                                    .243
NSN                   Delivery Identification          State
9140-015245174 (DS1)      153654L60  - MINERSVILLE            PA
DIESEL FUEL

Delivery Address: Interstate 81 Route 901 West MINERSVILLE PA 17954

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| DHS | 153654 | 153654 |

| Name | Phone |
|---|---|
| STEVEN NEY | 570-544-7100 EXT |

| Mode | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|
| TANK TRUCK | | | | |

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 25000 | BELOW GROUND TANK | |

Delivery Hours: 0700 1500 MONDAY THRU FRIDAY CLOSED ON WEEKENDS AND US FEDERAL HOLIDAYS

Delivery Notes:  Pump by hand and need a12 inch hose.Contractors are required to adhere to the delivery quantity printed on the order.  If you deliver a quantity in excess of the allowable variation ceiling (reference FAR 52.211-16 - Variation in Quantity (Apr 1984)), the Government reserves the right to return the excess quantity at the Contractor's expense

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-19-D-8501 | PAGE 7 OF 9 PAGES |
|---|---|---|

**Form**

**PID Data - Custom Clause**

Insert (copy and paste) text for  -  PID information  here

**Part 12 Clauses**

**52.204-19   INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS   (DEC 2014)   FAR**

**252.204-7009   LIMITATIONS ON THE USE OR DISCLOSURE OF THIRD-PARTY CONTRACTOR REPORTED CYBER INCIDENT INFORMATION   (OCT 2016)   DFARS**

**252.204-7012   SAFEGUARDING COVERED DEFENSE INFORMATION AND CYBER INCIDENT REPORTING   (OCT 2016)   DFARS**

**252.215-7014   EXCEPTION FROM CERTIFIED COST OR PRICING DATA REQUIREMENTS FOR FOREIGN MILITARY SALES INDIRECT OFFSETS   (JUN 2018)   DFARS**

**52.232-40   PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS   (DEC 2013)   FAR**

**252.232-7006   WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS   (MAY 2013)   DFARS**
As prescribed in 232.7004(b), use the following clause:

(a)  *Definitions.*  As used in this clause-

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

(b)  *Electronic invoicing.*  The WAWF system is the method to electronically process vendor payment requests and receiving reports, as authorized by DFARS 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c)  *WAWF access.*  To access WAWF, the Contractor shall-

   (1)  Have a designated electronic business point of contact in the System for Award Management at https://www.acquisition.gov; and

   (2)  Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this web site.

(d)  *WAWF training.*  The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at https://wawf.eb.mil/

(e)  *WAWF methods of document submission.*  Document submissions may be via web entry, Electronic Data Interchange, or File Transfer Protocol.

(f)  *WAWF payment instructions.*  The Contractor must use the following information when submitting payment requests and receiving reports in WAWF for this contract/order:

   (1)  *Document type.*  The Contractor shall use the following document type(s).


   (Contracting Officer: Insert applicable document type(s).
   Note: If a "Combo" document type is identified but not supportable by the
   Contractor's business systems, an "Invoice" (stand-alone) and "Receiving Report"
   (stand-alone) document type may be used instead.)

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-19-D-8501 | PAGE 8 OF 9 PAGES |
|---|---|---|

**Part 12 Clauses (CONTINUED)**

(2)  *Inspection/acceptance location.*  The Contractor shall select the following inspection/acceptance location(s) in WAWF, as specified by the contracting officer.

*(Contracting Officer: Insert inspection and acceptance locations or "Not applicable.")*

(3)  *Document routing.*  The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Data Table*

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Pay Official DoDAAC | |
| Issue By DoDAAC | |
| Admin DoDAAC | |
| Inspect By DoDAAC | |
| Ship To Code | |
| Ship From Code | |
| Mark For Code | |
| Service Approver (DoDAAC) | |
| Service Acceptor (DoDAAC) | |
| Accept at Other DoDAAC | |
| LPO DoDAAC | |
| DCAA Auditor DoDAAC | |
| Other DoDAAC(s) | |

(*Contracting Officer: Insert applicable DoDAAC information or "See schedule"
 if multiple ship to/acceptance locations apply, or "Not applicable.")

(4)  *Payment request and supporting documentation.*  The Contractor shall ensure a payment request includes appropriate contract line item and subline item descriptions of the work performed or supplies delivered, unit price/cost per unit, fee (if applicable), and all relevant back-up documentation, as defined in DFARS Appendix F, (e.g. timesheets) in support of each payment request.

(5)  *WAWF email notifications.*  The Contractor shall enter the e-mail address identified below in the "Send Additional Email Notifications" field of WAWF once a document is submitted in the system.

*(Contracting Officer: Insert applicable email addresses or "Not applicable.")*

(g)  *WAWF point of contact.*

(1)  The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

*(Contracting Officer: Insert applicable information or "Not applicable.")*

(2)  For technical WAWF help, contact the WAWF helpdesk at 866-618-5988.

(End of clause)

**52.233-3  PROTEST AFTER AWARD   (AUG 1996)  FAR**

**252.244-7000  SUBCONTRACTS FOR COMMERCIAL ITEMS   (JUN 2013)  DFARS**

**52.247-34  F.O.B. DESTINATION   (NOV 1991)  FAR**

**52.253-1  COMPUTER GENERATED FORMS   (JAN 1991)  FAR**

**Attachments**

**List of Attachments**

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-19-D-8501 | PAGE 9 OF 9 PAGES |
|---|---|---|

**Attachments (CONTINUED)**

| File Name | Description |
|---|---|
| ATTACH_OSP | |
| ATTACH_Contract_Clauses | Contra |

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 1. REQUISITION NUMBER | | PAGE 1 OF 10 |
|---|---|---|---|---|

**2. CONTRACT NO.** SPE605-20-D-4503

**3. AWARD/EFFECTIVE DATE** 2020 MAR 01

**4. ORDER NUMBER**

**5. SOLICITATION NUMBER**

**6. SOLICITATION ISSUE DATE**

**7. FOR SOLICITATION INFORMATION CALL:**
a. NAME
b. TELEPHONE NUMBER *(No collect calls)*
**8. OFFER DUE DATE/ LOCAL TIME**

**9. ISSUED BY** CODE SPE605
DLA ENERGY
POST, CAMPS, AND STATIONS
8725 JOHN J. KINGMAN ROAD
FORT BELVOIR VA 22060
USA
Local Admin: Matthew Womer DMW0073 Tel: 571-767-9543
Email: Matthew.Womer@dla.mil

**10. THIS ACQUISITION IS** UNRESTRICTED OR ☒ SET ASIDE: 52 % FOR:
☒ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB     NAICS: 324110
☐ 8 (A)        SIZE STANDARD:500

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED** ☐ SEE SCHEDULE

**12. DISCOUNT TERMS** Net 30 days

☐ **13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)**
**13b. RATING**
**14. METHOD OF SOLICITATION** ☐ RFQ ☐ IFB ☐ RFP

**15. DELIVER TO** CODE
SEE SCHEDULE

**16. ADMINISTERED BY** CODE SPE605
SEE BLOCK 9
Criticality:  PAS : None

**17a. CONTRACTOR/ OFFEROR** CODE 83FT4  FACILITY CODE
ALL AMERICAN REFINERY INC DBA
All American Refinery,Inc
9423 OLD HERMITAGE PKWY STE 1
BATON ROUGE LA 70810-6893
USA
TELEPHONE NO. 6013353298

**18a. PAYMENT WILL BE MADE BY** CODE SL4701
DEF FIN AND ACCOUNTING SVC
BSM
P O BOX 182317
COLUMBUS OH 43218-2317
USA

☐ **17b.** CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18b.** SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED. ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | See Schedule | | | | |

**25. ACCOUNTING AND APPROPRIATION DATA**

**26. TOTAL AWARD AMOUNT** *(For Govt. Use Only)* $1,957,472.34

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☐ **28.** CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED

