

Case BlackSix v Grantham et al.

Exhibit 3

| | |
|---|---|
| **Subject** | Reservation #CI4DZRWU for Airport Honolulu Hotel |
| **From** | reservations@outrigger.com <reservations@outrigger.com> |
| **To:** | <OJPGEORGETOWN@GMAIL.COM> |
| **Date** | Today at 12:25 PM |

Your reservation has been confirmed



OUTRIGGER

HOTELS & RESORTS | EVENTS | HELP

## Your trip to Airport Honolulu Hotel has been confirmed.

Welcome OLIVER PARSONS

Thank you for booking a trip with us. We look forward to welcoming you on Tuesday, May 16, 2023.

# Your Trip Information

### DESTINATION INFORMATION

Airport Honolulu Hotel

3401 North Nimitz Highway, Honolulu, Hawaii

| Tel: | 1-808-836-0661 |
|---|---|
| Email: | hah.reservations@outrigger.com |

### ARRIVAL

| **Arrival Date:** | Tuesday, May 16, 2023 |
|---|---|
| **Check-in:** | 15:00 (3:00 PM) |

### DEPARTURE

| **Departure Date:** | Thursday, May 18, 2023 |
|---|---|
| **Check-out:** | 11:00 (11:00 AM) |

## RESERVATION INFORMATION

| | |
|---|---|
| **Confirmation Number:** | CI4DZRWU |
| **Loyalty Number:** | |
| **Room Type Reserved:** | Superior - 1 King Bed |
| **Rate Type:** | Flexible Rate. |

- Stress-free rate
- No penalties if your plans change up to 72 hours of your stay

| | |
|---|---|
| **Rooms:** | 1 |
| **Adults:** | 1 |
| **Children:** | 0 |

# Payment Information

## TOTAL ROOM COST

| | |
|---|---|
| **Number of Nights:** | 2 |
| **Number of Rooms:** | 1 |
| **Daily Room Rate:** | USD 199.00 |
| **Room Charges Subtotal:** | USD 398.00 |
| **Estimated Charges:** | USD 20.00 |
| **Estimated Taxes:** | USD 75.10 |
| **\*Total Room Cost:** | USD 493.10 |

## PACKAGE ADD-ONS

| | |
|---|---|
| **Package Add-on:** | |
| **Package Cost:** | |
| **Package Taxes:** | |
| **\*Total Package Cost:** | |

# Reservation Policies*

## DEPOSIT AND CANCELLATION POLICY

A reservation is guaranteed with a valid credit or debit card. Major credit and debit cards are accepted. No Shows and Cancellations made 72 to 0 hours prior to arrival are subject to a charge of first night's room and tax

For additional reservation policy details, contact our support team: 1-866-956-4262.

## AMENITY CHARGE

A charge of $10.00 USD per day, per room, plus taxes included above in the Estimated Cost of Stay will be charged at check out.

## GUEST SERVICES

Visit our website for parking policies and other on-site services. GUEST SERVICES ›

*Reservation policies and taxes are subject to change without notice. Estimated taxes include all applicable 10.25% TAT; 4.712% GET and 3% County TAT Taxes for Occupancy.

## MORE WAYS TO ENJOY YOUR TRIP



### PLAN YOUR BEST VACATION

Create memories that last a lifetime. Outrigger Activities, your local concierge expert, will help you find and book your next adventure.

BOOK ACTIVITIES ›



### EXPLORE WITH ENTERPRISE RENT-A-CAR

Save more. Book a rental car online with Outrigger and get special deals with our preferred partners.

BOOK NOW ›

© 2023 Outrigger Hotels Hawaii

Your privacy is important to us. See our privacy policy for details.

You are receiving this message regarding your upcoming reservation with Outrigger Hotels and Resorts.

All $ values are in USD unless indicated. Rates cannot be combined with other offers. Subject to availability and change. Other restrictions may apply. Taxes are not included in above rates, unless indicated.

If a guest chooses to secure a reservation or place a room deposit upon check-in with a debit card/credit card, the financial institution that issued the card will typically place a hold on funds equal to the total cost of the guest's entire itinerary including room, tax and other related expenses. The financial institution's policies and practices govern the manner and timing of the release of any hold on funds. Outrigger is also not responsible for any overdraft charges or other fees that may result from the financial institution's policies and practices.

