**Case BlackSix v Grantham et al.**

**Exhibit 4**

# AAR - FLOATING REFINERY

## INVESTOR HIGHLIGHTS

November 2023





## SYNOPSIS

All-American Refinery (AAR) is seeking to build a mobile floating oil refinery that will be stationed in international waters in the Pacific Ocean

The US Government and AAR have identified a decommissioned US Navy aircraft carrier to retrofit for the project



Grand Isle Shipyard (GIS) has been contracted to provide complete project management services - from engineering to procurement to construction

BLKSIX has been engaged to source a strategic partner that will commit USD $2 billion toward project construction costs and share in ongoing profits during the life of the refinery



## OVERVIEW – ALL AMERICAN REFINERY

Founded in 2017 by Jesse Grantham, AAR is an oil and refined products distribution and logistics company

AAR is affirmed by the US Government as a Disabled Veterans Owned Business

Corporate clients include several of the largest US companies across the shipping, trucking and aviation industries

Since 2018, the US Government has awarded AAR 38 oil and fuel contracts, several which remain ongoing today



**DISTINGUISHED PARTNER**





### Federal Clients

US Dept of Defense
Defense Logistics Agency
US Coast Guard
US Navy
US Post Office

### Federal Vendor Details

| | |
|---|---|
| **Registration Date** | 2018/04/18 |
| **SAM ID** | E7R9RL388YD7 |
| **CAGE Code** | 83FT4 |
| **DUNS #** | 081153788 |
| **Contracts Awarded** | 38 |



## BIOGRAPHIES – ALL AMERICAN REFINERY

**HISTORY OF EXCELLENCE**



### JESSE GRANTHAM

- Honored US Army Veteran
- Soldier of Year (3 consecutive years)
- Decorated for combat, awards for Operation Iraqi Freedom
- Co-Founder, Bullock Investigations Security Corporation, multi-state investigative & security company, various US Government contracts
- Driven growth across multiple companies via deep relationships within numerous US government agencies, including GSA, DOD, DOJ, DLA

### ERIC MALSTROM

- 30+ years investment, research and trading experience across commodity, credit and interest rate markets
- Lee Stern & Co – commodity trading
- Elders IXL – commodity trading
- Bank of Tokyo – fixed income trading
- UBS, Swiss Bank, O'Connor – interest rate trading
- Wolf International – hedge fund portfolio management
- Cassandra Group – event driven trading
- St Espirit – hedge fund portfolio management
- CME Seat – 14+ years

### RET. COLONEL RICHARD CANTWELL

- US Military Academy, West Point
- Masters in Civil Engineering, University of Texas
- Construction Executive Program, Stanford University
- US Army Corps of Engineers, 20-year career
- MACOM Engineer, led construction of $1.2B in facilities
- Commanded 625-man combat engineer battalion, South Korea, DMZ
- Member of special operations teams in dozens of countries
- Appointed Chairman of Homeland Security Task Force by Congresswoman Sue Mywick
- Serves on Congressional Committee Advisory Group for Terrorism and Unconventional Warfare

### JEFF DeROSIA

- 30+ years oilfield construction industry experience
- drafting, fabrication, leading 100+ person construction crews
- Grand Isle Shipyard - Operations Manager
- Notable projects
    *Conoco GC-TLWP-184, GOM Deep Water Platform*
    *Shell, $330m cleans fuel program*
    *Shell, Deep Water Mars, TLP-FGC 1/2 compressor hook-ups*
    *Shell, Europa Flowline Hook-Up and Surveillance*
    *Shell, Hurricane Katrina recovery project*
    *Shell, Bonga FPSO, Nigeria*
    *BP, GI-43, 41&47 Fields*
    *Valero, $1bn FCCU program*
    *ExxonMobil, $750m NRD program*
    *Chevron, $80m cleans fuel program*



## OVERVIEW – GRAND ISLE SHIPYARD

Founded in 1948, GIS is one of the energy industry's preeminent names, providing global services across the entire value chain – from upstream to midstream to downstream markets – and across the entire project lifecycle – from conception and engineering to construction and maintenance

