

# All American Refinery, Inc.

1318 Hardy St 2nd Floor  
Hattiesburg, MS  39401  
United States of America

Phone:  +1 (601) 544-0873  
Fax:    +1 (855) 401-2040  
E-Mail: Grantham@aarefinery.com

---

The following is an outline overview on the **All American Refinery** (**AAR**) opportunities and revenue to be generated from the Purchase/Acquisition of the Stockstill Trucking Company:

Upon Final Purchase/Acquisition of Stockstill Trucking Co.

1. 90 days to convert to Stockstill into SDVOSB (Service Disabled Veteran Owned Small Business) Entity
2. Bid on multiple DLA & GSA transportation contracts (equipment)
3. Bid on multiple VA and DON contracts (equipment)
4. Bid on all 50 states for National Guard and Army Reserve transport contracts (equipment)
5. Bid on all 50 states NAVY and Air Force Reserve transport contracts (equipment)
6. Bullets 1 through 5 represents over one-billion dollars ($1B) of open contracts in 2023
7. Take full advantage of Government Sole Source Set-Aside Awards specifically set-aside for SDVOSB's

Fuel DoD Contracts
1. Hawaii sixty-million ($60 million) plus in transportation fuel RFQ's
    a. Fuel Rigs (2) assigned to Pearl Harbour to transport and wet hose fuels
    b. Air craft, vehicles, aircraft and vessels (all loaded by truck)
    c. Multiple "individual awards and set-aside ops", including fuel service, transport and/or wet hose
2. Main Land USA
    a. Two and four Fuel trucks to be strategically placed at ten (10) terminals to deliver AAR fuel contracts with DoD

Existing Business & Trucking Contracts (currently being serviced by Stockstill Trucking Co.)

3. Trucking company already holds active service contracts producing $200k to $400k a week in receivables

*Note:  Summary encompasses a 90 day, 120 day, 6 month, 12 month, and 5 year plan…*