**CAPITAL ALLOCATION PROGRAM**

Case BlackSix v. Grantham et al.

**Exhibit 6**

# ALL AMERICAN REFINERY

Fuel Terminal Buy & Sell



sales@aarefinery.com

www.allamericanrefinery.com





## DISTINGUISHED PARTNER

Founded in 2017 by Jesse Grantham, AAR is an oil and refined products distribution and logistics company that is affirmed by the US Government as a Service-Disabled Veteran-Owned Small Business (SDVOSB).

Over the past six years, the US Government has awarded AAR 42 oil and fuel contracts, many which remain ongoing today.

Corporate clients include several of the largest US companies across the shipping, trucking and aviation industries.

AAR is currently licensed to buy, sell and trade petrochemicals in 18 US states.

### Federal Clients

US Dept of Defense
Defense Logistics Agency
US Coast Guard
US Navy
US Post Office

### Federal Vendor Details

**Registration Date**   2018/04/18
**SAM ID**   E7R9RL388YD7
**CAGE Code**   83FT4
**DUNS #**   081153788
**Contracts Awarded**   42





## HISTORY OF EXCELLENCE

**JESSE GRANTHAM**

- Honored US Army Veteran
- Soldier of Year (3 consecutive years)
- Decorated for combat, awards for Operation Iraqi Freedom
- Co-Founder, Bullock Investigations Security Corporation, multi-state investigative & security company, various US Government contracts
- Driven growth across multiple companies via deep relationships within numerous US government agencies, including GSA, DOD, DOJ, DLA

**ERIC MALSTROM**

- 30+ years investment, research and trading experience across commodity, credit and interest rate markets
- Lee Stern & Co – commodity trading
- Elders IXL – commodity trading
- Bank of Tokyo – fixed income trading
- UBS, Swiss Bank, O'Connor – interest rate trading
- Wolf International – hedge fund portfolio management
- Cassandra Group – event driven trading
- St Espirit – hedge fund portfolio management
- CME seat over 14 years

**RET. COLONEL RICHARD CANTWELL**

- US Military Academy, West Point
- Masters in Civil Engineering, University of Texas
- Construction Executive Program, Stanford University
- US Army Corps of Engineers, 20-year career
- MACOM Engineer, led construction of $1.2B in facilities
- Commanded 625-man combat engineer battalion, South Korea, DMZ
- Member of special operations teams in dozens of countries
- Appointed Chairman of Homeland Security Task Force by Congresswoman Sue Mywick
- Serves on Congressional Committee Advisory Group for Terrorism and Unconventional Warfare

**JEFF DeROSIA**

- 30+ years oilfield construction industry experience
- drafting, fabrication, leading 100+ person construction crews
- Grand Isle Shipyard - Operations Manager
- Notable projects
    Conoco GC-TLWP-184, GOM Deep Water Platform
    Shell, $330m cleans fuel program
    Shell, Deep Water Mars, TLP-FGC 1/2 compressor hook-ups
    Shell, Europa Flowline Hook-Up and Surveillance
    Shell, Hurricane Katrina recovery project
    Shell, Bonga FPSO, Nigeria
    BP, GI-43, 41&47 Fields
    Valero, $1bn FCCU program
    ExxonMobil, $750m NRD program
    Chevron, $80m cleans fuel program



## CAPITAL ALLOCATION PROGRAM

Our Capital Allocation Program supports the development of high-return projects, many of which are awarded and championed by the US Government, across high-growth sectors of the oil, gas and transportation industries.

Our Service-Disabled Veteran-Owned Small Business status grants us distinct award consideration and access to federal contracting, procurement, and capital loan programs.

*We proactively build portfolios of assets that we expect to thrive under all global economic conditions and macro energy cycles.*



## FUEL TERMINAL BUY & SELL

AAR has established a Fuel Terminal Buy & Sell opportunity in order to purchase fuel and resell at a premium further down the fuel supply chain.

Being a Service-Disabled Veteran-Owned Small Business, AAR has the unique ability to purchase fuel directly from major US refineries (ie Chevron, Shell) at discounted "pre-rack" pricing.

AAR re-sells the discounted fuel at a premium to wholesalers at the Terminal Loading Rack.

Wholesalers bring fuel tanker trucks to the "rack" to pick up fuel and then deliver to fuel stations.

### FUEL SUPPLY CHAIN

| Refinery processes crude oil into fuel | > | Fuel sent for sale at Terminal Loading Rack | > | Wholesalers buy & distribute fuel | > | Consumers buy fuel at pump |








## INVESTMENT DETAILS

Client commits $10 million to bank account under AAR's name, client will have full control of account and AAR's CPA will have view-only access.

AAR directly pays refinery for fuel at pre-rack price ($20 million), refinery sends fuel to Terminal Loading Rack.

Wholesalers pre-pay AAR for fuel at a 23% premium to pre-rack price ($24.6 million), wholesalers pick-up fuel from Terminal Loading Rack.

AAR only pays for fuel <u>after</u> wholesaler has first pre-paid AAR, thereby mitigating risk.

|  | Weekly | Monthly | Yearly |
|---|---|---|---|
| Client commitment | $10,000,000 | $10,000,000 | $10,000,000 |
| AAR fuel purchase from refinery | $20,000,000 | $80,000,000 | $1,040,000,000 |
| AAR sells fuel to wholesaler (23% margin) | $24,600,000 | $98,400,000 | $1,279,200,000 |
| *Gross profit* | *$4,600,000* | *$18,400,000* | *$239,200,000* |
| Terminal fees & taxes (3%) | $600,000 | $2,400,000 | $31,200,000 |
| *Net profit* | *$4,000,000* | *$16,000,000* | *$208,000,000* |
| **50% profit share AAR/client** | **$2,000,000** | **$8,000,000** | **$104,000,000** |
| **ROI** | **20%** | **80%** | **1040%** |



# ALL AMERICAN REFINERY



sales@aarefinery.com