

July 31, 2023

BlackSix LLC
1000 Brickell Plaza
Unit 3601
Miami, FL 33131

This letter hereby confirms terms of agreement between Oliver Parsons of BlackSix LLC and Jesse Grantham.

BlackSix LLC will wire USD $600,000 to Navy Federal Credit Union account for use of purchase and sale of propane fuel by Propane Man, Hawaii.

Return earned will be $1 per gallon of propane purchased.

Signed:

*Oliver Parsons*

Oliver Parsons

BlackSix LLC, Founder

*Jesse Grantham*

Jesse Grantham

Propane Man, CEO and Owner