|                    |                                      |
|--------------------|--------------------------------------|
| **ISSUED BY:**     | Defense Logistics Agency (DLA) Energy |
| **OFFEROR:**       | All American Refinery Inc            |
| **DELIVERY:**      | Veterans Affairs (VA) Medical        |
| **CONTRACT #:**    | SPE605-20-D-8510                     |
| **Effective Date:** | 10/01/2020 - 09/30/2025             |

**AWARD SCHEDULE:**

| Base Price | Award Price | Margin $ | Margin % |
|------------|-------------|----------|----------|
| $1.54      | $2.28       | $0.73    | 32%      |
| $1.42      | $2.52       | $1.09    | 43%      |
| $1.75      | $1.91       | $0.16    | 9%       |
| $1.66      | $1.77       | $0.11    | 6%       |
| $1.64      | $2.09       | $0.45    | 21%      |
| $1.31      | $2.07       | $0.75    | 36%      |
| $1.79      | $2.18       | $0.39    | 18%      |
| $1.69      | $1.79       | $0.10    | 6%       |
|            |             |          | 21%      |

**Case BlackSix v. Grantham et al.**

**Exhibit 9**

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | 1. REQUISITION NUMBER | | PAGE 1 OF 13 |
|---|---|---|---|---|---|
| 2. CONTRACT NO. SPE605-20-D-8510 | 3. AWARD/EFFECTIVE DATE 2020 AUG 31 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | | 6. SOLICITATION ISSUE DATE |
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME | | b. TELEPHONE NUMBER *(No collect calls)* | | 8. OFFER DUE DATE/ LOCAL TIME |

| 9. ISSUED BY | CODE | SPE605 | 10. THIS ACQUISITION IS | ☒ UNRESTRICTED OR ☐ SET ASIDE: ____ % FOR: |
|---|---|---|---|---|
| DLA ENERGY POST, CAMPS, AND STATIONS 8725 JOHN J. KINGMAN ROAD FORT BELVOIR VA 22060 USA Local Admin: Orlando MERRITT DOM0016 Tel: 571-767-7725 Email: Orlando.Merritt@dla.mil | | | ☐ SMALL BUSINESS ☐ HUBZONE SMALL BUSINESS ☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS | ☐ WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM ☐ EDWOSB    NAICS: 324110 ☐ 8 (A)    SIZE STANDARD: |

| 11. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS Net 30 days | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ    ☐ IFB    ☐ RFP |

| 15. DELIVER TO | CODE | 16. ADMINISTERED BY | CODE | SPE605 |
|---|---|---|---|---|
| SEE SCHEDULE | | SEE BLOCK 9 Criticality:  PAS : None | | |

| 17a. CONTRACTOR/ OFFEROR | CODE | 83FT4 | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE | SL4701 |
|---|---|---|---|---|---|---|
| ALL AMERICAN REFINERY INC DBA All American Refinery,Inc 9423 OLD HERMITAGE PKWY STE 1 BATON ROUGE LA 70810-6893 USA TELEPHONE NO.  6013353298 | | | | DEF FIN AND ACCOUNTING SVC BSM P O BOX 182317 COLUMBUS OH 43218-2317 USA | | |
| ☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | | | | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED.  ☒ SEE ADDENDUM | | |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | See Schedule | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
|---|---|
| | ▓▓▓▓▓▓▓▓▓ |

| ☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED.  ADDENDA | ☐ ARE | ☐ ARE NOT ATTACHED. |
|---|---|---|
| ☒ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.  ADDENDA | ☒ ARE | ☒ ARE NOT ATTACHED. |

| ☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED | ☒ 29. AWARD OF CONTRACT: REF. ALL AMERICAN REFINERY INC DBA ____ OFFER DATED 2020-May-29 .  YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH , HEREIN IS ACCEPTED AS TO ITEMS: Amd 0001 - 0009 |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* MBANDI.JUEBILINE.NALOVA.1244914086  Digitally signed by MBANDI.JUEBILINE.NALOVA.1244914086 Date: 2020.08.31 23:33:23 -04'00' |
| 30b. NAME AND TITLE OF SIGNER *(Type or Print)*    30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or Print)* Juebiline Mbandi Juebiline.Mbandi@dla.mil | 31c. DATE SIGNED 2020 AUG 31 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

**STANDARD FORM 1449**  (REV.
Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|  |  | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL |  |  | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL |  |
| 38. S/R ACCOUNT NO. | 39. S/R VOUCHER NUMBER | 40. PAID BY |  |  |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
|  |  | 42c. DATE REC'D *(YY/MM/DD)*    42d. TOTAL CONTAINERS |

**STANDARD FORM 1449**  (REV. 2/2012)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  3 OF  13 PAGES |
|---|---|---|

1. ALL AMERICAN REFINERY INC DBA initial offer dated May 29, 2020, as amended or supplemented by email correspondence sent via email dated 14, 17, and 29 Jul, and 7 and 11 (2) August, 2020 in response to SPE605-20-R-0228 and Amendments 0001-0009 hereby incorporated into this contract by reference as if fully set forth herein

2. Contractor's offers submitted and all correspondence pursuant and relevant to solicitation SPE605-20-R-0228 as amended by Amendments 0001 through 0009, are hereby incorporated into this contract as if fully set forth herein.

