Case BlackSix v. Grantham et al.

Exhibit 10

# ORION OIL

7950 NW 58th Street, Doral, FL 33166

January 10, 2024

Oliver Parsons
All American Refinery

Dear Mr. Parsons,

We would like to notify you of our intent to enter into a one-year agreement in which we can commit to lift 700,000 gallons of gasoline and 300,000 of diesel per month from your account. We prefer to proceed with the monthly discounted Platts-based pricing.

This letter is not a binding agreement and subject to our acceptance and execution of the terms of the contract you will be providing.

Our authorized hauler is ESP Fueling, LL, SCAC# ESPF.

Regards,

Daniel Alonso

877-54-ORION
www.orionoil.com | info@orionoil.com