Case BlackSix v. Grantham et al.

**Exhibit 11**

> Hi Jesse, any update on the upcoming $ distributions?
>
> You mentioned Jan 10 the funds should be flowing.
>
> I have my account on standby for my taxes and payroll I'm delaying
>
> Thank you 🙏

Jan 11, 2024 at 10:16 PM

**Jesse Grantham**

> We finished up the numbers for Florida it's a strong profit for us. However their quantity is monthly not weekly so we will keep them at a good discount better than anyone else's

> Great 👍 I'm keeping my accountant in a holding pattern

> Any news with the RMG terminal ?

**Jesse Grantham** 👍

> They are meeting Sunday

> Ok 🙏

> I'm living on spaghetti and ketchup until then 🤪🤪