# EXHIBIT 5

| Propane Profit Model - Propane Man / AAR / BLKSIX | | | | | | |
|---|---|---|---|---|---|---|
| **Funds committed** | **$600,000** | | | | | |
| **LPG Purchase Price / Gallon** | | | | | | |
| Aug - Dec 2023 | **$3.12** | | | | | |
| Jan 2024 onward | **$2.00** | | | | | |
| **Purchase Date** | **Sale Date** | **Funds Committed** | **Purchase Price per Gallon** | **Weekly Gallons Purchased and Sold** | **Profit per gallon** | **Total Profit** |
| Aug 4, 2023 | Aug 8, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Aug 11, 2023 | Aug 15, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Aug 18, 2023 | Aug 22, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Aug 25, 2023 | Aug 29, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Sep 1, 2023 | Sep 5, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Sep 8, 2023 | Sep 12, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Sep 15, 2023 | Sep 19, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Sep 22, 2023 | Sep 26, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Sep 29, 2023 | Oct 3, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Oct 6, 2023 | Oct 10, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Oct 13, 2023 | Oct 17, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Oct 20, 2023 | Oct 24, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Oct 27, 2023 | Oct 31, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Nov 3, 2023 | Nov 7, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Nov 10, 2023 | Nov 14, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Nov 17, 2023 | Nov 21, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Nov 24, 2023 | Nov 28, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Dec 1, 2023 | Dec 5, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Dec 8, 2023 | Dec 12, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Dec 15, 2023 | Dec 19, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Dec 22, 2023 | Dec 26, 2023 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Dec 29, 2023 | Jan 2, 2024 | $600,000 | $3.12 | 192,308 | $1.00 | $192,307.69 |
| Jan 5, 2024 | Jan 9, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Jan 12, 2024 | Jan 16, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Jan 19, 2024 | Jan 23, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Jan 26, 2024 | Jan 30, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Feb 2, 2024 | Feb 6, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Feb 9, 2024 | Feb 13, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Feb 16, 2024 | Feb 20, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Feb 23, 2024 | Feb 27, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Mar 1, 2024 | Mar 5, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Mar 8, 2024 | Mar 12, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Mar 15, 2024 | Mar 19, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Mar 22, 2024 | Mar 26, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| Mar 29, 2024 | Apr 2, 2024 | $600,000 | $2.00 | 300,000 | $1.00 | $300,000.00 |
| | | | | | **Profit Earned** | **$8,130,769.23** |