**EXHIBIT 6**

| City: | State: | | | Daytime Phone: |
|---|---|---|---|---|
| MIAMI | FL | 33131-3863 | USA | 914-584-3674 |

| Primary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| Driver's License | FL | [redacted] | 10/16/2020 | 06/01/2029 |
| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
| Chase or Bank Issued Credit/Debit Card | chase | XXXXXXXXXXX3584 | | 02/28/2027 |

Comments:

## Wire Transfer Information

| Request Date: | Request time: | | Effective date: | Wire Type: |
|---|---|---|---|---|
| 08/01/2023 | 12:11:55PM | Eastern time | 08/01/2023 | Domestic |
| Debit Account #: | Debit Account Type: | | Wire Amount (US dollars): | |
| [redacted]92 | PLAT BUS CHECKING | | $600,000.00 | |
| Qualifying Account #: | Qualifying Account Type: | | Source of funds: | Wire Fee: |
| | | | Checking | $0 |
| Currency type to be sent: | Exchange rate: | | Foreign currency amount: | Amount to Collect (USD): |
| US Dollars | N/A | | N/A | $600,000.00 |
| FX Contract Number: | | | | |

## Recipient Account Information

Account Name:
Island Gas Service

| Street Address: | | Account Number: | | | |
|---|---|---|---|---|---|
| | | [redacted] | | | |
| City: | | | State: | Zip: | Country: |

Text to Recipient:
Oliver Parsons

## Receiving Bank Information

Bank Name:
Navy Federal Credit Union

| Street Address: | | Bank ABA/SWIFT Code: | | | |
|---|---|---|---|---|---|
| Naval Base Guam, Bldg 1657 C | | [redacted]74 | | | |
| | | City: | State: | Zip: | Country: |
| | | Santa Rita | GU | 96915 | USA |

Intermediary Bank Name:

| Street Address: | | Intermediary Bank ABA: | | | |
|---|---|---|---|---|---|
| | | City: | State: | Zip: | Country: |