EXHIBIT 7

**2 People >**

Hi Jesse, any update on the upcoming $ distributions?

You mentioned Jan 10 the funds should be flowing.

I have my account on standby for my taxes and payroll I'm delaying

Thank you 🙏

Jan 11, 2024 at 10:16 PM

Jesse Grantham

We finished up the numbers for Florida it's a strong profit for us. However their quantity is monthly not weekly so we will keep them at a good discount better than anyone else's

Great 👍 I'm keeping my accountant in a holding pattern

Any news with the RMG terminal ?

Jesse Grantham  👍

They are meeting Sunday

Ok 🙏

I'm living on spaghetti and ketchup until then 🍝