☒ **29.** AWARD OF CONTRACT: REF. ALL AMERICAN REFINERY OFFER DATED 2020-Jan-07. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH, HEREIN IS ACCEPTED AS TO ITEMS:

**30a. SIGNATURE OF OFFEROR/CONTRACTOR**

**31a. UNITED STATES OF AMERICA** *(SIGNATURE OF CONTRACTING OFFICER)*

**30b. NAME AND TITLE OF SIGNER** *(Type or Print)*
**30c. DATE SIGNED**

**31b. NAME OF CONTRACTING OFFICER** *(Type or Print)*
Sterling Matthews
Sterling.Matthews@dla.mil
**31c. DATE SIGNED** 2020 JAN 30

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

**STANDARD FORM 1449** (REV. 2/2012)
Prescribed by GSA - FAR (48 CFR) 53.212

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED      ☐ INSPECTED      ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT<br>REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT<br>REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|  | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER<br><br>☐ PARTIAL  ☐ FINAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED<br>CORRECT FOR | 36. PAYMENT<br><br>☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | | 37. CHECK NUMBER |
|---|---|---|---|---|---|
| 38. S/R ACCOUNT NO. | 39. S/R VOUCHER NUMBER | 40. PAID BY | | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* | |
|  |  | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449** (REV. 2/2012) **BACK**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-20-D-4503 | PAGE 3 OF 10 PAGES |
|---|---|---|

1. Pursuant to the terms and conditions of Solicitation SPE60520R0200 and Amendments 0001 through 0004, six (6) line items (see line items listed schedule) of the solicitation are hereby awarded.

2. The terms and conditions of Solicitation SPE60520R0200, as amended by Amendments 0001-0004, are hereby incorporated into this contract by reference.

3. Remittance Address: Same as SF 1449

4. Ordering Period: 1 March 2020 through 31 August 2024

5. Delivery Period: 3 March 2020 through 30 September 2024

6. In accordance with FAR 52.232-34, PAYMENT BY ELECTRONIC FUNDS TRANSFER - OTHER THAN System for Award Management, the paying office listed below is the applicable paying office based on the line item number for submission of the electronic information (contractor's account number etc.). Contractor EFT data will be provided to the finance office under separate cover.

7. In accordance with FAR 52.232-35 DESIGNATION OF OFFICE FOR GOVERNMENT RECEIPT OF ELECTRONIC FUNDS TRANSFER INFORMATION (JUL 2013) -

(a) As provided in paragraph (b) of the clause at 52.232-34, Payment by Electronic Funds Transfer--Other than System for Award Management, the Government has designated the office cited in paragraph (c) of this clause as the office to receive the Contractor's electronic funds transfer (EFT) information, in lieu of the payment office of this contract.

(b) The Contractor shall send all EFT information, and any changes to EFT information to the office designated in paragraph (c) of this clause. The Contractor shall not send EFT information to the payment office, or any other office than that designated in paragraph

(c) The Government need not use any EFT information sent to any office other than that designated in paragraph (c).

(d) Designated Office:

Name: DLA ENERGY-FEPB
Mailing Address: 8725 JOHN J. KINGMAN ROAD, SUITE 4950
FORT BELVOIR, VA. 22060-6222
Telephone Number(s): (571) 767-9543
Person(s) to Contact: Matthew Womer / Lawrence Watson
Electronic Address: Matthew.Womer@dla.mil or Lawrence.Watson@dla.mil

8. ADDITIONAL CONTACT POINTS: DLA Energy contact point and telephone number for emergency situations during non-duty hours is: OPERATIONS CENTER, CONTINGENCY PLANS AND OPERATION DIVISION (703)767-8420.

9. The estimated dollar value of this contract is $1,957,472.34

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-20-D-4503 | PAGE 4 OF 10 PAGES |
|---|---|---|

**Section B**

```
Quality Technical Provisions
```
**DIESEL FUEL,DSS**
```
9140-015416760
```
**PR #:**

```
IAW BASIC NON GOVT STD ASTM D975
REVISION NR 12  DTD
PART PIECE NUMBER: ULTRA LOW SULFUR DIESEL 2 S15
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A    DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B    DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR B    DTD 04/04/2016
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.69-12
REVISION NR A    DTD 10/01/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A    DTD 07/30/2015
PART PIECE NUMBER:
```

```
Quality Technical Provisions
```
**FUEL,ETHANOL,E85**
```
9130-014702024
```
**PR #:**

```
IAW BASIC NON GOVT STD ASTM D5798
REVISION NR     DTD
PART PIECE NUMBER: FUEL,GASOLINE E85
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.14
REVISION NR A    DTD 07/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A    DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B    DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR B    DTD 04/04/2016
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A    DTD 07/30/2015
PART PIECE NUMBER:
```

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0001 | DSS | 9140-015416760 | 48,000 | UG6 TANK WAGON | 3.106590 | 149,116.32 | USD | 0093 |

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:**  369146J14   **Ship Loc:**  369146J14
**Inspect By:**    **Accept By:**  369146

**Period of Performance:** 03/03/2020-09/30/2024

**Escalator:** ADLAX2CARB- AX DLY LOS ANGELES NO2 CARB

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-4503 | PAGE 5 OF 10 PAGES |
|---|---|---|

### Section B

**Base-Ref:** 05/24/2019 **Base-Price:** 2.566100

```
NSN                        Delivery Identification                State
9140-015416760 (DSS)       369146J14 - RIVERSIDE NATIONAL CEMETERY  CA
DIESEL FUEL
```

Delivery Address: 22495 VAN BUREN BLVD RIVERSIDE CA 92518

```
Service Code       Delivery DODAAC    Ordering Office DODAAC
VA                 369146             369146

Name                       Phone
GENTIAN MECO               GENTIAN MECO EXT

Mode               Receipt %     Max Parcel      Min Parcel       FOB Restriction
TANK WAGON

No. of Tanks   Capacity      Type                 Tank Location
1              6000          ABOVE GROUND TANK(S)  MAINTENANCE COMPLEX
```

Delivery Hours: 0930 THRU 1500HRS MONDAY THRU FRIDAY

Delivery Notes: Initial Delivery Quantity is 2000gallons
Pump Type HAND
Adapter Type CAM LOCK
Size 5
Hose Length 40FEET
11 & 12 Additional EEBP & WAWF  Gentian Meco gentian.meco@va.gov  951-214 4364 Thomas Rolan
thomas.rolan@va.gov951-214-4363 19C.Delivery Frequency quarterly

----------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0002 | DSS | 9140-015416760 | 404,000 | UG6 TANK WAGON | 2.962700 | 1,196,930.80 | USD | 0103 |

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 369115D17  **Ship Loc:** 369115D17
**Inspect By:**  **Accept By:** 369115

**Period of Performance:** 03/03/2020-09/30/2024

**Escalator:** ADSF2CARB - AX DLY NO2 CARB AVG
**Base-Ref:** 05/24/2019 **Base-Price:** 2.565800

```
NSN                        Delivery Identification               State
9140-015416760 (DSS)       369115D17 - PALO ALTO                  CA
DIESEL FUEL
```

Delivery Address: 3801 MIRANDA AVE PALO ALTO CA 94304-0001

```
Service Code       Delivery DODAAC    Ordering Office DODAAC
VA                 369115             369115

Name                       Phone
FRANK N QUILES             650-493-5000 EXT

Mode               Receipt %     Max Parcel      Min Parcel       FOB Restriction
TANK WAGON
```