Outrigger Hotels and Resorts | 2375 Kuhio Ave. Honolulu, HI, 96815, United States

| | |
|---|---|
| **Subject** | Reservation #CI4DZROD for Airport Honolulu Hotel |
| **From** | reservations@outrigger.com <reservations@outrigger.com> |
| **To:** | <OJPGEORGETOWN@GMAIL.COM> |
| **Date** | Today at 12:24 PM |

Your reservation has been confirmed



Your trip to Airport Honolulu Hotel has been confirmed.

Welcome OLIVER PARSONS
Thank you for booking a trip with us. We look forward to welcoming you on Tuesday, May 16, 2023.

## Your Trip Information

### DESTINATION INFORMATION

Airport Honolulu Hotel
3401 North Nimitz Highway, Honolulu, Hawaii
Tel:                                    1-808-836-0661
Email:                              hah.reservations@outrigger.com

### ARRIVAL

**Arrival Date:**         Tuesday, May 16, 2023
**Check-in:**              15:00 (3:00 PM)

### DEPARTURE

**Departure Date:**    Thursday, May 18, 2023
**Check-out:**            11:00 (11:00 AM)

## RESERVATION INFORMATION

| | |
|---|---|
| **Confirmation Number:** | CI4DZROD |
| **Loyalty Number:** | 328858764 |
| **Room Type Reserved:** | Superior - 1 King Bed |
| **Rate Type:** | Flexible Rate. |

- Stress-free rate
- No penalties if your plans change up to 72 hours of your stay

| | |
|---|---|
| **Rooms:** | 1 |
| **Adults:** | 1 |
| **Children:** | 0 |

# Payment Information

## TOTAL ROOM COST

| | |
|---|---|
| **Number of Nights:** | 2 |
| **Number of Rooms:** | 1 |
| **Daily Room Rate:** | USD 199.00 |
| **Room Charges Subtotal:** | USD 398.00 |
| **Estimated Charges:** | USD 20.00 |
| **Estimated Taxes:** | USD 75.10 |
| **\*Total Room Cost:** | USD 493.10 |

## PACKAGE ADD-ONS

**Package Add-on:**
**Package Cost:**
**Package Taxes:**

**\*Total Package Cost:**

# Reservation Policies*

## DEPOSIT AND CANCELLATION POLICY

A reservation is guaranteed with a valid credit or debit card. Major credit and debit cards are accepted. No Shows and Cancellations made 72 to 0 hours prior to arrival are subject to a charge of first night's room and tax

For additional reservation policy details, contact our support team: 1-866-956-4262.

## AMENITY CHARGE

A charge of $10.00 USD per day, per room, plus taxes included above in the Estimated Cost of Stay will be charged at check out.

## GUEST SERVICES

Visit our website for parking policies and other on-site services. GUEST SERVICES ›

*Reservation policies and taxes are subject to change without notice. Estimated taxes include all applicable 10.25% TAT; 4.712% GET and 3% County TAT Taxes for Occupancy.

## MORE WAYS TO ENJOY YOUR TRIP



**PLAN YOUR BEST VACATION**

Create memories that last a lifetime. Outrigger Activities, your local concierge expert, will help you find and book your next adventure.

BOOK ACTIVITIES ›



**EXPLORE WITH ENTERPRISE RENT-A-CAR**

Save more. Book a rental car online with Outrigger and get special deals with our preferred partners.

BOOK NOW ›

© 2023 Outrigger Hotels Hawaii

Your privacy is important to us. See our privacy policy for details.

You are receiving this message regarding your upcoming reservation with Outrigger Hotels and Resorts.

All $ values are in USD unless indicated. Rates cannot be combined with other offers. Subject to availability and change. Other restrictions may apply. Taxes are not included in above rates, unless indicated.

If a guest chooses to secure a reservation or place a room deposit upon check-in with a debit card/credit card, the financial institution that issued the card will typically place a hold on funds equal to the total cost of the guest's entire itinerary including room, tax and other related expenses. The financial institution's policies and practices govern the manner and timing of the release of any hold on funds. Outrigger is also not responsible for any overdraft charges or other fees that may result from the financial institution's policies and practices.