GIS offers unmatched project management capabilities with over 2,700 employees, 20 facilities globally, and through its industry acquisitions that include firms such Blanchard Industrial, Mack Steel, Aerobotics Drone, Sun Industries, Chustz Surveying, MODS and NuWave

Some notable clients include Shell, Chevron, BP, Exxon, Hess, Eni, Baker Hughes, Williams, Honeywell and Noble

**UNMATCHED EXPERTISE**



### FULL LIFECYCLE MANAGEMENT

| Evaluate & plan | > | Design & draft | > | Source & order | > | Fabricate & construct | > | Operate & maintain |













## PROJECT SCOPE

**STRATEGIC OPPORTUNITY**




As a Veteran Owned Business that has successfully completed numerous fuel projects and contracts for the US Government over the past 5 years, AAR has been given the opportunity to develop the world's second mobile floating refinery

GIS will provide complete project management services due to its pre-existing relationship with AAR, its expertise having already built the first ever floating oil refinery, and the meaningful cost benefit from US Government subsidies when constructed in the USA

The US Government has endorsed AAR's project, will provide a decommissioned US Navy aircraft, and confirmed the Department of Defense and other US Government agencies will be customers

The refinery will be positioned in the Pacific Ocean in international waters, which will allow strategic tax advantages and provide a convenient fuel source to the Asia Pacific regions and the West Coast of North America

Shell, Exxon, and Total are currently in discussion to provide crude input supply, with estimated production capacity of 120,000 barrels/day including fuel oil, kerosene, diesel, naphtha, PFD, LVGO, HVGO, ATB and LPG

The timeframe for completion will be approximately 8 to 14 months





## INVESTMENT DETAILS

AAR is seeking a USD $2 billion capital commitment for refinery construction costs from an investor that will benefit mutually as a strategic partner, with the option to supply the refinery with crude oil

Upon project completion, the investor will receive 70% of total net profits until principal is repaid, and then 20% of total net profits ongoing during refinery lifetime

Investor will be given retained equity ownership and project oversight as a board member

Using a conservative production capacity of 100,000 barrels/day, instead of the targeted 120,000 barrels/day, estimated Year 1 gross profit is $156 million, approximately $12 – 13 million per month

**COMPELLING VENTURE**



| YEAR 1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | ($000) | | | | | | | | | | | | |
| Light Products | 168,130 | 151,860 | 168,130 | 162,707 | 168,130 | 162,707 | 168,130 | 168,130 | 162,707 | 168,130 | 162,707 | 168,130 | 1,979,597 |
| Fuel Oil | 27,219 | 24,585 | 27,219 | 26,341 | 27,219 | 26,341 | 27,219 | 27,219 | 26,341 | 27,219 | 26,341 | 27,219 | 320,485 |
| Total | 195,349 | 176,445 | 195,349 | 189,048 | 195,349 | 189,048 | 195,349 | 195,349 | 189,048 | 195,349 | 189,048 | 195,349 | **2,300,082** |
| **COGS** | | | | | | | | | | | | | |
| Crude Input | 171,790 | 155,165 | 171,790 | 166,248 | 171,790 | 166,248 | 171,790 | 171,790 | 166,248 | 171,790 | 166,248 | 171,790 | 2,022,684 |
| Cutter Stock | 8,065 | 7,284 | 8,065 | 7,805 | 8,065 | 7,805 | 8,065 | 8,065 | 7,805 | 8,065 | 7,805 | 8,065 | 94,958 |
| Utilities | 1,735 | 1,959 | 2,169 | 2,309 | 2,603 | 2,519 | 2,603 | 2,603 | 2,099 | 1,952 | 1,679 | 1,735 | 25,967 |
| Total | 181,590 | 164,408 | 182,024 | 176,362 | 182,458 | 176,572 | 182,458 | 182,458 | 176,152 | 181,807 | 175,732 | 181,590 | **2,143,609** |
| **Gross Profit** | 13,760 | 12,036 | 13,326 | 12,686 | 12,892 | 12,476 | 12,892 | 12,892 | 12,896 | 13,543 | 13,316 | 13,760 | **156,473** |






connect@blksix.com