3. Remittance Address: Same as SF 1449

4. This contract is a fixed price requirements contract with economic price adjustment and is awarded under long term contracting.

5. The Ordering and Delivery periods are as follows:
Ordering Period: 1 October 2020 through September 30, 2025.
Delivery Period: 48 Hours after 1 October 2020 through 31 October 2025.

6. Prices will be adjusted in accordance with B19.19 ECONOMIC PRICE ADJUSTMENT - PETROLEUM PRODUCT PRICE, POSTS, CAMPS, AND STATIONS (PC&S) (DLA ENERGY JUNE 2017) and B-19.27-3 –
ECONOMIC PRICE ADJUSTMENT – MARKET PRICE (PC&S) (ETHANOL) (DLA ENERGY JAN 2012). The base reference date is 11 Feb 2020.  The contract price for all line items will escalate/de-escalate daily (Monday through Friday, and any deliveries made on Saturday and Sunday (such as in emergency situations) will use Friday's Price) in accordance with the above-referenced Economic Price Adjustment clauses based upon the prescribed escalation publication referenced in the contract; price changes are not based on product cost or vendor profit margin.

7. During Hurricane Season (only), lower quantities may be ordered – for line items along the East coast of
NC, SC, GA and FL. Orders may also be issued for locations along the coast of Gulf of Mexico in FL, AL, MS and LA. This is to support the Activities during this season when they are required to maintain a higher fuel capacity. Hurricane Season is to include Topical Depressions, Tropical Storms and Hurricanes. You have agreed to accept the order and deliver as indicated on the delivery order (DD1155).

8. In accordance with F1.11 DLA Internet Bid Board System (DIBBS) (DLA ENERGY) (APR 2014), Delivery Orders will be processed through DIBBS. Contractors can access DIBBS at ttps://www.dibbs.bsm.dla.mil. To access the DD1155 click on Awards and select any search method. All orders will be posted to the DIBBS for contractor notification. Only the Contracting Officer can approve a "verbal order" to the Contractor. The Ordering Officer will contact the Customer Assistance Specialist (CAS)/Inventory Manager who will notify the Contracting Officer.

9. In accordance with DFARS 252.232-7006 WIDE AREA WORK FLOW PAYMENT INSTRUCTIONS (DEC 2018) Contractor has agreed to invoice in IRAPT and paid through WAWF (WAWF Access: https://wawf.eb.mil/). All proper invoices submitted through IRAPT, DFAS Columbus will submit payment. Contractors can check payment status via MYINVOICE, which is accessed via IRAPT and DFAS Access: http://www.dfas.mil/dfas/contractorsvendors/poemail.html

10. Contractors will keep all records for six years and 3 months after the last payment is made.

11. Each invoice submitted for payment under this contract shall be identified by an individual invoice number. The number shall not be duplicated on subsequent invoices. Duplicate invoice numbers or invoices that do not include numbers may be rejected.

12. Enterprise Help Desk Phone number is: 1-855-352-0001, and the email address is: DLAEnterpriseHelpDesk@dla.mil

13. In case of an emergency after normal duty hours (EST), the Command Control Officer can be called at
(703) 767-8420. Please identify the Contracting Officer and the Duty Officer will contact the Contracting Officer once identified by caller. Please ensure you provide contract number and phone number for return call.
15. The Prices to Web daily updates can be found at: http://p2web.energy.dla.mil/

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE 4 OF 13 PAGES |
|---|---|---|

**Section B**

```
Quality Technical Provisions
DIESEL FUEL,DSS
9140-015416760
PR #:


IAW BASIC NON GOVT STD ASTM D975
REVISION NR 12   DTD
PART PIECE NUMBER: ULTRA LOW SULFUR DIESEL 2 S15
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A    DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B    DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR C    DTD 08/07/2020
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.69-12
REVISION NR A    DTD 10/01/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A    DTD 07/30/2015
PART PIECE NUMBER:



Quality Technical Provisions
BIODIESEL,BDI
9140-014704520
PR #:


IAW BASIC UNK ASTM-D7467
REVISION NR      DTD
PART PIECE NUMBER: B20 BIODIESEL BLEND
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.27
REVISION NR A    DTD 01/10/2014
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
REVISION NR A    DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B    DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR C    DTD 08/07/2020
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A    DTD 07/30/2015
PART PIECE NUMBER:



Quality Technical Provisions
FUEL,ETHANOL,E85
9130-014702024
PR #:


IAW BASIC NON GOVT STD ASTM D5798
REVISION NR      DTD
PART PIECE NUMBER: FUEL,GASOLINE E85
IAW REFERENCE QAP 52838 ENERGY-QAP-C16.14
REVISION NR A    DTD 07/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E18.01
```