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 2 | 12000 | BELOW GROUND TANK | BLDG 50 AND 51 |
| 1 | 18000 | BELOW GROUND TANK | BLDG 7 |
| 3 | 18000 | TANK TRAILER | BLDG 605 |
| 4 | 20000 | ABOVE GROUND TANK(S) | BLDG 103 |
| 2 | 600 | TANK TRAILER | BLDG 43 |
| 1 | 6000 | BELOW GROUND TANK | BLDG ME |
| 2 | 6000 | TANK TRAILER | BLDG 520 |
| 1 | 7000 | BELOW GROUND TANK | BLDG 40 |
| 3 | 20000 | BELOW GROUND TANK | BLDG 40 |

Delivery Hours: 0800 THRU 1600HRS MONDAY THRU FRIDAY

Delivery Notes: NOTE: DRIVER MUST REPORT TO THE BOILER PLANT OPERATOR LOCATED IN BLDG 40 FOR ACCESS TO
THE TANK FILL CONNECTION.  THE DRIVER SHALL OBTAIN AND COMPLETE A FUEL DELIERY CHECK-OFF LIST FORM.
BOILER PLANT CONTACT NUMBER 650-493-5000 EXT 65572

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-20-D-4503 | PAGE 6 OF 10 PAGES |
|---|---|---|

## Section B

Special Messages: MULTIPLE DROP

---------------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0003 | DSS | 9140-015416760 | 40,000 | UG6 TANK WAGON | 3.112700 | 124,508.00 | USD | 0104 |

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:**  CDGVALIVER   **Ship Loc:**  CDGVALIVER
**Inspect By:**      **Accept By:**  369107

**Period of Performance:** 03/03/2020-09/30/2024

**Escalator:** ADSF2CARB - AX DLY NO2 CARB AVG
**Base-Ref:** 05/24/2019 **Base-Price:** 2.565800

| NSN | Delivery Identification | State |
|---|---|---|
| 9140-015416760 (DSS) | CDGVALIVER - LIVERMORE | CA |
| DIESEL FUEL | | |

Delivery Address: 4951 ARROYO RD PALO ALTO CA 94304

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 369107 | 369107 |

| Name | Phone |
|---|---|
| FRANK N QUILES | 650-493-5000 EXT |

| Mode | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|
| TANK WAGON | | | | |

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 1000 | BELOW GROUND TANK | BLDG 64 |
| 1 | 10000 | BELOW GROUND TANK | BLDG 62 |
| 1 | 14000 | BELOW GROUND TANK | BLDG 90 |
| 2 | 20000 | ABOVE GROUND TANK(S) | BLDG 6 |
| 1 | 4000 | ABOVE GROUND TANK(S) | BLDG 6 |
| 1 | 500 | BELOW GROUND TANK | BLDG 79 |
| 1 | 8000 | BELOW GROUND TANK | BLDG 88 |

Delivery Hours: 0730 - 1600 MONDAY THRY FRIDAY

Delivery Notes: DRIVER MUST REPORT TO THE BOILER PLANT OPERATOR OR ASSIGNED PERSON OF CONTACT (POC) FOR
ACCESS TO THE TANK FILL CONNECTIONS.  THE DRIVER SHALL CALL TO POC UPON ARRIVAL ON VA FACILITY IN ORDER
TO OBTAIN DIRECTION AND A FUEL DELIVERY CHECK-OFF LIST FORM. BOILER PLANT CONTACT NUMBER 650-493-5000
 x35397.

Delivery Ticket Notes: MULTIPLE DELIVERY TICKETS REQUIRED

Special Messages: ESCORT REQUIRED

---------------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0004 | E85 | 9130-014702024 | 40,000 | UG6 TANK WAGON | 2.306430 | 92,257.20 | USD | 0298 |

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:**  369115D17   **Ship Loc:**  369115D17
**Inspect By:**      **Accept By:**  369115

**Period of Performance:** 03/03/2020-09/30/2024

**Escalator:** ASTKESFURF- A 85%STOCKTON E100+15%SANFRAN UNLRFG
**Base-Ref:** 05/24/2019 **Base-Price:** 1.797375

Recoverable Taxes included in the Price:

| Tax Type | Tax Value |
|---|---|
| California  State Motor Fuel Tax (E85) | .09 |
| FET | .183 |

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-4503 | PAGE 7 OF 10 PAGES |
|---|---|---|

**Section B**

```
NSN                        Delivery Identification              State
9130-014702024 (E85)       369115D17 - PALO ALTO                CA
FUEL,ETHANOL

Delivery Address: 3801 MIRANDA AVE PALO ALTO CA 94304-0001

Service Code       Delivery DODAAC    Ordering Office DODAAC
VA                 369115             369115

Name                           Phone
FRANK N QUILES                 650-493-5000 EXT

Mode               Receipt %   Max Parcel      Min Parcel        FOB Restriction
TANK WAGON

No. of Tanks   Capacity        Type                   Tank Location
1              5000            ABOVE GROUND TANK(S)   3801 MIRANDA RD BLDG 40 PALO ALTO CA 94304

Delivery Mode Notes:


Delivery Hours: 0800 THRU 1630 MONDAY TO FRIDAY

Delivery Notes: NOTE:  DRIVER MUST REPORT TO THE BOILER PLANT OPERATOR LOCATED IN BLDG 40 FOR ACCESS TO
THE TANK FILL CONNECTION.  THE DRIVER SHALL OBTAIN AND COMPLETE A FUEL DELIERY CHECK-OFF LIST FORM.
 BOILER PLANT CONTACT NUMBER 650-493-5000 EXT 65572

Special Messages: FEDCIV
```
--------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM | Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|---|
| 0005 | E85 | 9130-014702024 | 50,000 | UG6 | TANK WAGON | 2.306430 | 115,321.50 | USD | 0299 |

```
Inspection Point: Destination Acceptance Point: Destination
Accept Loc:  CDGVALIVER   Ship Loc:  CDGVALIVER
Inspect By:   Accept By:  369107


Period of Performance: 03/03/2020-09/30/2024

Escalator: ASTKESFURF- A 85%STOCKTON E100+15%SANFRAN UNLRFG
Base-Ref: 05/24/2019 Base-Price: 1.797375

Recoverable Taxes included in the Price:
```

| Tax Type | Tax Value |
|---|---|
| California  State Motor Fuel Tax (E85) | .09 |
| FET | .183 |

```
NSN                        Delivery Identification              State
9130-014702024 (E85)       CDGVALIVER - LIVERMORE               CA
FUEL,ETHANOL

Delivery Address: 4951 ARROYO RD PALO ALTO CA 94304

Service Code       Delivery DODAAC    Ordering Office DODAAC
VA                 369107             369107

Name                           Phone
FRANK N QUILES                 650-493-5000 EXT

Mode               Receipt %   Max Parcel      Min Parcel        FOB Restriction
TANK WAGON

No. of Tanks   Capacity        Type                   Tank Location
1              5000            ABOVE GROUND TANK(S)

Delivery Hours: 0730 - 1400 MONDAY THRU FRIDAY

Delivery Notes: DRIVER MUST REPORT TO THE BOILER PLANT OPERATOR OR ASSIGNED PERSON OF CONTACT (POC) FOR
ACCESS TO THE TANK FILL CONNECTIONS.  THE DRIVER SHALL CALL TO POC UPON ARRIVAL ON VA FACILITY IN ORDER
TO OBTAIN DIRECTION AND A FUEL DELIVERY CHECK-OFF LIST FORM.  BOILER PLANT CONTACT NUMBER 650-493-5000
 x35397.

Delivery Ticket Notes: MUTIPLE DELIVERY TICKETS REQUIRED
```

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-4503 | PAGE 8 OF 10 PAGES |
|---|---|---|

**Section B**

Special Messages: ESCORT REQUIRED

---------------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0006 | E85 | 9130-014702024 | 122,000 | UG6 TANK WAGON | 2.289660 | 279,338.52 | USD | 0300 |

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** CDGLOMALDA   **Ship Loc:**  CDGLOMALDA
**Inspect By:**   **Accept By:** 369138