Outrigger Hotels and Resorts | 2375 Kuhio Ave. Honolulu, HI, 96815, United States

| | |
|---|---|
| **Subject** | Reservation #CI4DZRO0 for Airport Honolulu Hotel |
| **From** | reservations@outrigger.com <reservations@outrigger.com> |
| **To:** | <OJPGEORGETOWN@GMAIL.COM> |
| **Date** | Today at 12:26 PM |

Your reservation has been confirmed



HOTELS & RESORTS | EVENTS | HELP

## Your trip to Airport Honolulu Hotel has been confirmed.

Welcome OLIVER PARSONS
Thank you for booking a trip with us. We look forward to welcoming you on Tuesday, May 16, 2023.

# Your Trip Information

### DESTINATION INFORMATION

Airport Honolulu Hotel
3401 North Nimitz Highway, Honolulu, Hawaii
Tel:  1-808-836-0661
Email:  hah.reservations@outrigger.com

### ARRIVAL

**Arrival Date:** Tuesday, May 16, 2023
**Check-in:** 15:00 (3:00 PM)

### DEPARTURE

**Departure Date:** Thursday, May 18, 2023
**Check-out:** 11:00 (11:00 AM)

## RESERVATION INFORMATION

| | |
|---|---|
| **Confirmation Number:** | CI4DZRO0 |
| **Loyalty Number:** | |
| **Room Type Reserved:** | Superior - 2 Double Beds |
| **Rate Type:** | Flexible Rate. |

- Stress-free rate
- No penalties if your plans change up to 72 hours of your stay

| | |
|---|---|
| **Rooms:** | 1 |
| **Adults:** | 1 |
| **Children:** | 0 |

# Payment Information

## TOTAL ROOM COST

| | |
|---|---|
| **Number of Nights:** | 2 |
| **Number of Rooms:** | 1 |
| **Daily Room Rate:** | USD 189.00 |
| **Room Charges Subtotal:** | USD 378.00 |
| **Estimated Charges:** | USD 20.00 |
| **Estimated Taxes:** | USD 71.50 |
| **\*Total Room Cost:** | USD 469.50 |

## PACKAGE ADD-ONS

| | |
|---|---|
| **Package Add-on:** | |
| **Package Cost:** | |
| **Package Taxes:** | |
| **\*Total Package Cost:** | |

# Reservation Policies*

## DEPOSIT AND CANCELLATION POLICY

A reservation is guaranteed with a valid credit or debit card. Major credit and debit cards are accepted. No Shows and Cancellations made 72 to 0 hours prior to arrival are subject to a charge of first night's room and tax

For additional reservation policy details, contact our support team: 1-866-956-4262.

## AMENITY CHARGE

A charge of $10.00 USD per day, per room, plus taxes included above in the Estimated Cost of Stay will be charged at check out.

## GUEST SERVICES

Visit our website for parking policies and other on-site services. GUEST SERVICES ›

*Reservation policies and taxes are subject to change without notice. Estimated taxes include all applicable 10.25% TAT; 4.712% GET and 3% County TAT Taxes for Occupancy.

## MORE WAYS TO ENJOY YOUR TRIP



**PLAN YOUR BEST VACATION**

Create memories that last a lifetime. Outrigger Activities, your local concierge expert, will help you find and book your next adventure.

BOOK ACTIVITIES ›



**EXPLORE WITH ENTERPRISE RENT-A-CAR**

Save more. Book a rental car online with Outrigger and get special deals with our preferred partners.

BOOK NOW ›

© 2023 Outrigger Hotels Hawaii

Your privacy is important to us. See our privacy policy for details.

You are receiving this message regarding your upcoming reservation with Outrigger Hotels and Resorts.

All $ values are in USD unless indicated. Rates cannot be combined with other offers. Subject to availability and change. Other restrictions may apply. Taxes are not included in above rates, unless indicated.

If a guest chooses to secure a reservation or place a room deposit upon check-in with a debit card/credit card, the financial institution that issued the card will typically place a hold on funds equal to the total cost of the guest's entire itinerary including room, tax and other related expenses. The financial institution's policies and practices govern the manner and timing of the release of any hold on funds. Outrigger is also not responsible for any overdraft charges or other fees that may result from the financial institution's policies and practices.

Outrigger Hotels and Resorts | 2375 Kuhio Ave. Honolulu, HI, 96815, United States