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  5 OF  13 PAGES |
|---|---|---|

## Section B

```
REVISION NR A    DTD 08/01/2009
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E37
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E21.01
REVISION NR B    DTD 06/26/2015
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E22
REVISION NR C    DTD 08/07/2020
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E35
REVISION NR A    DTD 12/01/2011
PART PIECE NUMBER:
IAW REFERENCE QAP 52838 ENERGY-QAP-E12
REVISION NR A    DTD 07/30/2015
PART PIECE NUMBER:


Item  Prod  NSN             Quantity        UoM Mode           Award Price       Total            SolItm
0001  E85   9130-014702024                  UG6 TANK WAGON     2.279000


Inspection Point: Destination Acceptance Point: Destination
Accept Loc:  364600N22    Ship Loc:  364600N22
Inspect By:        Accept By:  364600


Period of Performance: 10/01/2020-09/30/2025

Escalator: ADSPBGE85 - AXXIS DAILY SPARTANBURG E85
Base-Ref: 02/11/2020 Base-Price: 1.544500


Recoverable Taxes included in the Price:
Tax Type                            Tax Value
FET                                   .183


NSN                     Delivery Identification              State
9130-014702024 (E85)    364600N22  - COLUMBIA                 SC
FUEL,ETHANOL

Delivery Address: 6439 Garners Ferry Road COLUMBIA SC 29209

Service Code        Delivery DODAAC       Ordering Office DODAAC
VA                  364600                364600

Name                   Phone
JONATHAN STIREWALT     803-776-4000 EXT

Mode                Receipt %   Max Parcel         Min Parcel         FOB Restriction
TANK WAGON

No. of Tanks   Capacity       Type                    Tank Location
  1            5000           ABOVE GROUND TANK(S)    NEXT TO T-25 AND 20 SURROUNDED W/CHAINLINK FENCE

Delivery Mode Notes: E85 only supplies vehicles.  Tanks are not feeding generators nor are they tied to
a building.


Delivery Hours: 800AM THRU 430PM MONDAY THRU FRIDAY  NO FEDERAL HOLIDAYS AND WEEKENDS

Delivery Notes: Note During the hurricane season lower quantities of fuel may be ordered for Dorn VA
Medical Center Columbia SC.  This is to support the activities during the hurricane season when they
are required to maintain a higher fuel capacity.  In the event of a potential hurricane the contact
phone number from Monday  Friday is 803 776 4000 Ext 6541 and on weekends holidays the Boiler Plant
Operator phone number is 803 776 4000 Ext 7641.
During adverse weather hurricane conditions we can accept fuel deliveries on the weekends Federal
Holidays. The Boiler Plant Operator would be the POC during these times.
E85 Fuel is surrounded by a chain link fence. The fuel tank is located next to buildings T25 and 20.
Diesel fuel 30000 gallon below ground storage tanks for their diesel.  The two below ground fuel tanks
are located next to Building 21. The Boiler Plant Supervisors phone number is 803 776 4000 extension
7644 and the Boiler Plant Operators phone number is 803 7764000 extension 7641.
Justification for a diesel contract This diesel is used to operate the VA Medical Centers Boiler Plant.
 The average daily consumption is approximately 4500 gallons.  VHA Directive 1810 requires the Boiler
Plant Supervisor to maintain a 10 day on site fuel requirement to support the Boiler Plant.  Generally,
```

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE 6 OF 13 PAGES |
|---|---|---|