**Period of Performance:** 03/03/2020-09/30/2024

**Escalator:** ASTKELAURF- A 85%STOCKTON E100 + 15%LOSANG UNLRFG
**Base-Ref:** 05/24/2019 **Base-Price:** 1.803045

**Recoverable Taxes included in the Price:**

| Tax Type | Tax Value |
|---|---|
| California  State Motor Fuel Tax (E85) | .09 |
| FET | .183 |

| NSN | Delivery Identification | State |
|---|---|---|
| 9130-014702024 (E85) | CDGLOMALDA  - VA LOMA LINDA | CA |
| FUEL,ETHANOL | | |

Delivery Address: 11201 BENTON STREET LOMA LINDA CA 92357

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 369138 | 369138 |

| Name | Phone |
|---|---|
| OSIAS G. CASTRENCE | 909-825-7084 EXT |

| Mode | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|
| TANK WAGON | | | | |

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 5000 | ABOVE GROUND TANK(S) | 11201 BENTON STREET |

Delivery Hours: 0700 THRU 1500 MONDAY THRU FRIDAY

Delivery Notes: Please call Osias Canstrence at 909 208 8835

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-20-D-4503 | PAGE 9 OF 10 PAGES |
|---|---|---|

## SECTION F - DELIVERIES OR PERFORMANCE

**52.247-34  F.O.B. DESTINATION  (NOV 1991)  FAR**

## SECTION I - CONTRACT CLAUSES

**52.204-19  INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS  (DEC 2014)  FAR**

**252.204-7009  LIMITATIONS ON THE USE OR DISCLOSURE OF THIRD-PARTY CONTRACTOR REPORTED CYBER INCIDENT INFORMATION  (OCT 2016)  DFARS**

**252.204-7012  SAFEGUARDING COVERED DEFENSE INFORMATION AND CYBER INCIDENT REPORTING  (OCT 2016)  DFARS**

**252.215-7014  EXCEPTION FROM CERTIFIED COST OR PRICING DATA REQUIREMENTS FOR FOREIGN MILITARY SALES INDIRECT OFFSETS  (JUN 2018)  DFARS**

**52.232-40  PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS  (DEC 2013)  FAR**

**252.232-7006  WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS  (DEC 2018)  DFARS**
As prescribed in 232.7004(b), use the following clause:

(a)  *Definitions.*  As used in this clause-

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

(b)  *Electronic invoicing.*  The WAWF system is the method to electronically process vendor payment requests and receiving reports, as authorized by DFARS 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c)  *WAWF access.*  To access WAWF, the Contractor shall-

  (1)  Have a designated electronic business point of contact in the System for Award Management at https://www.acquisition.gov; and

  (2)  Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this web site.

(d)  *WAWF training.*  The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at https://wawf.eb.mil/

(e)  *WAWF methods of document submission.*  Document submissions may be via web entry, Electronic Data Interchange, or File Transfer Protocol.

(f)  *WAWF payment instructions.*  The Contractor must use the following information when submitting payment requests and receiving reports in WAWF for this contract/order:

(1)  *Document type.*  The Contractor shall use the following document type(s).

**E-COMBO**

*(Contracting Officer: Insert applicable document type(s).*

*Note: If a "Combo" document type is identified but not supportable by the*

*Contractor's business systems, an "Invoice" (stand-alone) and "Receiving Report"*

*(stand-alone) document type may be used instead.)*

(2)  *Inspection/acceptance location.*  The Contractor shall select the following inspection/acceptance location(s) in WAWF, as specified by the contracting officer.

**DESTINATION**

*(Contracting Officer: Insert inspection and acceptance locations or "Not applicable.")*

(3)  *Document routing.*  The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-4503 | PAGE 10 OF 10 PAGES |
|---|---|---|

## SECTION I - CONTRACT CLAUSES (CONTINUED)

when creating payment requests and receiving reports in the system.

Routing Data Table*

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Pay Official DoDAAC | SL4701 |
| Issue By DoDAAC | SPE605 |
| Admin DoDAAC | SPE605 |
| Inspect By DoDAAC | |
| Ship To Code | |
| Ship From Code | |
| Mark For Code | |
| Service Approver (DoDAAC) | |
| Service Acceptor (DoDAAC) | |
| Accept at Other DoDAAC | |
| LPO DoDAAC | |
| DCAA Auditor DoDAAC | |
| Other DoDAAC(s) | |

*(\*Contracting Officer: Insert applicable DoDAAC information or "See schedule"*

*if multiple ship to/acceptance locations apply, or "Not applicable.")*

(4) *Payment request and supporting documentation.* The Contractor shall ensure a payment request includes appropriate contract line item and subline item descriptions of the work performed or supplies delivered, unit price/cost per unit, fee (if applicable), and all relevant back-up documentation, as defined in DFARS Appendix F, (e.g. timesheets) in support of each payment request.

(5) *WAWF email notifications.* The Contractor shall enter the e-mail address identified below in the "Send Additional Email Notifications" field of WAWF once a document is submitted in the system.

**LAWRENCE.WATSON@DLA..MIL**

*(Contracting Officer: Insert applicable email addresses or "Not applicable.")*

(g) *WAWF point of contact.*

(1) The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

**DLA DESCDirectDeliveryTechTeam@dla.mil**

*(Contracting Officer: Insert applicable information or "Not applicable.")*

(2) For technical WAWF help, contact the WAWF helpdesk at 866-618-5988.

(End of clause)

**52.233-3  PROTEST AFTER AWARD   (AUG 1996)   FAR**

**252.244-7000  SUBCONTRACTS FOR COMMERCIAL ITEMS   (JUN 2013)   DFARS**

**52.253-1  COMPUTER GENERATED FORMS   (JAN 1991)   FAR**

## SECTION J - LIST OF ATTACHMENTS

**List of Attachments**

| File Name | Description |
|---|---|
| ATTACH_SPE60520R0200_AND_0001_0004 | SPE60520R0200 Final w all Amendments.pdf |

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 1. REQUISITION NUMBER | | PAGE 1 OF 13 |
|---|---|---|---|---|

| 2. CONTRACT NO. SPE605-20-D-8510 | 3. AWARD/EFFECTIVE DATE 2020 AUG 31 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|

**7. FOR SOLICITATION INFORMATION CALL:** ▶ a. NAME | b. TELEPHONE NUMBER *(No collect calls)* | 8. OFFER DUE DATE/LOCAL TIME

**9. ISSUED BY**   CODE  SPE605

DLA ENERGY
POST, CAMPS, AND STATIONS
8725 JOHN J. KINGMAN ROAD
FORT BELVOIR VA  22060
USA
Local Admin: Orlando MERRITT DOM0016 Tel: 571-767-7725
Email: Orlando.Merritt@dla.mil

**10. THIS ACQUISITION IS**  ☒ UNRESTRICTED OR  ☐ SET ASIDE: _____ % FOR:

☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS

☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
☐ EDWOSB
☐ 8 (A)

NAICS: 324110
SIZE STANDARD:

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED**  ☐ SEE SCHEDULE

**12. DISCOUNT TERMS**  Net 30 days

☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

**14. METHOD OF SOLICITATION**  ☐ RFQ  ☐ IFB  ☐ RFP

**15. DELIVER TO**  CODE
SEE SCHEDULE

**16. ADMINISTERED BY**  CODE  SPE605
SEE BLOCK 9
Criticality:  PAS : None

**17a. CONTRACTOR/OFFEROR**  CODE 83FT4  FACILITY CODE
ALL AMERICAN REFINERY INC DBA
All American Refinery,Inc
9423 OLD HERMITAGE PKWY STE 1
BATON ROUGE LA  70810-6893
USA
TELEPHONE NO.  6013353298

**18a. PAYMENT WILL BE MADE BY**  CODE  SL4701
DEF FIN AND ACCOUNTING SVC
BSM
P O BOX 182317
COLUMBUS OH  43218-2317
USA

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED. ☒ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | See Schedule | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

**26. TOTAL AWARD AMOUNT** *(For Govt. Use Only)*  $1,775,800.80

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.
☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☒ ARE ☒ ARE NOT ATTACHED.