## Section B

```
this diesel requirement would be required between October and March of every calendar year.  South
Carolina Electric and Gas SCEG notifies the Boiler Plant Supervisor of a natural gas curtailment. Once
the curtailment is initiated, the Boiler Plant uses the on site stored diesel to provide heat and hot
water to the VA Medical Center.  Dorn VA Medical Center's annual fuel requirement is based on the
severity of the weather conditions.
Fuel usage is based on the severity of South Carolina's weather conditions and SCEE curtailing our
natural gas supply.
CONTACT  803-776-4000 EXT 6541 Delivery Contact  Connee Hanley Email   Connee.boehmhanley va.gov
Telephone 803 776 4000 ext 6541


Delivery Ticket Notes: METERED DELIVERY TICKETS REQUIRED

-------------------------------------------------------------------------------------------------
Item   Prod  NSN               Quantity        UoM Mode              Award Price      Total          SolItm
0002   E85   9130-014702024                    UG6 TANK WAGON           2.519000


Inspection Point: Destination Acceptance Point: Destination
Accept Loc:  367206H49   Ship Loc:   367206H49
Inspect By:      Accept By:  367206


Period of Performance: 10/01/2020-09/30/2025

Escalator: ADBATRE85 - AXXIS DAILY BATON ROUGE E85
Base-Ref: 02/11/2020 Base-Price: 1.424500


Recoverable Taxes included in the Price:
Tax Type                                Tax Value
FET                                          .183


NSN                     Delivery Identification             State
9130-014702024 (E85)    367206H49  - VA MEDICAL CENTER       LA
FUEL,ETHANOL

Delivery Address: 2495 SHREVEPORT HIGHWAY 71 N PINEVILLE LA 71360

Service Code        Delivery DODAAC     Ordering Office DODAAC
VA                  367206              367206

Name                        Phone
GERRY PRICE                  318 466 2976

Mode            Receipt %   Max Parcel       Min Parcel         FOB Restriction
TANK WAGON

No. of Tanks   Capacity       Type                   Tank Location
 1             5000           ABOVE GROUND TANK(S)     BLDG 171

Delivery Hours: 0700 - 1400 MON THRU FRI

Delivery Notes: Special Access:  Call 318 466 2976 or 2424 Fleet Motor pool upon arrival to the campus
for escort.
Escort Required: After calling 318 466 2976, staff member will meet the driver at the tanks.


"DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED" FOR LINE ITEMS/ LOCATIONS ALONG THE EAST
COAST OF NC, SC, GA, FL AND ALONG  THE COAST GULF OF MEXICO FL, AL, MS AND LA.  THIS IS TO SUPPORT THE
ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.

THE FUEL DELIVERY TRUCK NEEDS TO HAVE AN ESCORT WHEN REPORTING ON CAMPUS.  CONTACT FLEET MOTOR POOL @
318-466-2976 OR 2424

-------------------------------------------------------------------------------------------------
Item   Prod  NSN               Quantity        UoM Mode              Award Price      Total          SolItm
0003   DSS   9140-015416760                    UG6 TANK WAGON           1.910000


Inspection Point: Destination Acceptance Point: Destination
Accept Loc:  364602N15   Ship Loc:   364602N15
Inspect By:  364602   Accept By:  364602


Period of Performance: 10/01/2020-09/30/2025
```

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  7 OF  13 PAGES |
|---|---|---|

## Section B

**Escalator:** ODCHSC2UR - OP DLY CHARLESTON 2 ULSD RED DYE
**Base-Ref:** 02/11/2020 **Base-Price:** 1.745800

```
NSN                       Delivery Identification                   State
9140-015416760 (DSS)      364602N15  - RALPH H. JOHNSON VA MEDICAL    SC
DIESEL FUEL

Delivery Address:

Service Code          Delivery DODAAC      Ordering Office DODAAC
VA                    364602               364602

Name                              Phone
HERBERT WATSON                    843 789 6783

Mode                  Receipt %   Max Parcel         Min Parcel          FOB Restriction
TANK WAGON

No. of Tanks    Capacity          Type                     Tank Location
 1              10000             BELOW GROUND TANK        WING C  GPS COORDINATES ARE 32.748332,   79.952957
 2              6000              ABOVE GROUND TANK(S)     WING C  GPS COORDINATES ARE 32.748332,   79.952957
 1              8000              BELOW GROUND TANK        WING C  GPS COORDINATES ARE 32.748332,   79.952957

Delivery Hours: 0700 TO 1430 HOURS, MONDAY - FRIDAY EXCEPT FEDERAL HOLIDAYS

Delivery Notes: Escort Required: Call Herb Watson at (843)789-6783,  if no answer, call Boiler Plant
Operator at : (843)789-7269.
Special Access:  One hour prior to delivery call  Herb Watson at  (843)789-6783,  if no answer, call
Boiler Plant Operator at : (843)789-7269 or EXT 7770 or (843)789-6783.

1) Delivery location is off of Bravo Street, Charleston, SC 29401, between Bee Street and Ralph H.
Johnson Blvd. GPS coordinates are 32.748332,  79.952957.
2) Please expedite request for we are currently in a Natural Gas Curtailment. Remaining levels of fuel
are drastically low and endangers the medical facility operations to continue providing much needed
medical services.
3) Per contract delivery ticket notes, Contractor is required to commence deliveries within 48 hours of
order request.  At the current rate of consumption, the facility will run out of fuel by Friday,
December 14, 2018  Saturday, December 15, 2018.  Tank information: Underground storage tank 1 is 8,000
gallons Underground storage tank 2 is 10,000 gallons Those tanks are NOT interconnecting.
4)Fuel drops are only to 1 or 2 below ground storage tanks, usually by gravity drop, and will require
30 to 50 feet of hose to connect tanker to tank.  TT W/PUMP if delivered from street, normally gravity
drop from courtyard.
Generator:  Above ground storage  3 and  4 are each 6,000 gallon above ground tanks, that ARE
interconnected and feed the emergency diesel generators. These tanks can only be filled from the
underground storage tanks. Lifesaving.
5) LOADING RACK METERED TICKET REQUIRED.
6) Customer request TW vs TT because of space.
 MULTI-DROP
NATURAL GAS - Natural gas is the primary fuel for operating boilers, subject to curtailment in harsh
Winter conditions, and loss of utility service during Hurricane Season (June through October).
 Recommended source Dominion Energy (Utility).

GENERATOR SUPPORT - These are emergency diesel generator fuel tanks, at the Boiler Plant, and can only
be filled from underground storage tanks.  The generators are connected to the (2) 6000 gallons tanks
above ground.  Note that Above Ground Storage Tanks 3 and 4 are interconnected and feed the emergency
diesel generators, these tanks can only be filled from the underground storage tanks. They are not
designed to be tanker truck filled. This generator is associated with lifesaving activities.
"DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED" FOR LINE ITEMS  LOCATIONS ALONG THE EAST
COAST OF NC, SC, GA, FL AND ALONG  THE COAST GULF OF MEXICO FL, AL, MS AND LA.  THIS IS TO SUPPORT THE
ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.



Special Messages: ESCORT REQUIRED
FEDCIV
MULTIPLE DROP
THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS
CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE
CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 H
```