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED

☒ 29. AWARD OF CONTRACT: REF. ALL AMERICAN REFINERY INC DBA OFFER DATED 2020-May-29. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH, HEREIN IS ACCEPTED AS TO ITEMS: Amd 0001 - 0009

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*
MBANDI.JUEBILINE.NALOVA.1244914086
Digitally signed by MBANDI.JUEBILINE.NALOVA.1244914086
Date: 2020.08.31 23:33:23 -04'00'

30b. NAME AND TITLE OF SIGNER *(Type or Print)* | 30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER *(Type or Print)*
Juebiline Mbandi
Juebiline.Mbandi@dla.mil

31c. DATE SIGNED  2020 AUG 31

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER<br>☐ PARTIAL ☐ FINAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT<br>☐ COMPLETE ☐ PARTIAL ☐ FINAL | 37. CHECK NUMBER |
|---|---|---|---|---|
| 38. S/R ACCOUNT NO. | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY *(Print)* |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

**STANDARD FORM 1449** (REV. 2/2012)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE 3 OF 13 PAGES |
|---|---|---|

1.ALL AMERICAN REFINERY INC DBA initial offer dated May 29, 2020, as amended or supplemented by email correspondence sent via email dated 14, 17, and 29 Jul, and 7 and 11 (2) August, 2020 in response to SPE605-20-R-0228 and Amendments 0001-0009 hereby incorporated into this contract by reference as if fully set forth herein

2.Contractor's offers submitted and all correspondence pursuant and relevant to solicitation SPE605-20-R-0228 as amended by Amendments 0001 through 0009, are hereby incorporated into this contract as if fully set forth herein.

3.Remittance Address: Same as SF 1449

4.This contract is a fixed price requirements contract with economic price adjustment and is awarded under long term contracting.

5.The Ordering and Delivery periods are as follows:
Ordering Period: 1 October 2020 through September 30, 2025.
Delivery Period: 48 Hours after 1 October 2020 through 31 October 2025.

6.Prices will be adjusted in accordance with B19.19 ECONOMIC PRICE ADJUSTMENT - PETROLEUM PRODUCT PRICE, POSTS, CAMPS, AND STATIONS (PC&S) (DLA ENERGY JUNE 2017) and B-19.27-3 –
ECONOMIC PRICE ADJUSTMENT – MARKET PRICE (PC&S) (ETHANOL) (DLA ENERGY JAN 2012). The base reference date is 11 Feb 2020.  The contract price for all line items will escalate/de-escalate daily (Monday through Friday, and any deliveries made on Saturday and Sunday (such as in emergency situations) will use Friday's Price) in accordance with the above-referenced Economic Price Adjustment clauses based upon the prescribed escalation publication referenced in the contract; price changes are not based on product cost or vendor profit margin.

7.During Hurricane Season (only), lower quantities may be ordered – for line items along the East coast of NC, SC, GA and FL. Orders may also be issued for locations along the coast of Gulf of Mexico in FL, AL, MS and LA. This is to support the Activities during this season when they are required to maintain a higher fuel capacity. Hurricane Season is to include Topical Depressions, Tropical Storms and Hurricanes. You have agreed to accept the order and deliver as indicated on the delivery order (DD1155).

8.In accordance with F1.11 DLA Internet Bid Board System (DIBBS) (DLA ENERGY) (APR 2014), Delivery Orders will be processed through DIBBS. Contractors can access DIBBS at ttps://www.dibbs.bsm.dla.mil. To access the DD1155 click on Awards and select any search method. All orders will be posted to the DIBBS for contractor notification. Only the Contracting Officer can approve a "verbal order" to the Contractor. The Ordering Officer will contact the Customer Assistance Specialist (CAS)/Inventory Manager who will notify the Contracting Officer.

9.In accordance with DFARS 252.232-7006 WIDE AREA WORK FLOW PAYMENT INSTRUCTIONS (DEC 2018) Contractor has agreed to invoice in IRAPT and paid through WAWF (WAWF Access: https://wawf.eb.mil/). All proper invoices submitted through IRAPT, DFAS Columbus will submit payment. Contractors can check payment status via MYINVOICE, which is accessed via IRAPT and DFAS Access: http://www.dfas.mil/dfas/contractorsvendors/poemail.html

10.Contractors will keep all records for six years and 3 months after the last payment is made.

11.Each invoice submitted for payment under this contract shall be identified by an individual invoice number. The number shall not be duplicated on subsequent invoices. Duplicate invoice numbers or invoices that do not include numbers may be rejected.

12.Enterprise Help Desk Phone number is: 1-855-352-0001, and the email address is: DLAEnterpriseHelpDesk@dla.mil

13.In case of an emergency after normal duty hours (EST), the Command Control Officer can be called at (703) 767-8420. Please identify the Contracting Officer and the Duty Officer will contact the Contracting Officer once identified by caller. Please ensure you provide contract number and phone number for return call.
15.The Prices to Web daily updates can be found at: http://p2web.energy.dla.mil/

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  4 OF  13 PAGES |
|---|---|---|

**Section B**

```
Quality Technical Provisions
DIESEL FUEL,DSS
9140-015416760
PR #:


IAW BASIC NON GOVT STD ASTM D975
REVISION NR 12  DTD
PART PIECE NUMBER: ULTRA LOW SULFUR DIESEL 2 S15
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A    DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B    DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR C    DTD 08/07/2020
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.69-12
REVISION NR A    DTD 10/01/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A    DTD 07/30/2015
PART PIECE NUMBER:


Quality Technical Provisions
BIODIESEL,BDI
9140-014704520
PR #:


IAW BASIC UNK ASTM-D7467
REVISION NR     DTD
PART PIECE NUMBER: B20 BIODIESEL BLEND
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.27
REVISION NR A   DTD 01/10/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A    DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B    DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR C    DTD 08/07/2020
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A   DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A    DTD 07/30/2015
PART PIECE NUMBER:


Quality Technical Provisions
FUEL,ETHANOL,E85
9130-014702024
PR #:


IAW BASIC NON GOVT STD ASTM D5798
REVISION NR     DTD
PART PIECE NUMBER: FUEL,GASOLINE E85
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.14
REVISION NR A   DTD 07/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
```

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE 5 OF 13 PAGES |
|---|---|---|

**Section B**

```
REVISION NR A    DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B    DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR C    DTD 08/07/2020
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A    DTD 07/30/2015
PART PIECE NUMBER:
```

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0001 | E85 | 9130-014702024 | 157,000 | UG6 TANK WAGON | 2.279000 | 357,803.00 | USD | 0168 |

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 364600N22   **Ship Loc:** 364600N22
**Inspect By:**   **Accept By:** 364600

**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADSPBGE85 - AXXIS DAILY SPARTANBURG E85
**Base-Ref:** 02/11/2020 **Base-Price:** 1.544500

**Recoverable Taxes included in the Price:**

| Tax Type | Tax Value |
|---|---|
| FET | .183 |

| NSN | Delivery Identification | State |
|---|---|---|
| 9130-014702024 (E85)<br>FUEL,ETHANOL | 364600N22 - COLUMBIA | SC |

Delivery Address: 6439 Garners Ferry Road COLUMBIA SC 29209

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 364600 | 364600 |

| Name | Phone |
|---|---|
| JONATHAN STIREWALT | 803-776-4000 EXT |

| Mode | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|
| TANK WAGON | | | | |

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 5000 | ABOVE GROUND TANK(S) | NEXT TO T-25 AND 20 SURROUNDED W/CHAINLINK FENCE |

Delivery Mode Notes: E85 only supplies vehicles. Tanks are not feeding generators nor are they tied to a building.