---

| Item | Prod | NSN | Quantity | UoM Mode | Award Price | Total | SolItm |
|---|---|---|---|---|---|---|---|
| 0004 | DSS | 9140-015416760 | ███████ | UG6 TANK TRUCK | 1.769000 | ███████ | ███████ |

**Inspection Point:** Destination **Acceptance Point:** Destination

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  8 OF  13 PAGES |
|---|---|---|

## Section B

```
Accept Loc:  364204D15A    Ship Loc:  364204D15A
Inspect By:  364204    Accept By:  364204


Period of Performance: 10/01/2020-09/30/2025

Escalator: ODTMPA2UR - OPIS DAIY TAMPA NO2 UR
Base-Ref: 02/11/2020 Base-Price: 1.663400


NSN                        Delivery Identification                State
9140-015416760 (DSS)       364204D15A  - BAY PINES                  FL
DIESEL FUEL

Delivery Address: 10000 BAY PINES BLVD ST PETERSBURG FL 33708

Service Code         Delivery DODAAC      Ordering Office DODAAC
VA                   364204               364204

Name                            Phone
GREG THOMAS                     727-580-2123

Mode                 Receipt %    Max Parcel         Min Parcel        FOB Restriction
TANK TRUCK

No. of Tanks    Capacity         Type                     Tank Location
 4              30000            BELOW GROUND TANK        BLDG 100, TANKS 1-4
 3              40000            BELOW GROUND TANK        BLDG 100, TANKS 5-7

Delivery Mode Notes: W PUMP and METER

Delivery Hours: 0700 1530 MON THRU FRI NO HOLIDAY OR WEEKENDS UNLESS EMERGENCY

Delivery Notes: SPECIAL ACCESS Driver must contact station representative one hour prior to delivery.
Scott Martin 727 439 1921
SPECIAL MESSAGE  Driver must also provide a valid contract number Delivery Order  when they arrive on
station. After hours weekends holidays please contact the Energy Center 727 398 6661 x 17777 if listed
representatives are not available.
DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED FOR LINE ITEMS LOCATIONS ALONG THE EAST COAST
OF NC SC GA FL AND ALONG THE COAST GULF OF MEXICO FL AL MS AND LA. THIS IS TO SUPPORT THE ACTIVITIES
DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY UNLESS AN EMERGENCY ARISES
THIS DELIVERY WILL BE AN ANNUAL REQUIREMENT FOR HURRICANE PREPAREDNESS.
GENERATOR  Generators connected to tanks at BLDG 100 tanks 1 thru 7.

THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS
CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE
CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 HOURS OF NOTIFICATION. CONTACT STATION
REPRESENTATIVE PRIOR TO DELIVERY AT 727-398-6661




Delivery Ticket Notes: METERED TICKETS REQUIRED

Special Messages: MULTIPLE DROP
THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS
CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE
CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 H

-------------------------------------------------------------------------------------------------
Item  Prod  NSN             Quantity       UoM Mode            Award Price      Total         SolItm
0005  DSS   9140-015416760  ████████       UG6 TANK WAGON        2.090000       ████████


Inspection Point: Destination Acceptance Point: Destination
Accept Loc:  CDGPCUSVAF    Ship Loc:   CDGPCUSVAF
Inspect By:      Accept By:  364414


Period of Performance: 10/01/2020-09/30/2025

Escalator: ADPNMA2ULD- AXXIS DAILY PANAMA CITY FL NO2 ULD
Base-Ref: 02/11/2020 Base-Price: 1.641400


NSN                        Delivery Identification                State
9140-015416760 (DSS)       CDGPCUSVAF  - JACC VA OUTPATIENT CLINIC     FL
DIESEL FUEL
```