Delivery Hours: 800AM THRU 430PM MONDAY THRU FRIDAY  NO FEDERAL HOLIDAYS AND WEEKENDS

Delivery Notes: Note During the hurricane season lower quantities of fuel may be ordered for Dorn VA Medical Center Columbia SC.  This is to support the activities during the hurricane season when they are required to maintain a higher fuel capacity.  In the event of a potential hurricane the contact phone number from Monday  Friday is 803 776 4000 Ext 6541 and on weekends holidays the Boiler Plant Operator phone number is 803 776 4000 Ext 7641.
During adverse weather hurricane conditions we can accept fuel deliveries on the weekends Federal Holidays. The Boiler Plant Operator would be the POC during these times.
E85 Fuel is surrounded by a chain link fence. The fuel tank is located next to buildings T25 and 20. Diesel fuel 30000 gallon below ground storage tanks for their diesel.  The two below ground fuel tanks are located next to Building 21. The Boiler Plant Supervisors phone number is 803 776 4000 extension 7644 and the Boiler Plant Operators phone number is 803 7764000 extension 7641.
Justification for a diesel contract This diesel is used to operate the VA Medical Centers Boiler Plant. The average daily consumption is approximately 4500 gallons.  VHA Directive 1810 requires the Boiler Plant Supervisor to maintain a 10 day on site fuel requirement to support the Boiler Plant.  Generally,

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  6 OF  13 PAGES |
|---|---|---|

### Section B

this diesel requirement would be required between October and March of every calendar year.  South
Carolina Electric and Gas SCEG notifies the Boiler Plant Supervisor of a natural gas curtailment. Once
the curtailment is initiated, the Boiler Plant uses the on site stored diesel to provide heat and hot
water to the VA Medical Center.  Dorn VA Medical Center's annual fuel requirement is based on the
severity of the weather conditions.
Fuel usage is based on the severity of South Carolina's weather conditions and SCEE curtailing our
natural gas supply.
CONTACT  803-776-4000 EXT 6541 Delivery Contact  Connee Hanley Email   Connee.boehmhanley va.gov
Telephone 803 776 4000 ext 6541


Delivery Ticket Notes: METERED DELIVERY TICKETS REQUIRED

--------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0002 | E85 | 9130-014702024 | 69,000 | UG6 TANK WAGON | 2.519000 | 173,811.00 | USD | 0174 |


**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 367206H49   **Ship Loc:** 367206H49
**Inspect By:**    **Accept By:** 367206


**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADBATRE85 - AXXIS DAILY BATON ROUGE E85
**Base-Ref:** 02/11/2020 **Base-Price:** 1.424500


Recoverable Taxes included in the Price:

| Tax Type | Tax Value |
|---|---|
| FET | .183 |

| NSN | Delivery Identification | State |
|---|---|---|
| 9130-014702024 (E85) | 367206H49 - VA MEDICAL CENTER | LA |
| FUEL,ETHANOL | | |

Delivery Address: 2495 SHREVEPORT HIGHWAY 71 N PINEVILLE LA 71360

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 367206 | 367206 |

| Name | Phone |
|---|---|
| GERRY PRICE | 318 466 2976 |

| Mode | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|
| TANK WAGON | | | | |

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 5000 | ABOVE GROUND TANK(S) | BLDG 171 |

Delivery Hours: 0700 - 1400 MON THRU FRI

Delivery Notes: Special Access:  Call 318 466 2976 or 2424 Fleet Motor pool upon arrival to the campus
for escort.
Escort Required: After calling 318 466 2976, staff member will meet the driver at the tanks.


"DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED" FOR LINE ITEMS/ LOCATIONS ALONG THE EAST
COAST OF NC, SC, GA, FL AND ALONG  THE COAST GULF OF MEXICO FL, AL, MS AND LA.  THIS IS TO SUPPORT THE
ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.

THE FUEL DELIVERY TRUCK NEEDS TO HAVE AN ESCORT WHEN REPORTING ON CAMPUS.  CONTACT FLEET MOTOR POOL @
318-466-2976 OR 2424

--------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0003 | DSS | 9140-015416760 | 126,000 | UG6 TANK WAGON | 1.910000 | 240,660.00 | USD | 0210 |


**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 364602N15   **Ship Loc:** 364602N15
**Inspect By:** 364602   **Accept By:** 364602


**Period of Performance:** 10/01/2020-09/30/2025

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE 7 OF 13 PAGES |
|---|---|---|

## Section B

**Escalator: ODCHSC2UR - OP DLY CHARLESTON 2 ULSD RED DYE**
**Base-Ref:** 02/11/2020 **Base-Price:** 1.745800

```
NSN                      Delivery Identification              State
9140-015416760 (DSS)     364602N15 - RALPH H. JOHNSON VA MEDICAL   SC
DIESEL FUEL
```

Delivery Address:

```
Service Code       Delivery DODAAC     Ordering Office DODAAC
VA                 364602              364602

Name                         Phone
HERBERT WATSON               843 789 6783

Mode             Receipt %   Max Parcel     Min Parcel     FOB Restriction
TANK WAGON
```

```
No. of Tanks   Capacity   Type                 Tank Location
  1            10000      BELOW GROUND TANK    WING C  GPS COORDINATES ARE 32.748332,  79.952957
  2             6000      ABOVE GROUND TANK(S) WING C  GPS COORDINATES ARE 32.748332,  79.952957
  1             8000      BELOW GROUND TANK    WING C  GPS COORDINATES ARE 32.748332,  79.952957
```

Delivery Hours: 0700 TO 1430 HOURS, MONDAY - FRIDAY EXCEPT FEDERAL HOLIDAYS

Delivery Notes: Escort Required: Call Herb Watson at (843)789-6783,  if no answer, call Boiler Plant
Operator at : (843)789-7269.
Special Access:  One hour prior to delivery call  Herb Watson at  (843)789-6783,  if no answer, call
Boiler Plant Operator at : (843)789-7269 or EXT 7770 or (843)789-6783.

1) Delivery location is off of Bravo Street, Charleston, SC 29401, between Bee Street and Ralph H.
Johnson Blvd. GPS coordinates are 32.748332,  79.952957.
2) Please expedite request for we are currently in a Natural Gas Curtailment. Remaining levels of fuel
are drastically low and endangers the medical facility operations to continue providing much needed
medical services.
3) Per contract delivery ticket notes, Contractor is required to commence deliveries within 48 hours of
order request.  At the current rate of consumption, the facility will run out of fuel by Friday,
December 14, 2018  Saturday, December 15, 2018.  Tank information: Underground storage tank 1 is 8,000
gallons Underground storage tank 2 is 10,000 gallons Those tanks are NOT interconnecting.
4)Fuel drops are only to 1 or 2 below ground storage tanks, usually by gravity drop, and will require
30 to 50 feet of hose to connect tanker to tank.  TT W/PUMP if delivered from street, normally gravity
drop from courtyard.
Generator:  Above ground storage  3 and  4 are each 6,000 gallon above ground tanks, that ARE
interconnected and feed the emergency diesel generators. These tanks can only be filled from the
underground storage tanks. Lifesaving.
5) LOADING RACK METERED TICKET REQUIRED.
6) Customer request TW vs TT because of space.
 MULTI-DROP
NATURAL GAS - Natural gas is the primary fuel for operating boilers, subject to curtailment in harsh
Winter conditions, and loss of utility service during Hurricane Season (June through October).
 Recommended source Dominion Energy (Utility).

GENERATOR SUPPORT - These are emergency diesel generator fuel tanks, at the Boiler Plant, and can only
be filled from underground storage tanks.  The generators are connected to the (2) 6000 gallons tanks
above ground.  Note that Above Ground Storage Tanks 3 and 4 are interconnected and feed the emergency
diesel generators, these tanks can only be filled from the underground storage tanks. They are not
designed to be tanker truck filled. This generator is associated with lifesaving activities.
"DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED" FOR LINE ITEMS  LOCATIONS ALONG THE EAST
COAST OF NC, SC, GA, FL AND ALONG  THE COAST GULF OF MEXICO FL, AL, MS AND LA.  THIS IS TO SUPPORT THE
ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.