CONTINUED ON NEXT PAGE

## Section B

Delivery Address: 790 Veterans PENSACOLA FL 32507

```
Service Code        Delivery DODAAC     Ordering Office DODAAC
VA                  364414              364414

Name                                Phone
JENNIFER ANAYA                      2285235717

Mode                Receipt %   Max Parcel      Min Parcel      FOB Restriction
TANK WAGON

No. of Tanks    Capacity        Type                    Tank Location
  1             1200            ABOVE GROUND TANK(S)    @JACC #2 200KW
  1             3800            ABOVE GROUND TANK(S)    @JACC #1650KW
```

Delivery Hours: 0700 - 1430 MONDAY THRU FRIDAY

Delivery Notes: "Special Access - All deliveries are to be coordinated prior with Joseph Furiate at (850) 912-2580 or (850) 292-4634 before delivery for setup instructions.  Please call (1) hour prior to delivery.


Multi-Drop Red Dyed Diesel may be delivered to multiple tanks.
Generator support .The generators sit on top of the tanks .
The generators provides electricity.  Weekly check is conducted for 30 miunutes. Run monthly testing is done for 1 hour. Primary source of energy is commercial electric.
JACC 1 (650KW) - 3800 gallons (Standalone) Weekly check is conducted for 30 miunutes. Run monthly testing is done for 1 hour.
JACC 2 (200KW) - 1200 gallons (Standalone)   Weekly check is conducted for 30 miunutes. Run monthly testing is done for 1 hour.

""DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED"" FOR LINE ITEMS/ LOCATIONS ALONG THE EAST COAST OF NC, SC, GA, FL AND ALONG THE COAST GULF OF MEXICO FL, AL, MS AND LA.  THIS IS TO SUPPORT THE ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.
"

---

```
Item  Prod  NSN             Quantity        UoM Mode            Award Price     Total           SolItm
0006  E85   9130-014702024  [REDACTED]      UG6 TANK WAGON      2.065000        [REDACTED]
```

Inspection Point: Destination  Acceptance Point: Destination
Accept Loc:  366404K48   Ship Loc:   366404K48
Inspect By:     Accept By:  366404


Period of Performance: 10/01/2020-09/30/2025

Escalator: ADKCEAKCUC- A85%KANCTYE100+15%KANCTYUNLCBOBOXY
Base-Ref: 02/11/2020 Base-Price: 1.314965


Recoverable Taxes included in the Price:
```
Tax Type                                Tax Value
FET                                     .183
```


```
NSN                         Delivery Identification                 State
9130-014702024 (E85)        366404K48  - KANSAS CITY VA MEDICAL CENT    MO
FUEL,ETHANOL
```

Delivery Address: 4801 LINWOOD BOULEVARD KANSAS CITY MO 64128

```
Service Code        Delivery DODAAC     Ordering Office DODAAC
VA                  366404              366404

Name                                Phone
MICHEAL PETERS                      816 714 8697

Mode                Receipt %   Max Parcel      Min Parcel      FOB Restriction
TANK WAGON

No. of Tanks    Capacity        Type                    Tank Location
  1             5000            ABOVE GROUND TANK(S)    4801 LINWOOD BLVD
```

Delivery Mode Notes: POC MICHEAL PETERS 816 714 8697

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  10 OF  13 PAGES |
|---|---|---|

## Section B

Delivery Hours: 0700 - 1400 MON THRU FRI CLOSED HOLIDAYS

Delivery Notes: Call  Micheal Peters at 816-714-8697 ONE HOUR PRIOR TO DELIVERY.