Special Messages: ESCORT REQUIRED
FEDCIV
MULTIPLE DROP
THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS
CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE
CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 H
```

---

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0004 | DSS | 9140-015416760 | 372,000 | UG6 TANK TRUCK | 1.769000 | 658,068.00 | USD | 0236 |

**Inspection Point:** Destination **Acceptance Point:** Destination

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-20-D-8510 | PAGE  8 OF  13 PAGES |
|---|---|---|

## Section B

```
Accept Loc:  364204D15A   Ship Loc:  364204D15A
Inspect By:  364204   Accept By:  364204


Period of Performance: 10/01/2020-09/30/2025

Escalator: ODTMPA2UR - OPIS DAIY TAMPA NO2 UR
Base-Ref: 02/11/2020 Base-Price: 1.663400


NSN                      Delivery Identification            State
9140-015416760 (DSS)     364204D15A - BAY PINES             FL
DIESEL FUEL

Delivery Address: 10000 BAY PINES BLVD ST PETERSBURG FL 33708

Service Code       Delivery DODAAC       Ordering Office DODAAC
VA                 364204                364204

Name                         Phone
GREG THOMAS                  727-580-2123

Mode              Receipt %   Max Parcel       Min Parcel       FOB Restriction
TANK TRUCK

No. of Tanks   Capacity       Type                  Tank Location
4              30000          BELOW GROUND TANK     BLDG 100, TANKS 1-4
3              40000          BELOW GROUND TANK     BLDG 100, TANKS 5-7

Delivery Mode Notes: W PUMP and METER

Delivery Hours: 0700 1530 MON THRU FRI NO HOLIDAY OR WEEKENDS UNLESS EMERGENCY

Delivery Notes: SPECIAL ACCESS Driver must contact station representative one hour prior to delivery.
Scott Martin 727 439 1921
SPECIAL MESSAGE  Driver must also provide a valid contract number Delivery Order  when they arrive on
station. After hours weekends holidays please contact the Energy Center 727 398 6661 x 17777 if listed
representatives are not available.
DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED FOR LINE ITEMS LOCATIONS ALONG THE EAST COAST
OF NC SC GA FL AND ALONG THE COAST GULF OF MEXICO FL AL MS AND LA. THIS IS TO SUPPORT THE ACTIVITIES
DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY UNLESS AN EMERGENCY ARISES
THIS DELIVERY WILL BE AN ANNUAL REQUIREMENT FOR HURRICANE PREPAREDNESS.
GENERATOR  Generators connected to tanks at BLDG 100 tanks 1 thru 7.

THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS
CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE
CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 HOURS OF NOTIFICATION. CONTACT STATION
REPRESENTATIVE PRIOR TO DELIVERY AT 727-398-6661



Delivery Ticket Notes: METERED TICKETS REQUIRED

Special Messages: MULTIPLE DROP
THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS
CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE
CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 H
-------------------------------------------------------------------------------------
```

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0005 | DSS | 9140-015416760 | 11,000 | UG6 TANK WAGON | 2.090000 | 22,990.00 | USD | 0293 |

```
Inspection Point: Destination Acceptance Point: Destination
Accept Loc:  CDGPCUSVAF   Ship Loc:  CDGPCUSVAF
Inspect By:     Accept By:  364414


Period of Performance: 10/01/2020-09/30/2025

Escalator: ADPNMA2ULD- AXXIS DAILY PANAMA CITY FL NO2 ULD
Base-Ref: 02/11/2020 Base-Price: 1.641400