Delivery Ticket Notes: METERED DELIVERY TICKETS REQUIRED

--------------------------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM | Mode | Award Price | Total | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0007 | BDI | 9140-014704520 | ▓▓▓ | UG6 | TANK TRUCK | 2.180000 | ▓▓▓ | |

**Inspection Point:** Destination  **Acceptance Point:** Destination
**Accept Loc:**  364301G27    **Ship Loc:**  364301G27
**Inspect By:**       **Accept By:**  364301

**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADCHARULB2- AXXIS DAILY CHARLOTTE ULB20 AVG
**Base-Ref:** 02/11/2020 **Base-Price:** 1.787000

**Recoverable Taxes included in the Price:**

| Tax Type | Tax Value |
|---|---|
| FET | .243 |

| NSN | Delivery Identification | State |
|---|---|---|
| 9140-014704520 (BDI)<br>BIODIESEL | 364301G27  - AUGUSTA VA MEDICAL CENTER | GA |

Delivery Address: 1 FREEDOM WAY AUGUSTA GA 30910

| Service Code | Delivery DODAAC | Ordering Office DODAAC |
|---|---|---|
| VA | 364301 | 364301 |

| Name | Phone |
|---|---|
| PRISCILLA TERRY | 706-731-7221 |

| Mode | Receipt % | Max Parcel | Min Parcel | FOB Restriction |
|---|---|---|---|---|
| TANK TRUCK | | | | |

| No. of Tanks | Capacity | Type | Tank Location |
|---|---|---|---|
| 1 | 10000 | BELOW GROUND TANK | BLDG 96 |

Delivery Hours: 0700|1500|MONDAY THRU FRIDAY|   EXCEPT EMERGENCY ORDERS

Delivery Notes: SPECIAL ACCESS - DELIVERY TRUCKS MUST ENTER THRU SIDE GATE OFF OF MARYLAND STREET
DELIVERY DETERMINED BY: VEDEROOT RECORDERSPECIAL REQUIREMENT: SPILL PREVENTION  ""DURING HURRICANE
SEASON LOWER QUANTITIES MAY BE ORDERED"" FOR LINE ITEMS/ LOCATIONS ALONG THE EAST COAST OF NC, SC, GA,
FL AND ALONG THE COAST GULF OF MEXICO FL, AL, MS AND LA. THIS IS TO SUPPORT THE ACTIVITIES DURING THIS
SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY.

--------------------------------------------------------------------------------------------------

| Item | Prod | NSN | Quantity | UoM | Mode | Award Price | Total | SolItm |
|---|---|---|---|---|---|---|---|---|
| 0008 | DSS | 9140-015416760 | ▓▓▓ | UG6 | TANK TRUCK W | 1.791300 | ▓▓▓ | |

**Inspection Point:** Destination  **Acceptance Point:** Destination
**Accept Loc:**  364216D17    **Ship Loc:**  364216D17
**Inspect By:**       **Accept By:**  364216

**Period of Performance:** 10/01/2020-09/30/2025

**Escalator:** ADMIAM2UR - AXXIS DAILY MIAMI NO2 ULS RED DYE
**Base-Ref:** 02/11/2020 **Base-Price:** 1.691300

| NSN | Delivery Identification | State |
|---|---|---|
| 9140-015416760 (DSS)<br>DIESEL FUEL | 364216D17  - MIAMI | FL |

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SPE605-20-D-8510 | PAGE 11 OF 13 PAGES |
|---|---|---|

## Section B

Delivery Address: 1201 NW 16TH STREET MIAMI FL 33125

```
Service Code        Delivery DODAAC       Ordering Office DODAAC
VA                  364216                364216

Name                                Phone
SCOTT OLSEN                         786-295-0489

Mode                Receipt %    Max Parcel          Min Parcel          FOB Restriction
TANK TRUCK W

No. of Tanks    Capacity        Type                        Tank Location
 4              10000           ABOVE GROUND TANK(S)        1201 NW  16TH STREET
 2              35000           ABOVE GROUND TANK(S)        1201 NW  16TH STREET
```

Delivery Hours: 0700 1630 MONDAY THRU FRIDAY

Delivery Notes: NATURAL GAS
DURING HURRICANE SEASON LOWER QUANTITIES MAY BE ORDERED FOR LINE ITEMS/ LOCATIONS ALONG THE EAST COAST OF NC, SC, GA, FL AND ALONG THE COAST GULF OF MEXICO FL, AL, MS AND LA. THIS IS TO SUPPORT THE ACTIVITIES DURING THIS SEASON WHEN THEY ARE REQUIRED TO MAINTAIN A HIGHER FUEL CAPACITY


TTWP
TTWP
 FEDCIV
THIS FACILITY USES NATURAL GAS AS ITS PRIMARY ENERGY SOURCE. HOWEVER DURING TIMES OF NATURAL GAS CURTAILMENT OR WHEN THE ECONOMIC ANALYSIS INDICATES IT IS MORE COST EFFECTIVE TO BURN FUEL OIL THE CONTRACTOR IS REQUIRED TO COMMENCE DELIVERIES WITHIN 48 H