NSN                      Delivery Identification            State
9140-015416760 (DSS)     CDGPCUSVAF  - JACC VA OUTPATIENT CLINIC   FL
DIESEL FUEL
```

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  9 OF  13 PAGES |
|---|---|---|

**Section B**

Delivery Address: 790 Veterans PENSACOLA FL 32507

| Service Code<br>VA | Delivery DODAAC<br>364414 | Ordering Office DODAAC<br>364414 |
|---|---|---|

Name                          Phone
JENNIFER ANAYA                 2285235717

Mode            Receipt %   Max Parcel      Min Parcel      FOB Restriction
TANK WAGON

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 1200 | ABOVE GROUND TANK(S) | @JACC #2 200KW |
| 1 | 3800 | ABOVE GROUND TANK(S) | @JACC #1650KW |

Delivery Hours: 0700 - 1430 MONDAY THRU FRIDAY

Delivery Notes: "Special Access - All deliveries are to be coordinated prior with Joseph Furiate at (850) 912-2580 or (850) 292-4634 before delivery for setup instructions.  Please call (1) hour prior to delivery.


Multi-Drop Red Dyed Diesel may be delivered to multiple tanks.
Generator support .The generators sit on top of the tanks .
The generators provides electricity.  Weekly check is conducted for 30 miunutes. Run monthly testing is done for 1 hour. Primary source of energy is commercial electric.
JACC 1 (650KW) - 3800 gallons (Standalone) Weekly check is conducted for 30 miunutes. Run monthly testing is done for 1 hour.
JACC 2 (200KW) - 1200 gallons (Standalone)   Weekly check is conducted for 30 miunutes. Run monthly testing is done for 1 hour.

""DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED"" FOR LINE ITEMS/ LOCATIONS ALONG THE EAST COAST OF NC, SC, GA, FL AND ALONG THE COAST GULF OF MEXICO FL, AL, MS AND LA.  THIS IS TO SUPPORT THE ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.
"

-------------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM | Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|---|
| 0006 | E85 | 9130-014702024 | 10,000 | UG6 | TANK WAGON | 2.065000 | 20,650.00 | USD | 0322 |


**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:**  366404K48   **Ship Loc:**  366404K48
**Inspect By:**     **Accept By:**  366404


**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADKCEAKCUC- A85%KANCTYE100+15%KANCTYUNLCBOBOXY
**Base-Ref:** 02/11/2020 **Base-Price:** 1.314965


**Recoverable Taxes included in the Price:**

| Tax Type | Tax Value |
|---|---|
| FET | .183 |


| NSN | Delivery Identification | State |
|---|---|---|
| 9130-014702024 (E85)<br>FUEL,ETHANOL | 366404K48  - KANSAS CITY VA MEDICAL CENT | MO |

Delivery Address: 4801 LINWOOD BOULEVARD KANSAS CITY MO 64128

| Service Code<br>VA | Delivery DODAAC<br>366404 | Ordering Office DODAAC<br>366404 |
|---|---|---|

Name                          Phone
MICHEAL PETERS                 816 714 8697

Mode            Receipt %   Max Parcel      Min Parcel      FOB Restriction
TANK WAGON

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 5000 | ABOVE GROUND TANK(S) | 4801 LINWOOD BLVD |

Delivery Mode Notes: POC MICHEAL PETERS 816 714 8697

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  10 OF  13 PAGES |
|---|---|---|

**Section B**

Delivery Hours: 0700 - 1400 MON THRU FRI CLOSED HOLIDAYS

Delivery Notes: Call  Micheal Peters at 816-714-8697 ONE HOUR PRIOR TO DELIVERY.

Delivery Ticket Notes: METERED DELIVERY TICKETS REQUIRED

-------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0007 | BDI | 9140-014704520 | 76,000 | UG6 TANK TRUCK | 2.180000 | 165,680.00 | USD | 0402 |

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 364301G27  **Ship Loc:** 364301G27
**Inspect By:**    **Accept By:** 364301

**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADCHARULB2- AXXIS DAILY CHARLOTTE ULB20 AVG
**Base-Ref:** 02/11/2020 **Base-Price:** 1.787000

**Recoverable Taxes included in the Price:**

| Tax Type | Tax Value |
|---|---|
| FET | .243 |

| NSN | Delivery Identification | State |
|---|---|---|
| 9140-014704520 (BDI) | 364301G27 - AUGUSTA VA MEDICAL CENTER | GA |
| BIODIESEL | | |

Delivery Address: 1 FREEDOM WAY AUGUSTA GA 30910

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 364301 | 364301 |

| Name | Phone |
|---|---|
| PRISCILLA TERRY | 706-731-7221 |

| Mode | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|
| TANK TRUCK | | | | |

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 10000 | BELOW GROUND TANK | BLDG 96 |

Delivery Hours: 0700 |1500|MONDAY THRU FRIDAY|  EXCEPT EMERGENCY ORDERS

Delivery Notes: SPECIAL ACCESS - DELIVERY TRUCKS MUST ENTER THRU SIDE GATE OFF OF MARYLAND STREET
DELIVERY DETERMINED BY: VEDEROOT RECORDERSPECIAL REQUIREMENT: SPILL PREVENTION  ""DURING HURRICANE
SEASON LOWER QUANTITIES MAY BE ORDERED"" FOR LINE ITEMS/ LOCATIONS ALONG THE EAST COAST OF NC, SC, GA,
FL AND ALONG THE COAST GULF OF MEXICO FL, AL, MS AND LA. THIS IS TO SUPPORT THE ACTIVITIES DURING THIS
SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.

-------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0008 | DSS | 9140-015416760 | 76,000 | UG6 TANK TRUCK W | 1.791300 | 136,138.80 | USD | 0596 |

**Inspection Point:** Destination **Acceptance Point:** Destination
**Accept Loc:** 364216D17  **Ship Loc:** 364216D17
**Inspect By:**    **Accept By:** 364216

**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADMIAM2UR - AXXIS DAILY MIAMI NO2 ULS RED DYE
**Base-Ref:** 02/11/2020 **Base-Price:** 1.691300

| NSN | Delivery Identification | State |
|---|---|---|
| 9140-015416760 (DSS) | 364216D17  - MIAMI | FL |
| DIESEL FUEL | | |

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  11 OF  13 PAGES |
| --- | --- | --- |

**Section B**

Delivery Address: 1201 NW 16TH STREET MIAMI FL 33125

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
| --- | --- | --- |
| VA | 364216 | 364216 |

Name                          Phone
SCOTT OLSEN                    786-295-0489

Mode             Receipt %   Max Parcel        Min Parcel        FOB Restriction
TANK TRUCK W

| No. of Tanks | Capacity | Type | Tank Location |
| --- | --- | --- | --- |
| 4 | 10000 | ABOVE GROUND TANK(S) | 1201 NW  16TH STREET |
| 2 | 35000 | ABOVE GROUND TANK(S) | 1201 NW  16TH STREET |

Delivery Hours: 0700 1630 MONDAY THRU FRIDAY

Delivery Notes: NATURAL GAS
DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED FOR LINE ITEMS/ LOCATIONS ALONG THE EAST COAST
OF NC, SC, GA, FL AND ALONG THE COAST GULF OF MEXICO FL, AL, MS AND LA. THIS IS TO SUPPORT THE
ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY


TTWP
TTWP
 FEDCIV
THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS
CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE
CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 H

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE 12 OF 13 PAGES |
|---|---|---|

## SECTION F - DELIVERIES OR PERFORMANCE

**52.247-34  F.O.B. DESTINATION  (NOV 1991)  FAR**

## SECTION I - CONTRACT CLAUSES

**52.204-19  INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS  (DEC 2014)  FAR**

**252.204-7009  LIMITATIONS ON THE USE OR DISCLOSURE OF THIRD-PARTY CONTRACTOR REPORTED CYBER INCIDENT INFORMATION  (OCT 2016)  DFARS**

**252.204-7012  SAFEGUARDING COVERED DEFENSE INFORMATION AND CYBER INCIDENT REPORTING  (DEC 2019)  DFARS**

**252.215-7014  EXCEPTION FROM CERTIFIED COST OR PRICING DATA REQUIREMENTS FOR FOREIGN MILITARY SALES INDIRECT OFFSETS  (JUN 2018)  DFARS**

**52.232-40  PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS  (DEC 2013)  FAR**

**252.232-7006  WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS  (DEC 2018)  DFARS**

(a)  *Definitions.*   As used in this clause-

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

(b)  *Electronic invoicing.*   The WAWF system is the method to electronically process vendor payment requests and receiving reports, as authorized by DFARS  252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c)  *WAWF access.*   To access WAWF, the Contractor shall-

   (1)  Have a designated electronic business point of contact in the System for Award Management at  https://www.acquisition.gov; and

   (2)  Be registered to use WAWF at  https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this web site.

(d)  *WAWF training.*   The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at  https://wawf.eb.mil/

(e)  *WAWF methods of document submission.*   Document submissions may be via web entry, Electronic Data Interchange, or File Transfer Protocol.

(f)  *WAWF payment instructions.*   The Contractor must use the following information when submitting payment requests and receiving reports in WAWF for this contract/order:

   (1)  *Document type.*   The Contractor shall use the following document type(s).

   *(Contracting Officer: Insert applicable document type(s).*

   *Note: If a "Combo" document type is identified but not supportable by the Contractor's business systems, an "Invoice" (stand-alone) and "Receiving Report" (stand-alone) document type may be used instead.)*

   (2)  *Inspection/acceptance location.*   The Contractor shall select the following inspection/acceptance location(s) in WAWF, as specified by the contracting officer.

   *(Contracting Officer: Insert inspection and acceptance locations or "Not applicable.")*

   (3)  *Document routing.*   The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Data Table*

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Pay Official DoDAAC | SL4701 |
| Issue By DoDAAC | SPE605 |
| Admin DoDAAC | SPE605 |
| Inspect By DoDAAC | SEE SCHEDULE |
| Ship To Code | SEE SCHEDULE |
| Ship From Code | |

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  13 OF  13 PAGES |
|---|---|---|

**SECTION I - CONTRACT CLAUSES (CONTINUED)**

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Mark For Code | |
| Service Approver (DoDAAC) | |
| Service Acceptor (DoDAAC) | SEE SCHEDULE |
| Accept at Other DoDAAC | |
| LPO DoDAAC | |
| DCAA Auditor DoDAAC | |
| Other DoDAAC(s) | |

(*Contracting Officer: Insert applicable DoDAAC information or "See schedule" if multiple ship to/acceptance locations apply, or "Not applicable.")

(4)  *Payment request and supporting documentation.*   The Contractor shall ensure a payment request includes appropriate contract line item and subline item descriptions of the work performed or supplies delivered, unit price/cost per unit, fee (if applicable), and all relevant back-up documentation, as defined in DFARS Appendix F, (e.g. timesheets) in support of each payment request.

(5)  *WAWF email notifications.*   The Contractor shall enter the e-mail address identified below in the "Send Additional Email Notifications" field of WAWF once a document is submitted in the system.

(Contracting Officer: Insert applicable email addresses or "Not applicable.")

(g)  *WAWF point of contact.*

(1)  The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

(Contracting Officer: Insert applicable information or "Not applicable.")

(2)  For technical WAWF help, contact the WAWF helpdesk at 866-618-5988.

(End of clause)

**52.233-3  PROTEST AFTER AWARD   (AUG 1996)   FAR**

**252.244-7000  SUBCONTRACTS FOR COMMERCIAL ITEMS   (JUN 2013)   DFARS**

**52.253-1  COMPUTER GENERATED FORMS   (JAN 1991)   FAR**

**252.204-7018   PROHIBITION ON THE ACQUISITION OF COVERED DEFENSE TELECOMMUNICATIONS EQUIPMENT OR SERVICES (DEC 2019)   DFARS**