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  12 OF  13 PAGES |
|---|---|---|

## SECTION F - DELIVERIES OR PERFORMANCE

**52.247-34   F.O.B. DESTINATION   (NOV 1991)   FAR**

## SECTION I - CONTRACT CLAUSES

**52.204-19   INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS   (DEC 2014)   FAR**

**252.204-7009   LIMITATIONS ON THE USE OR DISCLOSURE OF THIRD-PARTY CONTRACTOR REPORTED CYBER INCIDENT INFORMATION   (OCT 2016)   DFARS**

**252.204-7012   SAFEGUARDING COVERED DEFENSE INFORMATION AND CYBER INCIDENT REPORTING   (DEC 2019)   DFARS**

**252.215-7014   EXCEPTION FROM CERTIFIED COST OR PRICING DATA REQUIREMENTS FOR FOREIGN MILITARY SALES INDIRECT OFFSETS   (JUN 2018)   DFARS**

**52.232-40   PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS   (DEC 2013)   FAR**

**252.232-7006   WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS   (DEC 2018)   DFARS**

(a)   *Definitions.*   As used in this clause-

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

(b)   *Electronic invoicing.*   The WAWF system is the method to electronically process vendor payment requests and receiving reports, as authorized by DFARS  252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c)   *WAWF access.*   To access WAWF, the Contractor shall-

   (1)  Have a designated electronic business point of contact in the System for Award Management at  https://www.acquisition.gov; and

   (2)  Be registered to use WAWF at  https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this web site.

(d)   *WAWF training.*   The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at  https://wawf.eb.mil/

(e)   *WAWF methods of document submission.*   Document submissions may be via web entry, Electronic Data Interchange, or File Transfer Protocol.

(f)   *WAWF payment instructions.*   The Contractor must use the following information when submitting payment requests and receiving reports in WAWF for this contract/order:

   (1)  *Document type.*   The Contractor shall use the following document type(s).

   (Contracting Officer: Insert applicable document type(s).

   Note: If a "Combo" document type is identified but not supportable by the Contractor's business systems, an "Invoice" (stand-alone) and "Receiving Report" (stand-alone) document type may be used instead.)

   (2)  *Inspection/acceptance location.*   The Contractor shall select the following inspection/acceptance location(s) in WAWF, as specified by the contracting officer.

   (Contracting Officer: Insert inspection and acceptance locations or "Not applicable.")

   (3)  *Document routing.*   The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Data Table*

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Pay Official DoDAAC | SL4701 |
| Issue By DoDAAC | SPE605 |
| Admin DoDAAC | SPE605 |
| Inspect By DoDAAC | SEE SCHEDULE |
| Ship To Code | SEE SCHEDULE |
| Ship From Code | |

**CONTINUED ON NEXT PAGE**

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED:<br>SPE605-20-D-8510 | PAGE  13 OF  13 PAGES |
|---|---|---|

## SECTION I - CONTRACT CLAUSES (CONTINUED)

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Mark For Code | |
| Service Approver (DoDAAC) | |
| Service Acceptor (DoDAAC) | SEE SCHEDULE |
| Accept at Other DoDAAC | |
| LPO DoDAAC | |
| DCAA Auditor DoDAAC | |
| Other DoDAAC(s) | |

*(\*Contracting Officer: Insert applicable DoDAAC information or "See schedule" if multiple ship to/acceptance locations apply, or "Not applicable.")*

(4)  *Payment request and supporting documentation.*   The Contractor shall ensure a payment request includes appropriate contract line item and subline item descriptions of the work performed or supplies delivered, unit price/cost per unit, fee (if applicable), and all relevant back-up documentation, as defined in DFARS Appendix F, (e.g. timesheets) in support of each payment request.

(5)  *WAWF email notifications.*   The Contractor shall enter the e-mail address identified below in the "Send Additional Email Notifications" field of WAWF once a document is submitted in the system.

*(Contracting Officer: Insert applicable email addresses or "Not applicable.")*

(g)  *WAWF point of contact.*

(1)  The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

*(Contracting Officer: Insert applicable information or "Not applicable.")*

(2)  For technical WAWF help, contact the WAWF helpdesk at 866-618-5988.

(End of clause)

**52.233-3   PROTEST AFTER AWARD   (AUG 1996)   FAR**
**252.244-7000   SUBCONTRACTS FOR COMMERCIAL ITEMS   (JUN 2013)   DFARS**
**52.253-1   COMPUTER GENERATED FORMS   (JAN 1991)   FAR**
**252.204-7018   PROHIBITION ON THE ACQUISITION OF COVERED DEFENSE TELECOMMUNICATIONS EQUIPMENT OR SERVICES (DEC 2019)   DFARS**